FILED

2004 JAN 23  P 1: 36

US DISTRICT COURT
BRIDGEPORT CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| EUGENE D'ANGELO,<br>    Plaintiff, | :    Case No. 3:02CV1313(SRU) |
| v. | |
| KENNETH KIRSCHNER, et al.<br>    Defendants. | :    January 21, 2004 |

### MOTION FOR EXTENSION
### OF THE DISCOVERY SCHEDULING ORDER

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Rule 9(b) of the Local Rules of Civil Procedure, the Plaintiff, Eugene D'Angelo, respectfully request a six (6) month extension of discovery scheduling order in this matter. In support of this Motion, the Plaintiff states the following:

1.    This is the first such request for an extension of time.

2.    Counsel for the Plaintiff conferred with Defendants' counsel, Lynn D. Wittenbrink, who stated she had no objection regarding this requested extension.

3.    A six (6) month extension of time through July 31, 2004 for the discovery cutoff date is necessary as this case involves numerous witnesses and volumes of documentary evidence.

WHEREFORE, the Plaintiff, Eugene D'Angelo respectfully requests that his motion for a six (6) month extension of time through July 31, 2004 for the discovery cutoff date be granted.

THE PLAINTIFF,<br>
Eugene D'Angelo

By: _____
Jon D. Golas
Federal Bar Number: ct23324
Golas, Golas & Golas, P.C.
945 Main Street, Suite 306
Manchester, CT 06040
Tel.#(860) 646-4545
Fax#(860) 646-8604
His Attorney

**CERTIFICATION**

This is to certify that a copy of the foregoing has been sent, postage prepaid, via U.S. Mail to the following counsel of record this 21st day of January 2004.

Lynn D. Wittenbrink
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105

_____
Jon D. Golas
Golas, Golas & Golas, P.C.
945 Main Street, Suite 306
Manchester, CT 06040

Case 3:02-cv-01313-SRU   Document 27   Filed 01/23/2004   Page 3 of 3