

27

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

EUGENE D'ANGELO,              :    Case No. 3:02CV1313(SRU)
        Plaintiff,             :
                               :
v.                             :
                               :
KENNETH KIRSCHNER, et al.      :
        Defendants.            :    January 21, 2004

### MOTION FOR EXTENSION
### OF THE DISCOVERY SCHEDULING ORDER

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Rule 9(b) of the Local Rules of Civil Procedure, the Plaintiff, Eugene D'Angelo, respectfully request a six (6) month extension of discovery scheduling order in this matter. In support of this Motion, the Plaintiff states the following:

1. This is the first such request for an extension of time.

2. Counsel for the Plaintiff conferred with Defendants' counsel, Lynn D. Wittenbrink, who stated she had no objection regarding this requested extension.

3. A six (6) month extension of time through July 31, 2004 for the discovery cutoff date is necessary as this case involves numerous witnesses and volumes of documentary evidence.

Motion Granted.
Discovery cutoff date   July 31, 2004
Dispositive Motions due by   August 31, 2004
SO ORDERED
1/29/04
Stefan R. Underhill, U.S.D.J.