CT/cvmhrg (January 10, 2002)

HONORABLE **Stefan Underhill**

DEPUTY CLERK **Montz**   RPTR/ERO/TAPE **Catucci**

TOTAL TIME: ___ hours **25** minutes

DATE **2-9-04**   START TIME **10:05**   END TIME **10:30**
LUNCH RECESS FROM _____ TO _____
RECESS FROM _____ TO _____ (if more than 1/2 hour)

CIVIL NO. **3:02cv1313 (SRU)**

**D'Angelo**
vs.
**Kirschner, et al**

§
§
§    **Jon Golas**
§        Plaintiffs Counsel
§    ☐ SEE ATTACHED CALENDAR FOR COUNSEL
§    **Lynn Wittenbrink**
         Defendants Counsel

## COURTROOM MINUTES - CIVIL (check one box)

- ☑ (mhrgh) Motion Hearing
- ☐ (contmphrg.) Contempt Hearing
- ☐ (pchrg.) Probable Cause Hearing
- ☐ (mischrg.) Miscellaneous Hearing
- ☐ (confmhrg.) Confirmation Hearing
- ☐ (evidhrg.) Evidentiary Hearing
- ☐ (fairhrg.) Fairness Hearing
- ☐ (showhrg.) Show Cause Hearing
- ☐ (jgmdbexam.) Judgment Debtor Exam
- ☐ (stlmthrg.) Settlement Hearing

MOTION DOCUMENT NO.

☑ **#21**   Motion **to Dismiss**   ☐ granted ☑ denied ☐ advisement

Hearing continued until _____ at _____