FILED

2004 JUL -9  A 11: 22

U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| EUGENE D'ANGELO,<br>　Plaintiff, | Case No. 3:02CV1313(SRU) |
| v. | |
| KENNETH KIRSCHNER, et al.<br>　Defendants. | July 8, 2004 |

### MOTION FOR EXTENSION
### OF THE DISCOVERY SCHEDULING ORDER

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Rule 9(b) of the Local Rules of Civil Procedure, the Plaintiff, Eugene D'Angelo, respectfully requests a three (3) month extension of the discovery scheduling order in this matter. In support of this Motion, the Plaintiff states the following:

1. This is the second such request for an extension of time.

2. Counsel for the Plaintiff conferred with Defendants' counsel, Lynn D. Wittenbrink, who stated she had no objection regarding this requested extension.

3. A three (3) month extension of time through November 1, 2004 for the discovery cutoff date is necessary as this case involves numerous witnesses and volumes of documentary evidence.

4. Counsel for the parties also request that the Dispositive Motions deadline be extended until December 1, 2004.

WHEREFORE, the Plaintiff, Eugene D'Angelo respectfully requests that his motion for a three (3) month extension of time through November 1, 2004 for the discovery cutoff date and the request for extension of the dispositive motions be granted.

THE PLAINTIFF,
Eugene D'Angelo

By: *(signature)*
Jon D. Golas
Federal Bar Number: ct23324
Golas, Golas & Golas, P.C.
945 Main Street, Suite 306
Manchester, CT 06040
Tel.#(860) 646-4545
Fax#(860) 646-8604
His Attorney

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent, postage prepaid, via U.S. Mail to the following counsel of record this 8th day of July 2004.

Lynn D. Wittenbrink
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105

Jon D. Golas
Golas, Golas & Golas, P.C.
945 Main Street, Suite 306
Manchester, CT 06040