



2004 OCT 29 A 10: 20

U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

EUGENE D'ANGELO, : Case No. 3:02CV1313(SRU)
    Plaintiff, :
:
v. :
:
KENNETH KIRSCHNER, et al. :
    Defendants. : OCTOBER 28, 2004

## MOTION TO COMPEL ANSWERS TO INTERROGATORIES
## NUMBER 2, 3, 5 & 7

Pursuant to Fed. R. Civ. P. 37 and L. Civ. R. 9, the plaintiff, Eugene D'Angelo, hereby moves this Court for an order compelling the Defendants, Kenneth H. Kirschner, John Mannion, Richard B. Covello, Edward Kasche, William T. McGuire, and Andrew Russell to fully respond to the Plaintiffs' interrogatories and requests for production dated April 27, 2004. This motion is made on the grounds that:

1. On April 27, 2004, the Plaintiff served interrogatories and requests for production on the above-named defendants. A copy of the interrogatories and requests for production are attached to this motion.

2. On or about October 5, 2004, the Defendants filed incomplete answers to said discovery. ( A copy of the answers is attached)

3.	On October 7, 2004, this counsel sent a letter to the defendants' counsel stating that said answers were incomplete and non-responsive. (See attached letter dated 10/7/04 outlining the discovery in dispute).

4.	Counsel for the plaintiffs' has made a reasonable effort to reach agreement with the defendants' attorney, Lynn D. Wittenbrink, on the discovery matters.

5.	Counsel for the plaintiffs', Jon D. Golas has in good faith conferred with Defendants' attorney, Lynn D. Wittenbrink in an effort to obtain complete answers to the interrogatories and requests for production dated April 27, 2004 without Court intervention.

6.	To date the defendants have not supplemented their responses to said discovery.

WHEREFORE, the Plaintiffs request that this motion be granted for the foregoing reasons.

PLAINTIFF, EUGENE D'ANGELO

BY _____
Jon D. Golas
Federal Bar Number: ct23324
Golas, Golas & Golas, P.C.
945 Main Street, Suite 306
Manchester, CT 06040
Tel.#(860) 646-4545
Fax#(860) 646-8604
Their Attorneys

FILED

2004 OCT 29  A 10: 20

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| EUGENE D'ANGELO,<br>  Plaintiff, | Case No. 3:02CV1313(SRU) |
| v. | |
| KENNETH KIRSCHNER, et al.<br>  Defendants. | OCTOBER 28, 2004 |

## AFFIDAVIT

I, Jon D. Golas do hereby depose and swear that:

1.   I am over 18 years of age.

2.   I believe in the obligation of an oath.

3.   This Affidavit is based upon my personal knowledge.

4.   I have conferred with opposing counsel in good faith to resolve by agreement the issues raised by the motion without the intervention of the Court and have been unable to reach such agreement.

_____
Jon D. Golas

Subscribed and sworn to before me on this 28th day of October, 2004.

_____
David A. Golas
Commissioner of the Superior Court

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent, postage prepaid, via U.S. Mail to the following counsel of record this 28th day of October 2004.

Lynn D. Wittenbrink
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105

                                                                                          _____
                                                                                          Jon D. Golas
                                                                                          Golas, Golas & Golas, P.C.
                                                                                          945 Main Street, Suite 306

                                                                                                        Manche

3