UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EUGENE D'ANGELO | : | CIVIL NO. |
| | | 3:02CV1313(SRU) |
| v. | : | |
| KENNETH KIRSCHNER, ET AL | : | NOVEMBER 3, 2004 |

### AFFIDAVIT OF LYNN WITTENBRINK

The undersigned, having been duly sworn, hereby deposes and says:

1. I am over the age of 18 and understand and believe in the obligation of an oath.

2. I am counsel for the defendants in the above-captioned matter.

3. In the first half of 2003, counsel for the plaintiff requested informal discovery from the undersigned counsel pursuant to Rule 26(f). In response, the undersigned counsel sent plaintiff's counsel a letter on May 28, 2003, describing material relevant to this case and available to plaintiff's counsel in the following manner:

   (1) Transcripts of interviews conducted with Eugene D'Angelo and other witnesses in the course of the Internal Affairs investigation;

   (2) Copies of police reports;

   (3) Internal Department of Public Safety ("DPS") memoranda regarding the Northstar Program;

   (4) Written communications between the federal government and DPS regarding the Northstar Program;

   (5) Inventory slips related to property;

   (6) Communications related to the investigation of D'Angelo;

  (7)  Special Audit Report of the Northstar Program;

  (8)  Correspondence between John Bailey from Edward Marcus;

  (9)  Correspondence between DPS officials and attorney(s) for D'Angelo; and,

  (10)  Applications for arrest and search warrants.

  4.  Two weeks later, the undersigned counsel sent an even more detailed analysis of available documents. See attached letter dated June 10, 2003, with attached "D'Angelo Box Inventory." This letter refers to the previous description of relevant material. The "Box Inventory" is a two-page, single-spaced description by type of all of the unprivileged material relevant to this matter. The material is still labeled as to the original box it came from and is accessible in this manner.

  5.  The original "boxes" have been placed into larger boxes, but retain the label of the original box in order that they are accessible. Each "box" as described in the "box inventory" is contains material no more than 4-5 inches high.

  6.  Counsel for the plaintiff came and had access to the material that was inventoried, and chose to photocopy a small portion of it. This material was copied and provided to the plaintiff at no charge by defendants. See letter dated October 5, 2004.

                  /s/_____
                  Lynn D. Wittenbrink

Subscribed and sworn to before me this 3d day of November 2004.

                  /s/_____
                  Ann E. Lynch
                  Commissioner of the Superior Court