*Tel: (860) 808-5450*
*Fax: (860) 808-5591*

June 10, 2003

Jon D. Golas, Esq.
Golas & Golas
945 Main Street
Suite 306
Manchester, CT  06040

Re:     **D'Angelo vs. Kirschner, et al.**
        No. 3:02CV1313

Dear Attorney Golas:

    In addition to whatever documents related to the above-captioned matter I have already described, I enclose a description by category, of all tangible things in the possession of the Department of Public Safety that relate to your client's allegations in even the most tangential of ways.  A full copy has been made for me and is located at my office.

                                Very truly yours,

                                /s/

                                Lynn D. Wittenbrink
                                Assistant Attorney General

LDW:lac