# D'ANGELO BOX INVENTORY

Box Labeled I97-008334
    Two videos
    Pictures
    Certified copy of I97-008334

Box 1:    "Report"—Executive Summary

Box 2:    IA documents, incl. transcripts
    Witness statement Trainham, Slaiby
    Investigation Reports
    Possessed property forms
    internal memos
    list/outline of questions for witnesses

Box 3    Investigation Reports
    IA documents

Box 4    Memo to Bardelli from Tolomeo re IA97-005
    Portions of A &O manual
    Letter of suspension
    Investigation Reports

Box 5    Investigation Reports
    Attachments to reports—internal memos, travel approvals etc, memos w/ other pds

Box 6    Arbitration Award dated March 4, 1995-DPS violated union k when P was transferred out of statewide narcotics W/ Decision

    4/95 request by D'Ang to be liason for national guard
    7/96 memo from army re prop
    96 moa
    prop transfer receipts
    assignment memo to Northstar
    internal investigation memos
    federal Northstar documents
    agreement between SOC and participants
    assignments, org. charts, calendar
    communication w/ auditor
    Northstar inventory lists

| | |
|---|---|
| Box 7 | "roll-up report" <br> Northstar item list <br> Snyder's comments on audit report <br> 97 guidelines Lt. Col. Wilm. McGuire re defense prop. |
| Box 8 | Department of Defense correspondence <br> Internal corresp, memos re Northstar <br> Department of Defense prop forms <br> Vehicle titles <br> Forms re filing cabinet <br> Forms re binocular <br> IA documents |
| Box 9 | 97 guidelines Lt. Col. Wilm. McGuire re defense prop. <br> Telecommunications request <br> Phone records <br> Internal memos <br> Corresp. w/ attorneys <br> Request for exam of phys. Evidence |
| Box 10 | property forms |
| Miscellaneous | payroll file for D'Angelo <br> WC file for D'Angelo <br> Personnel file for D'Angelo <br> Retirement file for D'Angelo |
| "Returns" | Internal corresp. Re property returned |
| Box 11 | Department of Defense corresp. <br> Agreement w/ Department of defense <br> Police investigation report <br> Information <br> warrant application <br> Statements |
| Box 12 | investigation reports <br> Property forms |