UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EUGENE D'ANGELO | : | CIVIL NO. |
| | | 3:02CV1313(SRU) |
| v. | : | |
| KENNETH KIRSCHNER, ET AL | : | NOVEMBER 3, 2004 |

### AFFIDAVIT OF NEIL PARILLE

The undersigned, having been duly sworn, hereby deposes and says:

1. I am over the age of 18 and understand and believe in the obligation of an oath.

2. I am counsel for the defendants in the above-captioned matter.

3. Defendants gave the plaintiff a choice of how he would like access to this material, which covers an entire table at the office of the undersigned counsel. Letter dated September 23, 2004. He was given the choice of having the material copied at Kinkos, or coming to the Office of the Attorney General to view and copy the material at the office. September 23, 2004. At the time of this viewing, I offered the "Box Inventory" to Attorney Golas, who responded by stating that he already had it.

                                                                                                              /s/_____
                                                                                                              Neil Parille

Subscribed and sworn to before me this 3d day of November 2004.

                                                                                                              /s/_____
                                                                                                              Ann E. Lynch
                                                                                                              Commissioner of the Superior Court