*Tel: (860) 808-5450*
*Fax: (860) 808-5591*

September 23, 2004

Jon D. Golas, Esq.
Golas, Golas & Golas
945 Main Street, Suite 306
Manchester, CT 06040

**Re:** **D'Angelo v. Kirschner, et al.**
No. 3:02CV1313 (SRU)
(Requests for Production of Documents)

Dear Jon:

In response to your request for production of documents dated April 27, 2004, we have gathered the documents in question. The material includes approximately four bankers boxes full of written material, 4 videotapes, several dozen photos and 3 audio tapes.

Please advise whether you would like to visit our office to photocopy this material, or would like us to send the documents to Kinkos for copying, at your expense. Please contact either me or Attorney Wittenbrink at 808-5450 to discuss this matter.

Sincerely,

/s/

Neil Parille
Assistant Attorney General

NP:lac