*Tel: (860) 808-5450*
*Fax: (860) 808-5591*

November 3, 2004

Jon Golas, Esq.
Golas, Golas & Golas, PC
945 Main Street, Suite 306
Manchester, CT  06040

Re:     **D'Angelo vs. Kirschner, et al.**
        No. 3:02CV1313(SRU)

Dear Attorney Golas:

    Enclosed please find copies of the documents you requested.  It is our understanding that before your inspection and the provision of these documents, we met our obligation to respond to your Request for Production of Documents.

    Please let us know if that is not the case.

    This is what information we have available for the last week of October.  I have a hearing the afternoon of Wednesday, October 27th.  I am available the remainder of the week, with the exception of all day Friday the 29th, when I will be preparing for a trial which will run the entire next week.

    Mr. Covello has a personal matter that will make him unavailable until at least the 2nd week of November.  Mr. Kasche is available the last week of October.  Mr. Kirschner will be away that week and will get dates in November for you.  Of the time that I am available, Mr. Mannion is available the 26th and the morning of the 27th.  Mr. Russell is available the whole week.

                                Very truly yours,

                                  /s/

                                Lynn D. Wittenbrink
                                Assistant Attorneys General

LDW:lac

Enclosures