*Tel. No.: (860) 808-5450*
*Fax No: . (860) 808-5591*

November 3, 2004

Jon D. Golas, Esq.                                    **via fax transmission only**
Law Offices of Golas, Golas & Golas, PC               (fax no. 646-8604)
945 Main Street, Suite 306
Manchester, CT  06040

RE:    **D'Angelo vs. Kirschner, et al.**
       No. 3:02CV1313

Dear Attorney Golas:

       I note that you should by now have received Mr. Kasche's response to discovery, and you will shortly receive Mr. McGuire's.  Also, as I told you before, Mr. Kirschner is not available the week of October 25, 2004.  He is available however, on Monday, November 1st and Thursday November 4th.

       With regard to the remainder of your letter, I refer your attention to Federal Rule of Civil Procedure 33(d).  My reading of the rule is that my clients' responses to the plaintiff's Interrogatories are perfectly adequate.  I am happy to consider any authority to the contrary.

       Neil Parille and I can be available for 1:00 PM on October 21, 2004 for the deposition with Detecties Milslagle and Sullivan.

                                    Very truly yours,

                                    /s/

                                    Lynn D. Wittenbrink
                                    Assistant Attorney General

LDW:lac

cc:    Neil Parille, Assistant Attorney General