UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Eugene D'Angelo | : | CIVIL NO. |
| | | 3:02CV1313(SRU) |
| v. | : | |
| Kenneth Kirschner, et al | : | November 5, 2004 |

## MOTION TO AMEND ANSWER TO ADD THE AFFIRMATIVE DEFENSE OF ACCORD, SATISFACTION AND RELEASE

Pursuant to Federal Rule of Civil Procedure 15, the defendants in the above-entitled action hereby move this court for permission to amend the defendant's answer dated May 4, 2004 to include the affirmative defense of accord and satisfaction. A proposed Amended Answer is attached hereto.

In support of this motion the defendants represent that there is no prejudice to the plaintiff as discovery is not complete and the plaintiff has yet to depose any of the six defendants, all as set forth more fully set forth in the attached Memorandum of Law.

DEFENDANTS
Kenneth Kirschner, et al
RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY:   __/s/_____
Lynn D. Wittenbrink
Assistant Attorney General
110 Sherman Street
Hartford, CT  06105
Federal Bar #ct08575
lynn.wittenbrink@po.state.ct.us
Tel: (860) 808-5450
Fax: (860) 808-5591

## **CERTIFICATION**

      I hereby certify that a copy of the foregoing was mailed to the following on this 5th day of November 2004:

Jon Golas  
Golas, Golas & Golas, P.C.  
Suite 306  
945 Main St.  
Manchester, CT  
06040

                                                                                         __/s/_____  
                                                                                     Lynn D. Wittenbrink  
                                                                                      Assistant Attorney General