# STIPULATED AGREEMENT

Pursuant to the provisions of Article 15, Section Four of the current Connecticut State Police labor agreement (NP-1), and Regulation 5-240-7a, a meeting was held on March 12, 1998 between Commissioner John Connelly, Colonel John Bardelli, Sergeant Robert Tolomeo, Attorneys John Williams and John McDonald, and TFC Eugene D'Angelo.

The following violations of the Department's Administration and Operations Manual will be sustained against TFC D'Angelo:

1. Section 14.2.2b(19) **Conduct Unbecoming an Officer**
   No sworn employee shall act in a cowardly manner or perform any act which is detrimental to the requirements of the service.

2. Section 14.2.2b(52) **Incompetence**
   No employee shall perform a duty in an incompetent manner.

These charges stem from TFC D'Angelo's conduct as reported in IA97-005.

Whereas the parties are desirous of resolving their differences, an agreement was reached whereupon TFC D'Angelo agrees to the following:

1. A forty-five (45) day suspension without pay. No vacation or other accrued time may be used in lieu of suspension time. The suspension will commence on March 13, 1998.

2. That TFC D'Angelo will not grieve the present or any future matters concerning the issues raised in connection with this Stipulated Agreement.

3. That, TFC D'Angelo shall retire May 1, 1998.

4. TFC D'Angelo waives his right to file any and all civil or administrative claims related to this matter.

TFC Eugene D'Angelo
Stipulated Agreement
IA97-005
Page 2 of 2

5. This agreement may not be cited as precedence for any other matter.

_____
TFC Eugene D'Angelo
Date: 3-12-98

_____
John A. Connelly
Commissioner
Date: 3/12/98

_____
Attorney John R. Williams
Date: 3/12/98

_____
Colonel John F. Bardelli
C. O., Division of State Police
Date: 3/12/98

_____
Attorney John McDonald
Date: 3-12-98

_____
Sergeant Robert L. Tolomeo
C. O., Labor Relations
Date: 3/12/98