UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Eugene D'Angelo | : | CIVIL NO. |
| | | 3:02CV1313(SRU) |
| v. | : | |
| Kenneth Kirschner, et al | : | November 4, 2004 |

### AFFIDAVIT OF LYNN D. WITTENBRINK

The undersigned, having been duly sworn, hereby deposes and says:

1. I am over the age of 18 and understand and believe in the obligation of an oath.

2. I am an Assistant Attorney General and have been assigned the defense of the above-captioned matter.

3. I did not knowingly or in bad faith withhold any Affirmative Defense in this matter, and only just came across the Stipulated Agreement entered into by the plaintiff.

　　　　　　　　　　　　　　　　　　　　 /s/ _____
　　　　　　　　　　　　　　　　　　　　 Lynn D. Wittenbrink

Subscribed and sworn to before me this 4th day of November 2004.

　　　　　　　　　　　　　　　　　　　　 /s/ _____
　　　　　　　　　　　　　　　　　　　　 Richard T. Biggar
　　　　　　　　　　　　　　　　　　　　 Commissioner of the Superior Court