FILED

2005 JAN -7 P 12: 45

U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EUGENE D'ANGELO,<br>Plaintiff, | : | Case No. 3:02CV1313(SRU) |
| v. | : | |
| KENNETH KIRSCHNER, et al.<br>Defendants. | : | DECEMBER 29, 2004 |

### MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Rule 9(b) of the Local Rules of Civil Procedure, the Plaintiff, Eugene D'Angelo, respectfully requests this Court for an enlargement of time in which to conduct and complete the depositions of the plaintiff, defendants and facts witnesses. The plaintiff requests an enlargement of time until sixty (60) days after a ruling on the plaintiff's Motion to Compel dated October 28, 2004. The plaintiff's Motion to Compel dated October 28, 2004 is still pending. The plaintiff is currently unable to adequately depose the defendants as the defendants' answers to the interrogatories and requests for production are incomplete and non-responsive.

1. This is the fourth such request for an extension of time.

2. Counsel for the Plaintiff left a telephone message with Defendants' counsel, Lynn D. Wittenbrink on December 29, 2004, regarding this extension of time.

The undersigned counsel was unable to reach Attorney Wittenbrink as of the drafting of this extension of time.

WHEREFORE, the Plaintiff, Eugene D'Angelo respectfully requests that this motion for extension of time to complete depositions of sixty (60) days after a ruling on the plaintiff's Motion to Compel dated October 28, 2004 be granted.

THE PLAINTIFF,<br>
Eugene D'Angelo

By: _____
Jon D. Golas
Federal Bar Number: ct23324
Golas, Golas & Golas, P.C.
945 Main Street, Suite 306
Manchester, CT 06040
Tel.#(860) 646-4545
Fax#(860) 646-8604
His Attorney

2

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent, postage prepaid, via U.S. Mail to the following counsel of record this 29th day of December 2004.

Lynn D. Wittenbrink
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105

_____
Jon D. Golas
Golas, Golas & Golas, P.C.
945 Main Street, Suite 306
Manchester, CT 06040