UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EUGENE D'ANGELO, | : | Case No. 3:02CV1313(SRU) |
|     Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| KENNETH KIRSCHNER, et al. | : | |
|     Defendants. | : | FEBRUARY 28, 2005 |

### MOTION FOR DEFENDANTS' ATTORNEYS TO WITHDRAW FOR CONFLICT OF INTEREST

The plaintiff, Eugene D'Angelo, hereby moves the court to order the Office of the Attorney General to withdraw as the attorneys for all of the defendants in connection with this matter for the following reasons:

1) On February 23, 2005, Lynn D. Wittenbrink sent a letter to this office stating that the Attorney General's Office is representing State's Attorney Michael Dearington and his office in connection with a deposition subpoena and record's keeper subpoena served upon him by the plaintiff, Eugene D'Angelo (See attached Letter dated 2/23/05).

2) State's Attorney Dearington was the lead prosecutor in connection with State of Connecticut vs. Eugene D'Angelo, Docket Number CR-97-181227 and is a witness in connection with the above-captioned federal lawsuit.

3)      It is a conflict of interest for the Office of the Attorney General to represent the defendants and witnesses in connection with this federal lawsuit.

WHEREFORE, the Plaintiff, Eugene D'Angelo respectfully requests that this Motion be granted.

                                          THE PLAINTIFF,
                                          Eugene D'Angelo

By: _____
      Jon D. Golas
      Federal Bar Number:  ct23324
      Golas, Golas & Golas, P.C.
      945 Main Street, Suite 306
      Manchester, CT 06040
      Tel.#(860) 646-4545
      Fax#(860) 646-8604
      His Attorney

**CERTIFICATION**

      This is to certify that a copy of the foregoing has been sent, postage prepaid, via U.S. Mail to the following counsel of record this 28th day of February, 2005.

Lynn D. Wittenbrink
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105

 

                                                        Jon D. Golas
                                                        Golas, Golas & Golas, P.C.
                                                        945 Main Street, Suite 306
                                                        Manchester, CT 06040