UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EUGENE D'ANGELO | : | NO. 3:02CV1313(SRU) |
| | : | |
| VS. | : | |
| | : | |
| KENNETH KIRSCHNER, ET AL. | : | MARCH 3, 2005 |

### APPEARANCE

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT:

**PLEASE ENTER MY APPEARANCE** on behalf of all defendants in addition to any Appearances already on file in regards to the above-captioned case.

Dated at Hartford, Connecticut, this 3rd day of March, 2005.

                DEFENDANTS,
                Kenneth Kirschner, et al.

                RICHARD BLUMENTHAL
                ATTORNEY GENERAL


        BY:_____/s/_____
            Neil Parille
            Assistant Attorney General
            Federal Bar No. ct15278
            110 Sherman Street
            Hartford, CT  06105
            Telephone No.:  (860) 808-5450
            Fax No. (860) 808-5591
            E-mail:  neil.parille@po.state.ct.us

**CERTIFICATION**

I hereby certify that a copy of the foregoing was sent by first-class mail, postage prepaid to the following on this 3rd day of March, 2005:

Jon Golas, Esq.
Golas, Golas & Golas, PC
945 Main Street, Suite 306
Manchester, CT  06040


\_\_\_/s/_____
Neil Parille
Assistant Attorney General