FILED

2005 APR 29 P 12: 19

U.S. DISTRICT COURT
BRIDGEPORT. CONN.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| EUGENE D'ANGELO,<br>    Plaintiff, | Case No. 3:02CV1313(SRU) |
| v. | |
| KENNETH KIRSCHNER, et al.<br>    Defendants. | APRIL 28, 2005 |

## MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Rule 9(b) of the Local Rules of Civil Procedure, the Plaintiff, Eugene D'Angelo, respectfully requests this Court for an enlargement of time of (30) days from May 1, 2005 to and including June 1, 2005 in which to conduct and complete the depositions of the plaintiff, defendants and facts witnesses.

1. This is the fourth such request for an extension of time.

2. Counsel for the Plaintiff conferred with Defendants' counsel, Lynn D. Wittenbrink, who stated she had no objection regarding this requested extension.

3. The last two (2) depositions are tentatively scheduled for May 12, 2005

4. Counsel for the parties also request that the Dispositive Motions deadline be extended until July 1, 2005.

WHEREFORE, the Plaintiff, Eugene D'Angelo respectfully requests that his motion for a (30) day extension of time through June 1, 2005 for completion of depositions and the request for extension of the dispositive motions be granted.

THE PLAINTIFF,<br>
Eugene D'Angelo

By: _____
Jon D. Golas
Federal Bar Number: ct23324
Golas, Golas & Golas, P.C.
945 Main Street, Suite 306
Manchester, CT 06040
Tel.#(860) 646-4545
Fax#(860) 646-8604
His Attorney

2

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent, postage prepaid, via U.S. Mail to the following counsel of record this 28th day of April 2005.

Lynn D. Wittenbrink
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105

Jon D. Golas
Golas, Golas & Golas, P.C.
945 Main Street, Suite 306
Manchester, CT 06040