## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EUGENE D'ANGELO, | : | Case No. 3:02CV1313(SRU) |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| KENNETH KIRSCHNER, et al. | : | |
| Defendants. | : | MAY 26, 2005 |

### MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Rule 9(b) of the Local Rules of Civil Procedure, the Plaintiff, Eugene D'Angelo, respectfully requests this Court for an enlargement of time of (30) days from June 1, 2005 to and including July 1, 2005 in which to complete the deposition of the defendant, John Mannion.

1.      This is the fifth such request for an extension of time.

2.      Counsel for the Plaintiff conferred with Defendants' counsel, Lynn D. Wittenbrink, who stated she had no objection regarding this requested extension.

3.      The completion of Mr. Mannion's deposition is scheduled for June 14, 2005.  This counsel was unable to complete Mr. Mannion's deposition on May 12, 2005.

4.      Counsel for the parties also request that the Dispositive Motions deadline be extended until August 1, 2005.

WHEREFORE, the Plaintiff, Eugene D'Angelo respectfully requests that his motion for a (30) day extension of time through July 1, 2005 for completion of Mr. Mannion's deposition and the request for extension of the dispositive motions deadline be granted.

THE PLAINTIFF,
Eugene D'Angelo

By: _____

Jon D. Golas
Federal Bar Number:  ct23324
Golas, Golas & Golas, P.C.
945 Main Street, Suite 306
Manchester, CT 06040
Tel.#(860) 646-4545
Fax#(860) 646-8604
His Attorney

## <u>CERTIFICATION</u>

This is to certify that a copy of the foregoing has been sent, postage prepaid, via

U.S. Mail to the following counsel of record this 26th day of May 2005.


Lynn D. Wittenbrink
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105


                                      _____
                                        Jon D. Golas
                                        Golas, Golas & Golas, P.C.
                                        945 Main Street, Suite 306
                                        Manchester, CT 06040