UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EUGENE D'ANGELO | : | NO. 3:02CV1313(SRU) |
| *Plaintiff,* | : | |
| | : | |
| VS. | : | |
| | : | |
| KENNETH KIRSCHNER, ET AL. | : | |
| *Defendants.* | : | JULY 21, 2005 |

**THE DEFENDANTS' MOTION FOR EXTENSION OF TIME
TO FILE MOTION FOR SUMMARY JUDGMENT**

Pursuant to Local Rule of Civil Procedure 7(b), the defendants hereby move for a thirty-day extension of time (until September 1, 2005) to file a motion for summary judgment. In support of this motion, the defendants further say:

1. Pursuant to the current scheduling order, a motion for summary judgment is due on August 1, 2005.

2. Undersigned counsel has started work on the motion, but will likely need affidavits from the defendants, which will be difficult to secure given summer vacation schedules. Thus compliance with the current deadline is most difficult.

3. This is the first request for an extension of time for filing summary judgment.

4. The undersigned has spoken to attorney for the plaintiff, who consents to the granting of this motion.

**ORAL ARGUMENT NOT REQUESTED
TESTIMONY NOT REQUIRED**

        DEFENDANTS,
        Kenneth Kirschner, et al.

        RICHARD BLUMENTHAL
        ATTORNEY GENERAL


BY: /s/ _____
     Neil Parille
     Assistant Attorney General
     110 Sherman Street
     Hartford, CT 06105
     Federal Bar No. ct15278
     E-mail: neil.parille@po.state.ct.us
     Tel.: (860) 808-5450
     Fax: (860) 808-5591


## **CERTIFICATION**

I hereby certify that a copy of the foregoing was sent by first-class mail, postage prepaid to the following on this  21st  day of July 2005:

Jon Golas, Esq.
Golas, Golas & Golas, PC
945 Main Street, Suite 306
Manchester, CT 06040


     /s/ _____
     Neil Parille
     Assistant Attorney General