**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| EUGENE D'ANGELO | : | NO. 3:02CV1313(SRU) |
| *Plaintiff,* | : | |
| | : | |
| VS. | : | |
| | : | |
| KENNETH KIRSCHNER, ET AL. | : | |
| *Defendants.* | : | AUGUST 31, 2005 |

## THE DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56(c), the defendants move for summary judgment against the plaintiff's complaint. The defendants contend that there are no material issues of fact concerning the allegations raised by the plaintiff. Specifically, the defendants contend as follows:

1. There are no material issues of fact in dispute concerning the plaintiff's claim of false arrest and malicious prosecution because if the affidavit in question had been "corrected" with the material allegedly omitted, there would still have been probable cause.

2. The plaintiff's claim of defamation must fail because the statements at issue were privileged having been made in the course of a criminal investigation and a Connecticut State Police Internal Affairs Investigation.

3. The plaintiff's claim of intentional infliction of emotional distress fails because, given that there was probable cause to arrest the plaintiff, there could not be extreme and outrageous conduct. In addition, to the extent that the plaintiff's claim of intentional infliction of emotional distress are based on statements made in the Connecticut State Police Internal Investigation they are privileged.

**ORAL ARGUMENT NOT REQUESTED**
**TESTIMONY NOT REQUIRED**

    4.    The plaintiff's claim of unlawful search and seizure fail because the only search warrant in this case was not secured by the defendants.

    5.    The plaintiff is barred from bringing this action because of an agreement he signed with the Connecticut Department of Public Safety in which he waived his right to bring this action.

    6.    The defendants are immune from suit based on the doctrine of qualified immunity.

DEFENDANTS,
Kenneth Kirschner, et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY:___/s/_____
Neil Parille
Assistant Attorney General
110 Sherman Street
Hartford, CT  06105
Federal Bar No. ct15278
Telephone No.: (860) 808-5450
Fax No.: (860) 808-5591
Email:  neil.parille@po.state.ct.us

**CERTIFICATION**

I hereby certify that a copy of the foregoing was sent by first-class mail, postage prepaid to the following on this 31st day of August 2005:

Jon Golas, Esq.
Golas, Golas & Golas, PC
945 Main Street, Suite 306
Manchester, CT  06040

___/s/_____
Neil Parille
Assistant Attorney General