**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| EUGENE D'ANGELO | : | NO. 3:02CV1313(SRU) |
| *Plaintiff,* | : | |
| | : | |
| VS. | : | |
| | : | |
| KENNETH KIRSCHNER, ET AL. | : | |
| *Defendants.* | : | AUGUST 27, 2005 |

**AFFIDAVIT OF WILLIAM T. McGUIRE**

| | |
|---|---|
| STATE OF CONNECTICUT | ) |
| | ) s.s. Hartford, Connecticut |
| COUNTY OF HARTFORD | ) |

I, William T. McGuire, being of sound mind and legal age, and having been duly sworn, do hereby depose and say that:

1. I am a defendant in the above-referenced action.

2. I was employed by the Connecticut State Police from October 1977 to February 1998. At the time of the events in question I was a Lt. Colonel in the Connecticut State Police. I supervised the Field Operations on the State Police.

3. I am familiar with the plaintiff Eugene D'Angelo and the allegations that he has raised in this lawsuit.

4. At no time did I individually or as part of a conspiracy with any of the defendants maliciously prosecute, falsely arrest, defame or unreasonably search the property of Mr. D'Angelo.

5. At no time did I direct anyone to omit information, material or otherwise, from any search warrant or arrest warrant application concerning Mr. D'Angelo.

6. I did not sign an arrest warrant affidavit or a search warrant affidavit in this case. To the best of my knowledge, I did not review an arrest or search warrant.

7. I did not supervise the day-to-day criminal investigation of Mr. D'Angelo. I may have reviewed the Internal Affairs final report in this case.

8. I did not speak to the Hartford Courant or any other media outlet concerning either the criminal investigation or the internal affairs investigation of Mr. D'Angelo.

9. During the investigation of the conduct that lead to the arrest of Mr. D'Angelo, I obeyed all laws.

*William T. McGuire*
William T. McGuire

Subscribed and sworn to before me this 27th day of August, 2005.

*Neil Parille*
Neil Parille
Commissioner of the
Superior Court