UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EUGENE D'ANGELO | : | NO. 3:02CV1313(SRU) |
| *Plaintiff,* | : | |
| | : | |
| VS. | : | |
| | : | |
| KENNETH KIRSCHNER, ET AL. | : | |
| *Defendants.* | : | AUGUST 22, 2005 |

**AFFIDAVIT OF EDWARD KASCHE**

STATE OF CONNECTICUT        )
                                                    ) s.s. Hartford, Connecticut
COUNTY OF HARTFORD         )

I, Edward Kasche, being of sound mind and legal age, and having been duly sworn, do hereby depose and say that:

1. I am a defendant in the above-referenced action.

2. I was employed by the Connecticut State Police from 1973-1998.

3. I am familiar with the plaintiff Eugene D'Angelo and the allegations that he has raised in this lawsuit. During the time of the events at question I held the rank of Lieutenant.

4. I first became involved in the investigation of Mr. D'Angelo's administration of the Northstar program on January 3, 1997 when Major Richard Covello, Commanding Officer of the Bureau of Criminal Investigations, assigned Sgt. Russell and me to investigate allegations that Trooper D'Angelo was trading Northstar property for personal benefit.

5. On January 4, 1997, Sgt. Russell and I interviewed Trooper Binkowski about the allegations. Trooper Binkowski confirmed what we had heard, namely that Mr. D'Angelo was trading Northstar property for personal benefit. We asked Trooper Binkowski for a statement concerning his interaction with Mr. D'Angelo. He typed the statement himself in his own words.

6. On January 7, 1997, Sgt. Russell and I, with the approval of Major Covello, met with Trooper Binkowski to provide him with a microcassette tape to record an anticipated telephone conversation between him and Mr. D'Angelo. It was anticipated that the issue of trading a firearm personally owned by Trooper Binkowski for Northstar equipment would come up in that conversation.

7. On January 8, 1997, Trooper Binkowski met with Sgt. Russell and me to turn over the tape recording.

8. On January 8, 1997, Major Covello authorized the recording of the anticipated exchange between Trooper Binkowski and Mr. D'Angelo.

9. On January 9, 1997, Trooper Binkowski met with Mr. D'Angelo at the Northstar program site at the Altobello Complex in Meriden. The meeting lasted between 7:30 p.m. and 7:35 p.m. In accordance with Major Covello's order, this meeting was monitored and taped.

10. Within a few days of the above, Sgt. Russell, Major Covello and I had a meeting with Commissioner Kirschner. We advised Commissioner Kirschner of the results of our investigation.

11. Commissioner Kirschner shortly thereafter directed that the investigation be handled by the Major Crimes Squad of the State Police. I was not a member of that Squad.

12. I did not have any involvement in the drafting of the search warrant affidavits or the arrest warrant affidavit.

13. I was not contacted by anyone in the State's Attorneys Office concerning the subsequent course of the criminal investigation. I may have discussed the case once or twice with Lt. Mannion.

14. At no time did I individually or as part of a conspiracy with any of the defendants maliciously prosecute, falsely arrest, defame or unreasonably search the property of Mr. D'Angelo. When the case was turned over to Major Crimes, I had no way of knowing whether or not the case would result in criminal charges.

15. At no time did I direct anyone to omit information, material or otherwise, from any search warrant or arrest warrant application concerning Mr. D'Angelo. To the best of my knowledge, I never saw the search warrant or arrest warrant.

16. During the investigation of the conduct that lead to the arrest of Mr. D'Angelo, I obeyed all laws.

17. To the best of my recollection, I did not speak to the Hartford Courant or any other news organization concerning Mr. D'Angelo's conduct with respect to the Northstar program.

*Edward Kasche* (signature)
Edward Kasche

Subscribed and sworn to before me this 22ᵈ day of August, 2005.

*Neil Parille*
Neil Parille
Commissioner of the
Superior Court