UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EUGENE D'ANGELO | : | NO. 3:02CV1313(SRU) |
| *Plaintiff,* | : | |
| | : | |
| VS. | : | |
| | : | |
| KENNETH KIRSCHNER, ET AL. | : | |
| *Defendants.* | : | AUGUST 25, 2005 |

**AFFIDAVIT OF JOHN J. MANNION**

STATE OF CONNECTICUT   )
                       ) s.s. Hartford, Connecticut
COUNTY OF HARTFORD     )

I, John J. Mannion, being of sound mind and legal age, and having been duly sworn, do hereby depose and say that:

1. I am a defendant in the above-referenced action.

2. I was employed by the Connecticut State Police from 1979 to 2000.

3. I am familiar with the plaintiff Eugene D'Angelo and the allegations that he has raised in this lawsuit . During the time of the events at question I held the rank of Lieutenant and commanded the Central District Major Crime Squad.

4. I was interviewed by Internal Affairs unit of the Connecticut State Police concerning Mr. D'Angelo's conduct.

5. At no time did I individually or as part of a conspiracy with any of the defendants maliciously prosecute, falsely arrest, defame or unreasonably search the property of Mr. D'Angelo.

1

6.  At no time did anyone contact me asking that I omit any information, material or otherwise, from any search warrant or arrest warrant application concerning Mr. D'Angelo.

7.  I did not sign a search warrant affidavit in this case.

8.  During the investigation of the conduct that lead to the arrest of Mr. D'Angelo, I obeyed all laws.

9.  I did not discuss this case (either the criminal investigation or the Internal Affairs investigation) with the Hartford Courant or any other media organization.

_____
John J. Mannion

Subscribed and sworn to before me this __25__ day of August, 2005.

_____
Neil Parille
Commissioner of the
Superior Court

2