19. On January 13, 1997 and January 14, 1997, Connecticut State Police investigators from the Central District Major Crime Squad conducted a search for weapons and ammunition at the State Police "Northstar" facility in Meriden. Also three vehicles which D'Angelo had access to were searched. Several weapons were located. The Belgium 9mm which Binkowski gave to D'Angelo has not been located.

20. On January 14, 1997, investigators interviewed William Trainham, who works at the State Police "Northstar" facility in Meriden, Connecticut. In a written statement, Trainham indicated (in part) that D'Angelo told him that good items were to be kept in the back rooms that D'Angelo named number 12 and 13. D'Angelo told Trainham that the only people to get things out of rooms 12 or 13 were the people that D'Angelo said could get things out of there. The items that weren't that good or the real small sizes were the things that stayed out on the main floor where everyone could see them. D'Angelo would tell everyone coming in there that he has a barter system, if you bring him knives or guns he would trade you some of the good stuff.

21. Traniham stated that he knows that D'Angelo collects knives and guns and keeps some of them in the buildings used for "Northstar." Trainham knows of 4 or 5 knives that D'Angelo owns, two pistols and two rifles that he keeps there. Trainham also knows that D'Angelo has a Belgium 9mm handgun because one time he saw D'Angelo with it about one to one and one-half months ago and he told Trainham that it was a Belgium gun. Trainham also stated that he has cleaned D'Angelo's garage at D'Angelo's residence and has seen a safe with a lock in the garage. Trainham also told investigators that the safe he saw in D'Angelo's garage appeared to be a personal safe and not military in style. Trainham stated that he never saw any guns in the house or never had any discussions with D'Angelo regarding guns kept at his house. The only military items he observed at D'Angelo's residence was a couple of military jackets.

22. Trainham stated that on Thursday, January 9, 1997, a Trooper showed up at the "Northstar" facility and D'Angelo told Trainham to go in the back and get 5 or 6 Gortex jackets for the guy. This guy gave D'Angelo a pistol, it looked to Trainham to be a .45 caliber, military style and he walked close to D'Angelo and saw that there was a date on the gun of 1911. They then started to discuss what this guy wanted. The guy got some compasses and Gortex jackets. D'Angelo then went out to the bronco and got a pair of binoculars and brought them in and put them on the desk. Trainham indicated that the guy also mentioned some missing jackets and wanted to know who unloaded the truck and Trainham thought that at one point he may have accused Trainham of taking the jackets. Trainham indicated that the jackets were for extreme cold weather and hard to come by. Trainham stated that he did not know for a fact that D'Angelo took these jackets but he kind of suspected that he did.

Wherefore the undersigned requests that a warrant may issue commanding a proper officer to search said person or to enter into or upon said place or thing, search the same, and take into custody all such property.

| CITY/TOWN | DATE | SIGNATURE AND TITLE OF AFFIANT |
|---|---|---|
| New Haven | Jan 23, 1997 | Det. Edward Kushner |
| New Haven | 01-23-97 | Sgt. 3 — C. McZ |
| JURAT Subscribed and sworn to before me on: | DATE 1-23-97 | [signature] |

(Ravoir Aff)

23. Trainham also stated that he overheard that this guy has a Winchester rifle and that he and D'Angelo were talking about trading the Winchester for a generator that was in the building and obtained from the military. This guy was talking about how he wanted the generator for his house.

24. Binkowski described the 9mm pistol he gave to D'Angelo to investigators. He indicated that on December 23, 1996 he gave Trooper Gene D' Angelo a Fabrique National 9mm pistol, serial number 35288. The pistol had plastic hand grips that appeared wooden, and was a mat finish. The pistol was worn and some of it's finish was worn off in spots. The pistol's barrel length was approximately 5 inches. He had no pictures of the pistol.

25. That the current State Police roster lists Eugene D'Angelo's address as 50 Lucy Court Southington, Connecticut. A check with Connecticut Department of Motor Vehicle lists two vehicles registered to Eugene E. D'Angelo, DOB: 09/24/56, both with an address of 50 Lucy Court Southington, Connecticut.

26. From the information obtained, the affiants believe that State Trooper Eugene D'Angelo is using "Northstar" military items, obtained for Connecticut State Police use, for his personal gain. The affiants know that personal items, such as firearms are kept at an individuals place of residence. The affiants request that a search and seizure warrant be issued to search the personal residence of Eugene D'Angelo, located a 50 Lucy court Southington, Connecticut for a Fabrique National 9mm pistol, serial number 35288, which is the pistol Binkowski gave to D'Angelo.

The undersigned ☒ has not presented this application in any other court or to any other judge.   (Check one.)
☐ has presented this application in any other court or to any other judge.

This application consists of this form plus ___4___ pages attached thereto and made a part hereof.

Wherefore the undersigned requests that a warrant may issue commanding a proper officer to search said person or to enter into or upon said place or thing, search the same, and take into custody all such property.

| CITY/TOWN | DATE | SIGNATURE AND TITLE OF AFFIANT |
|---|---|---|
| New Haven | Jan. 23, 1997 | Det. Edward Kushner |
| New Haven | 01-23-97 | Sgt. B-- C. M-- |
| JURAT  Subscribed and sworn to before me on: | DATE 1-23-97 | J.Tim P McMohen |



(Revoir Aff)

**AFFIDAVIT REQUESTING DISPENSATION WITH
REQUIREMENT OF DELIVERY
pursuant to S. 54-33c, Connecticut General Statutes**

TO: A Judge of the Superior Court

For the reasons set forth below, the undersigned, being duly sworn, requests that the judge dispense with the requirement of C.G.S. S. 54-33c that a copy of the affidavit(s) in support of the warrant be given to the owner, occupant or person named therein within forty-eight hours.

