**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| EUGENE D'ANGELO | : | NO. 3:02CV1313(SRU) |
| *Plaintiff,* | : | |
| | : | |
| VS. | : | |
| | : | |
| KENNETH KIRSCHNER, ET AL. | : | |
| *Defendants.* | : | AUGUST 31, 2005 |

## NOTICE OF MANUAL FILING

Please take notice that defendants, **KENNETH KIRSCHNER, ET AL.**, have manually filed the following documents:

**EXHIBIT H**   Witness Statement of TFC Richard Binkowski;

**EXHIBIT I**   Arrest Warrant Application of Eugene D'Angelo;

**EXHIBIT J**   Title, Allegations & Counts;

**EXHIBIT K**   Arrest Warrant;

**EXHIBIT L**   Agreement between State of Connecticut and Section 1208 Participants;

**EXHIBIT M**   State of CT/Department of Public Safety/State Police/Witness Statement of Terrence K. Langin;

**EXHIBIT N**   State of CT/Department of Public Safety/State Police/Witness Statement of George Slaiby;

**EXHIBIT O**   Continuation of Investigating Report. Witness: William Trainham;

**EXHIBIT P**   Telephone Call on 01/07/97;

**EXHIBIT Q**   Body Worn Recorder on 01/09/97;

**EXHIBIT R**   1208 Program Equipment Transfer Receipt;

**EXHIBIT S**   State of CT/Department of Public Safety/State Police/Witness Statement of Pasquale DeChello;

**EXHIBIT T**   Deposition of Eugene D'Angelo dated 06/02/04;

**EXHIBIT U**   Deposition of John Mannion dated 05/12/05;

**EXHIBIT V**   Deposition of Michael Dearington dated 05/12/05;

**EXHIBIT W**   Stipulated Agreement;

**EXHIBIT X**   Transcript dated 07/15/99;

**EXHIBIT Y**   State of CT/Department of Public Safety/Complaint Against Personnel Employee Involved - Eugene D'Angelo

**EXHIBIT Z**   Inventory of Property Seized Without Search Warrant; and,

**EXHIBIT AA**   Items Provided to Connecticut State Police.

These documents have been filed electronically because:

[ X ]   The documents cannot be converted to an electronic format.
[ X ]   The electronic file size of the document exceeds 1.5 megabytes.
[   ]   The document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 56(b).
[ X ]   Plaintiff/Defendant is excused from filing this document or thing by Court order.

The documents have been manually served on all parties.

DEFENDANTS,
Kenneth Kirschner, et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL


BY:___/s/_____
Neil Parille
Assistant Attorney General
Federal Bar No. ct15278
110 Sherman Street
Hartford, CT  06105
Telephone No. (860) 808-5450
Fax no. (860) 808-5591
Email:  neil.parille@po.state.ct.us

2

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was sent by first-class mail, postage prepaid to the following on this 31st day of August, 2005 to:

Jon Golas, Esq.
Golas, Golas & Golas, PC
945 Main Street, Suite 306
Manchester, CT  06040

                                                                                              __/s/_____
                                                                                              Neil Parille
                                                                                              Assistant Attorney General