## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EUGENE D'ANGELO, | : | Case No. 3:02CV1313(SRU) |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| KENNETH KIRSCHNER, et al. | : | |
| Defendants. | : | September 9, 2005 |

## MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Rule 7(b) of the Local Rules of Civil Procedure, the Plaintiff, Eugene D'Angelo, respectfully requests this Court for an enlargement of time of (30) days from September 22, 2005 to and including October 24, 2005 in which to respond to the defendants' Motion for Summary Judgment.

1. This is the first such request for an extension of time.

2. Counsel for the Plaintiff conferred with Defendants' counsel, Neil Parille, who stated he had no objection regarding this requested extension.

3. The undersigned counsel will be out of State from 9/14/05 until 9/27/05.

4. A thirty day (30) extension of time to respond to the Motion for Summary Judgment is requested so the undersigned counsel can draft a response.

WHEREFORE, the Plaintiff, Eugene D'Angelo respectfully requests that his motion for a (30) day extension of time to October 24, 2005 to respond to the Motion for Summary Judgment be granted.

                                                          THE PLAINTIFF,
                                                          Eugene D'Angelo

By: _____
       Jon D. Golas
       Federal Bar Number:  ct23324
       Golas, Golas & Golas, P.C.
       945 Main Street, Suite 306
       Manchester, CT 06040
       Tel.#(860) 646-4545
       Fax#(860) 646-8604
       His Attorney

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been sent, postage prepaid, via U.S. Mail to the following counsel of record this 9th day of September 2005.

Neil Parille
Lynn D. Wittenbrink
Assistant Attorney Generals
110 Sherman Street
Hartford, CT 06105

                                          Jon D. Golas
                                          Golas, Golas & Golas, P.C.
                                          945 Main Street, Suite 306
                                          Manchester, CT 06040