UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EUGENE D'ANGELO, | : | Case No. 3:02CV1313(SRU) |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| KENNETH KIRSCHNER, et al. | : | |
| Defendants. | : | October 23, 2005 |

### MOTION STRIKE DEFENDANTS' AFFIDAVITS

Pursuant to Rule 56(e) of the Federal Rules of Civil Procedure, "[s]upporting and opposing affidavits shall be made on personal knowledge, shall set forth facts as would be admissible in evidence, and shall show affirmatively that the affiant is competent to testify to these matters stated therein."  The affidavits submitted by the defendants are not based on personal knowledge, the affidavits are not sworn to be true, they contain hearsay statements, conclusory averments and unfounded self serving declarations.

The plaintiff moves this court to strike the following affidavits submitted by the defendants:

Major Covello's affidavit, defendants' exhibit A, ¶5, 9 & 10 contain inadmissible hearsay and are not supported by specific facts.  Paragraph 11 of Major Covello's affidavit is speculative.  Paragraph 12 is not a statement of fact that the affiant knows to

**ORAL ARGUMENT REQUESTED**

be true. Major Covello states in paragraph 12 that to the best of his knowledge neither he nor any member of his staff had any involvement in the criminal investigation. Major Covello does not set forth any facts showing that he was not involved in the criminal investigation. Paragraph 13 is not a statement of fact that the affiant knows to be true. Paragraphs 16,17 and 20 are conclusory averments unsupported by specific facts. Paragraph 18 is not a statement of fact that the affiant knows to be true.

Kenneth H. Kirschner's affidavit, defendants' exhibit B, paragraphs 5 and 9 contain inadmissible hearsay. Paragraphs 11, 12, 13 & 15 are conclusory averments unsupported by specific facts. Paragraph 14 is not a statement of fact that the affiant knows to be true.

William T. McGuire's affidavit, defendants' exhibit C, paragraphs 4, 5 and 9 are conclusory averments unsupported by specific facts. Paragraphs 6 and 7 are not statements of fact that the affiant knows to be true.

Andrew Russell's affidavit, defendants' exhibit D, paragraph 9 is speculative and a conclusion unsupported by any specific facts. Paragraphs 17, 18 and 19 are conclusory averments unsupported by specific facts.

Edward Kasche's affidavit, defendants' exhibit E, paragraphs 13,15 and 17 are not a statements of fact that the affiant knows to be true. Paragraphs 14, 15 and 16 are conclusory averments unsupported by specific facts.

John J. Mannion's affidavit, defendants' exhibit F, paragraphs 5,6 and 8 are conculsory averments unsupported by specific facts.

WHEREFORE, for all the foregoing reasons and the reasons that will be set forth at oral argument the plaintiff moves to strike the above-mentioned affidavits as they do not comply with Rule 56(e).

                                                                                                        THE PLAINTIFF,
                                                                                                        Eugene D'Angelo

By: _____
     Jon D. Golas
     Federal Bar Number: ct23324
     Golas, Golas & Golas, P.C.
     945 Main Street, Suite 306
     Manchester, CT 06040
     Tel.#(860) 646-4545
     Fax#(860) 646-8604
     His Attorney

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been Hand Delivered to the following counsel of record this 24th day of October 2005.

Neil Parille
Lynn D. Wittenbrink
Assistant Attorney Generals
110 Sherman Street
Hartford, CT 06105

                                            Jon D. Golas
                                            Golas, Golas & Golas, P.C.
                                            945 Main Street, Suite 306
                                            Manchester, CT 06040