**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| EUGENE D'ANGELO, | : | Case No. 3:02CV1313(SRU) |
|     Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| KENNETH KIRSCHNER, et al. | : | |
|     Defendants. | : | October 23, 2005 |

### MOTION STRIKE DEFENDANTS' LOCAL RULE 56(A)(1) STATEMENT

The plaintiff moves this court to strike several statements in the defendants' Local Rule 56(a) 1 Statement on the grounds that the statements are unsupported by the record, are unsupported by admissible evidence, are based on inadmissible hearsay, are legal conclusions, are speculative and improper generalizations. Furthermore, the plaintiff moves to strike several statements in the defendants' Local Rule 56(a) 1 Statement as they do not comply with Local Rule 56(a)(3) requiring "specific citation" to paragraphs and pages in the record. The plaintiff moves to strike paragraphs, 5,6, 8,9,10,11,12,13,15,16,17,18,19,20,22,24,25,26,28,30,32,34,36,38,42,44,47,48,49,50,54, 56, 57, 59, 60,62,64, 67,69, 71, 72, 74, 75, 76, 77, 78,85. See same objections in Plaintiff's Local Rule 56(a)(2) Statement.

**ORAL ARGUMENT REQUESTED**

2

WHEREFORE, for all the foregoing reasons and the reasons that will be set forth at oral argument the plaintiff moves to strike the above-mentioned portions of the defendants' Local Rule 56(a)(1) Statement.

                   THE PLAINTIFF,
                   Eugene D'Angelo


By:  _____
    Jon D. Golas
    Federal Bar Number: ct23324
    Golas, Golas & Golas, P.C.
    945 Main Street, Suite 306
    Manchester, CT 06040
    Tel.#(860) 646-4545
    Fax#(860) 646-8604
    His Attorney

## CERTIFICATION

This is to certify that a copy of the foregoing has been Hand Delivered to the following counsel of record this 24th day of October 2005.

Neil Parille
Lynn D. Wittenbrink
Assistant Attorney Generals
110 Sherman Street
Hartford, CT 06105

                                      Jon D. Golas
                                      Golas, Golas & Golas, P.C.
                                      945 Main Street, Suite 306
                                      Manchester, CT 06040