UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EUGENE D'ANGELO, | : | Case No. 3:02CV1313(SRU) |
|     Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| KENNETH KIRSCHNER, et al. | : | |
|     Defendants. | : | October 23, 2005 |

### MOTION TO STRIKE DEFENDANTS' EXHIBITS

Pursuant to Federal Rule of Civil Procedure 56 and Local Rule 56(a) subsections 1, 2, and 3 the plaintiff moves to strike the following exhibits attached to Defendants' Motion for Summary Judgment.

Pursuant to the above-mentioned rules, '[each statement of material fact by a movant in a Local Rule 56(a) 1 Statement . . . must be followed by a specific citation to (1) the affidavit of a witness competent to testify as to the facts at trial and/or (2) evidence that would be admissible at trial." See, Local Federal Rule 56.

The principles concerning admissibility of evidence do not change on a motion for summary judgment. Raskin v. Wyatt Co., 125 F.3d 55, 66 (2d Cir. 1997); Newport Elecs. v. Newport Corp., 157 F. Supp.2d 202, 208 (D. Conn. 2001). Accordingly, a motion to strike is appropriate if documents are submitted in support of a motion for

**ORAL ARGUMENT REQUESTED**

summary judgment contain inadmissible hearsay, conclusory statements, are incomplete, or have not been properly authenticated.  *See*, e.g. Hollander v. American Cyanamid Co., 999 F. Supp. 252, 255-56 (D. Conn. 1998); Dedyo v. Baker Engineering New York. Inc., 1998 U.S. Dist. LEXIS 132, 1998 WL 9376 at *4 (S.D.N.Y. 1998).  "The documents submitted in opposition to a summary judgment motion must be properly authenticated to be considered by the court at summary judgment stage."  Barlow v. State of Connecticut, 319 F. Supp. 2d 250, 257,258. (D. Conn. 2004) (Burns, J).  citing Dedyo, 1998 U.S. Dist. Lexis 132 at 12-13, See also, 11 James Wm. Moore et al., Moore's Federal Practice P 56.14[4] [a] (3d ed. 1997).  "It is irrelevant that the documents can be properly authenticated if introduced through a witness, if they have not been properly authenticated when submitted in support or opposition to summary judgment."  See Barlow at 257.

    The plaintiff moves that the following defendants' Exhibits be struck: Exhibit H as it has not been properly authenticated and it contains inadmissible hearsay. Exhibit H has not been sworn to as required by Federal Rule 56(e).  Exhibit I has not been properly authenticated.  Exhibit I is not a certified copy.  Exhibit J has not been properly authenticated. Exhibit J is unsigned and is not a certified copy.  Exhibit K has not been properly authenticated.  Exhibit K is unsigned and is not a certified copy. Exhibit L has not been properly authenticated.  Exhibit L is unsigned and is not a

certified copy. Exhibit M has not been properly authenticated and it contains inadmissible hearsay. Exhibit N has not been properly authenticated and it contains inadmissible hearsay. Exhibit O has not been properly authenticated and it contains inadmissible hearsay. Exhibit P has not been properly authenticated, it is unsigned and has not been sworn to. Exhibit Q has not been properly authenticated. Exhibit Q is unsigned and has not been sworn to. Exhibit R has not been properly authenticated as it is not a certified copy. Exhibit S has not been properly authenticated and it contains inadmissible hearsay. Exhibit T has not been properly authenticated and its does not contain the proper certification. Exhibit U has not been properly authenticated and its does not contain the proper certification. Exhibit V has not been properly authenticated and its does not contain the proper certification. Exhibit W has not been properly authenticated and it is not a certified copy. Exhibit Y has not been properly authenticated and it is not a certified copy. Exhibit Z has not been properly authenticated and it is not a certified copy. Exhibit AA has not been properly authenticated.

    For all of the foregoing reasons and for reasons that may be set forth at oral argument the plaintiff respectfully requests that this court strike the above-mentioned exhibits attached to the defendants' Motion for Summary Judgment.

                                THE PLAINTIFF,
                                Eugene D'Angelo

          By: _____
                Jon D. Golas

                    Federal Bar Number:  ct23324
                    Golas, Golas & Golas, P.C.
                    945 Main Street, Suite 306
                    Manchester, CT 06040
                    Tel.#(860) 646-4545
                    Fax#(860) 646-8604

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been Hand Delivered to the following counsel of record this 23rd day of October 2005.

Neil Parille
Lynn D. Wittenbrink
Assistant Attorney Generals
110 Sherman Street
Hartford, CT 06105

                    _____
                    Jon D. Golas
                    Golas, Golas & Golas, P.C.
                    945 Main Street, Suite 306
                    Manchester, CT 06040