UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EUGENE D'ANGELO, | : | Case No. 3:02CV1313(SRU) |
|     Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| KENNETH KIRSCHNER, et al. | : | |
|     Defendants. | : | October 24, 2005 |

## NOTICE OF MANUAL FILING

Please take notice that the plaintiff Eugene D'Aneglo has manually filed the following documents, Plaintiff's Exhibits 1 through 21.

## LIST OF EXHIBITS 1 THROUGH 21

1. D'Angelo Affidavit

2. Major Covello Internal Affairs Interview

3. Binkowski Statement dated 2/3/97

4. Statement from Shawn M. Boyne

5. Continuation of Investigation Report Re: Shawn Boyne dated 2/21/97

6. Continuation of Investigative Report Re: Dennis Sullivan dated 5/19/97

7. G.J. O'Donnell Private Investigators Witness Statement Form Re: Dennis Sullivan dated 6/18/97

8. Continuation of Investigative Report Re: Robert Milslagle dated 8/5/97

9. G.J. O'Donnell Private Investigators Witness Statement Form Re: Robert Milslagle dated 6/25/97

10. Witness Statement dated 1/15/97 from Trooper Binkowski

11. Continuation of Investigative Report Re: M/Sgt. James Turner dated 4/24/97

12. Continuation of Investigation Report Re: TSgt. Zane Tyler dated 4/28/97

13. Continuation of Investigation Report signed by John Mannion dated 7/16/97, pages 14, 16

14. Deposition of John Mannion dated 5/12/05

15. Deposition of John Mannion dated 6/14/05

16. Deposition of Michael Dearington dated 5/12/05

17. Internal Affairs Interview of John Mannion dated 10/17/97

18. Internal Affairs Investigative Report dated 11/24/97, page 60

19. Deposition of Dennis Sullivan dated 10/21/04

20. Deposition of Robert Milslagle dated 10/21/04

21. Internal Affairs Interview of Manfred Brideau dated 10/8/97

These documents/exhibits have not been filed electronically because they cannot be converted to an electronic format. These documents have been manually served on all parties.

        THE PLAINTIFF,
        Eugene D'Angelo

By: _____
     Jon D. Golas
     Federal Bar Number: ct23324
     Golas, Golas & Golas, P.C.
     945 Main Street, Suite 306
     Manchester, CT 06040
     Tel.#(860) 646-4545
     Fax#(860) 646-8604
     His Attorney

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been Hand Delivered to the following counsel of record this 24th day of October, 2005.

Neil Parille
Lynn D. Wittenbrink
Assistant Attorney Generals
110 Sherman Street
Hartford, CT 06105

        _____
        Jon D. Golas
        Golas, Golas & Golas, P.C.
        945 Main Street, Suite 306
        Manchester, CT 06040

3