UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EUGENE D'ANGELO | : | CIVIL NO. 3:02CV1313(SRU) |
| | : | |
| VS. | : | |
| | : | |
| KENNETH KIRSCHNER, ET AL. | : | OCTOBER 27, 2005 |

## MOTION FOR EXTENSION OF TIME TO FILE REPLY
## TO OPPOSITION FOR SUMMARY JUDGMENT

The defendants in the above-captioned matter respectfully move this court for an extension of time of 11 days, up to and including November 14, 2005, within which to file their Reply to the plaintiff's Memorandum in Opposition to the defendants' Motion for Summary Judgment. In support of this motion, the defendants note that on September 1, 2005, they filed their Motion for Summary Judgment with 27 exhibits, a Memorandum of Law and a Statement of Material Facts not in dispute. On Monday, October 24, 2005, the plaintiff filed a "Brief in Opposition to Motion for Summary Judgment" and at the same time filed the following motions: Motion to Strike Defendants' Affidavits; Motion to Strike Defendants' Exhibits; and Motion to Strike Defendants' Local Rule 56(A)(1) Statement.

The defendants have 21 days to respond to the motions, but only 10 days to file a reply to the plaintiff's brief in opposition to the Motion for Summary Judgment. The author of the motion, Assistant Attorney General Neil Parille, is on trial the first week of November, and has been heavily involved in trial preparation. The undersigned counsel has been extremely busy. Undersigned counsel left a message for plaintiff's counsel in order to determine plaintiff's position with regard to this motion and did not receive a response. This is the first motion for an extension of time with regard to this deadline.

**WHEREFORE**, the defendants respectfully seek an additional 11 days, up to and including November 14, 2005, within which to file their Reply along with their responses to plaintiff's motions regarding the Motion for Summary Judgment.

```
                              DEFENDANTS,
                              Kenneth Kirschner, et al.

                              RICHARD BLUMENTHAL
                              ATTORNEY GENERAL


                         BY:____/s/_____
                              Lynn D. Wittenbrink
                              Assistant Attorney General
                              Federal Bar No. ct08575
                              110 Sherman Street
                              Hartford, CT  06105
                              Telephone No.: (860) 808-5450
                              Fax No.: (860) 808-5591
                              Email: lynn.wittenbrink@po.state.ct.us
```

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was sent by first-class mail, postage prepaid to the following on this 27th day of October, 2005:

Jon D. Golas, Esq.
Golas, Golas, and Golas, PC
945 Main Street, Suite 306
Manchester, CT  06040

```
                              ___/s/_____
                              Lynn D. Wittenbrink
                              Assistant Attorney General
```