## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EUGENE D'ANGELO | : | NO. 3:02CV1313(SRU) |
| *Plaintiff,* | : | |
| | : | |
| VS. | : | |
| | : | |
| KENNETH KIRSCHNER, ET AL. | : | |
| *Defendants.* | : | NOVEMBER 9, 2005 |

### AFFIDAVIT OF NEIL PARILLE

STATE OF CONNECTICUT     )
                         ) s.s. Hartford, Connecticut
COUNTY OF HARTFORD       )

I, Neil Parille, being of sound mind and legal age, and having been duly sworn, do hereby depose and say that:

1. I am over the age of eighteen and understand the obligations of an oath.

2. I am employed by the Office of the Attorney General, holding the position of Assistant Attorney General.

3. I have in my possession a certified copy of Case I97-008334 of the Connecticut Department of Public Safety. The file is 704 pages.

4. I have attached the cover letter with raised seal to this affidavit along with those documents constituting exhibits H, L, M, N, O, P, Q, S, Z, and AA filed in support of the defendants' motion for summary judgment. I have not submitted the entire file due to its size.

5.  Documents J, K, R and Y submitted in support of the defendants' motion for summary judgment were provided to the Office of the Attorney General by the Department of Public Safety in connection with the defense of this lawsuit.

_____
Neil Parille

Subscribed and sworn to before me this 9th day of November, 2005.

_____
Robert Fiske, III
Commissioner of the
Superior Court



# STATE OF CONNECTICUT
DEPARTMENT OF PUBLIC SAFETY
1111 Country Club Road
P.O. Box 2794
Middletown, CT 06457-9294

May 2, 2002

This is to certify that the attached **(704) Seven hundred four pages** are true and correct copies taken from the record of Case **I97-008334** of the Division of State Police, Department of Public Safety.

The original thereof is made and kept in the regular course of business of the Department and custody of same is under the supervision of the undersigned.

**Susan A. Revoir**
Supervisor
Reports & Records

Original Seal/sar

*An Equal Opportunity Employer*