☐ The personal safety of a confidential informant would be jeopardized by the giving of a copy of the affidavits at such time;

☒ The search is part of a continuing investigation which would be adversely affected by the giving of a copy of the affidavits at such time;

☐ The giving of such affidavits at such time would require disclosure of information or material prohibited from being disclosed by chapter 959a of the general statutes;

The undersigned further requests that this affidavit also be included in such nondelivery.

**STATE OF CONNECTICUT**

| CITY/TOWN | DATE | SIGNATURE AND TITLE OF AFFIANT |
|---|---|---|
| New Haven | Jan 23, 1997 | Det. Edward Kushman |
| New Haven | 01-23-97 | Sgt. B - C. M— |
| **JURAT** Subscribed and sworn to before me on: | Date 1-23-97 | SIGNED (Judge of the Superior Court) /s/ [McMahon] |

(Revoir Aff)

SEARCH AND SEIZURE WARRANT

STATE OF CONNECTICUT
SUPERIOR COURT

The foregoing Affidavit and Application for Search and Seizure Warrant having been presented to and been considered by the undersigned, a Judge of the Superior Court, the undersigned (a) is satisfied therefrom that grounds exist for said application, and (b) finds that said affidavit establishes grounds and probable cause for the undersigned to issue this Search and Seizure Warrant, such probable cause being the following: From said affidavit, the undersigned finds that there is probable cause for the undersigned to believe that the property described in the foregoing affidavit and application is within or upon the person, if any, named or described in the foregoing affidavit and application, or the place or thing, if any, described in the foregoing affidavit and application, under the conditions and circumstances set forth in the foregoing affidavit and application, and that, therefore, a Search and Seizure Warrant should issue for said property.

NOW THEREFORE, by Authority of the State of Connecticut, I hereby command any Police Officer of a regularly organized police department, any State Policeman; or any conservation officer, special conservation officer or patrolman acting pursuant to C.G.S. S. 26-6 to whom these presents shall come within ten days after the date of this warrant to

☒ enter into or upon and search the place of thing described in the foregoing affidavit and application, to wit:
The property located at 50 Lucy Court, Southington, Connecticut, which includes a single family split level house, white in color with a brown roof, brown trim and brick facing. The house has a attached two car garage with brown garage doors. The number "50" is on the mail box and a front post. Also included is a white shed type building with a brown roof which is located in the back yard.

☐ search the person described in the foregoing affidavit and application, to wit:


for the property described in the foregoing affidavit and application, to wit::
One Fabrique National 9mm pistol, serial number 35288 with plastic hand grips that appear wooden and having a matt finish.


and upon finding said property to seize the same, take and keep it in custody until the further order of the court, and with reasonable promptness make due return of this warrant accompanied by a written inventory of all property seized.

☒ The foregoing request that the judge dispense with the requirement of C.G.S. S. 54-33c that a copy of the affidavit(s) in support of the warrant be given to the owner, occupant or person named therein and that the affidavit in support of such request also be included in such nondelivery is hereby:

☒ GRANTED for a period of [NOT TO EXCEED 2 WEEKS BEYOND DATE WARRANT IS EXECUTED / 14 days]
This order, or an extension thereof, dispensing with said requirement shall not limit disclosure of such affidavits to the attorney for a person arrested in connection with or subsequent to the execution of the search warrant unless, upon motion of the prosecuting authority within two weeks of such arraignment the court finds that the state's interest in continuing nondisclosure substantially outweighs the defendant's right to disclosure.

☐ DENIED

Signed at New Haven, Connecticut, on   Date 1-23-92   Signed (Judge of the Superior Court) _____

(Revoir Aff)

PROPERTY SEIZED ON SEARCH AND SEIZURE WARRANT

| JUDICIAL DISTRICT OF<br>New Haven | AT (Address of Court)<br>121 Elm Street New Haven, CT | | INVENTORY CONTROL NO.<br>DATE OF SEIZURE<br>01/29/97 |
|---|---|---|---|
| DOCKET NO.<br>CR- | UNIFORM ARREST NO. | POLICE CASE NO.<br>I-97-008334 | COMPANION CASE NO. |

Then and there by virtue of and pursuant to the authority of the foregoing warrant, I searched the person, place, or thing named therein, to wit::

The property located at 50 Lucy Court, Southington, Connecticut, which includes a single family split level house, white in color with a brown roof, brown trim and brick facing. The house has a attached two car garage with brown garage doors. The number "50" is on the mail box and a front post. Also included is a white shed type building with a brown roof which is located in the back yard.

and found thereon or therein, seized, and now hold in custody, the following property . . .

☐ Total Cash Seized: -0- ,          consisting of:

One Fabrique National 9mm pistol, serial number 35288 with plastic hand grips that appear wooden and having a matt finish.

and I gave a copy of such warrant to     **Eugene D'Angelo**     the owner or occupant of

the dwelling, structure, motor vehicle or place designated therein, or to

the person named therein, on (Date):    01/29/97

| DATE OF THIS RETURN<br>01/30/97 | SIGNED (Officer's Signature and department)<br>*Edward M. Kushner*<br>Det. Edward M. Kushner CSP-CDMCS |
|---|---|

NOTE: Form JD-CR-61, pages 1-6 must be supplemented by Form JD-CR-52.

(Revoir Aff)