State of Connecticut
Department of Public Safety
Division of State Police

Witness Statement of TFC Richard Binkowski

Date: January 4, 1997
Time Started: 1500 hours
Time Ended: 1750 hours

I, TFC Richard J Binkowski, #1094, date of birth 09-26-63 give the following statement without fear threat, or promise. I have been advised that any statement made herein which I do not believe to be true, and which is intended to mislead a public servant in the performance of his/her official function, is a crime under C.G.S. section 53a-157.

I am currently assigned to Troop L, Litchfield as the Resident Trooper in the town of Woodbury. In either late July or Early August of 1996 one of the Woodbury police officers, Officer Bruce Lyle LC42, approached me and told me that Officer George Slaby, Southbury Police had telephoned him inquiring if the Woodbury Police would be in need of any surplus military clothing and other items. Officer Lyle told me that Officer Slaby had offered to give the Woodbury Police some camo clothing. Officer Lyle and I went to Southbury Police and met with Officer Slaby. Officer Slaby showed me a closet full of military clothing, including tactical vest and helmets. Officer Slaby explained to me that as the resident trooper of Woodbury I could get involved in a military program called Project Northstar, in which I could get military surplus articles for the Woodbury Police at no cost to the town. Officer Slaby gave me a telephone number of a military SGT in Hartford and the necessary paperwork to get involved in Project Northstar. I filled out the proper paperwork and sent it to the SGT in Hartford and in August I received a letter stating that I was given permission to screen items in military warehouses and obtain those items for the town of Woodbury. Officer Lyle was assigned as the second screened for the town of Woodbury.

In the month of November, I believe, Officer Slaby contacted me and Officer Lyle and stated that he was getting a trip together to screen property in New Jersey and that he and DEP officers were going to go to two military bases and that this would be a good opportunity to see how to screen and what can be gotten at these bases. The trip was scheduled for a Thursday, and because I teach D.A.R.E. I was unable to go. Officer Lyle did go with Officer Slaby and the DEP officers. Upon returning from the bases Officer Lyle gave me paperwork on the items that he screened and also told me that he had marked several containers of cold weather Gortex jackets and other assorted clothing. Officer Lyle also told me that the base would be calling me to tell me if and when we could pick up the items. Approximately two weeks later I received a telephone call from Officer Slaby telling me that some of the items that Officer Lyle had screened had been picked up and were in a building in Meriden. Officer Slaby told me that Gene DeAngelo of the State Police had picked these items up when he picked up Officer Slaby's and the DEP's items. Officer Slaby told me that Gene DeAngelo was a screener for the State Police. This was the first that I had heard that the State Police were involved in Project Northstar. Officer Slaby stated that he had picked up his items from DeAngelo but he could not fit all items in his vehicle. Officer Slaby also told me that Gene DeAngelo had secret rooms where he kept the good stuff. On December 13,1996 I got directions to the State Police garage in which Gene DeAngelo stores the items he gets from Project Northstar and went to the garage to pick up the items given to

1

Woodbury Police. I had intentions of picking up at least 60 BDU cold weather Gortex jackets as this is what Officer Lyle told me he had gotten. When I arrived at the garage I introduced myself to the first person I met. This person in turn introduced himself as Gene DeAngelo. I told Gene that I was there to pick up the items set aside for Woodbury Police. Gene directed me to a duffel bag and said that was my stuff. I told Gene that I was under the impression that I was picking up 60 jackets and other clothing and that there was no way all that could be in one duffel bag. Gene said that the military cut my items because I only had 12 guys to outfit. While I was picking up my stuff, Chris Lord, State Police, came into the garage and asked Gene if she could get any military stuff for a small child. I heard Chris say something about a Christmas gift to a boy who loves to play army. Gene directed a white male, approximately 40 years old, approximately 5'6" tall with dirty blond or brown hair, wearing all military clothing that appeared to be taken from the surplus items in the garage, who appeared to work with Gene, to assist Trooper Lord. I asked Gene if anyone could come to the garage and get clothing and he stated I could look through the boxes and take anything I wanted. At one time I noticed a picture of Gene and Gov Rowland on the wall in Gene's office. I asked if Gene knew Rowland. Gene went into a lengthy discussion about how he had been a Sgt in the commisioner's office and that he did not like what he saw so he turned in his stripes and went back to the road. Gene also stated that he was responsible for getting Colonel Kirschner his rank. Gene told me that he took Gov Rowland's hand and placed it in Colonel Kirschner's hand and introduced the two. While in Gene's office I noticed a box of comic books and inquired as to who collected comics. Gene stated that the worker brought the books in and that anyone who wanted them could take them. I told Gene that I collected comics and asked if I could take a couple for my collection. Gene asked me what else I collected. I told him that I collected comics, baseball cards, and that I had several guns that were given to me when my Grandfather died. At this time Gene stated that he collected guns and especially World War II items. Gene then asked me if I had any guns I wanted to get rid of. I told him that several of my Grandfather's guns were old and probably did not work. Gene stated he would be willing to negotiate for old guns. I took this to mean that if I wanted good or hard to get items Gene could get me these items if I traded the old guns with him. Gene told me that he collected ammunition and guns and that he would go to the State Police range and shot off the old ammunition with Sgt Rowe. I noticed a box of 32-20 ammunition on a table and commented that this was old ammunition as I believed it was not made anymore. Gene asked how I knew this and I told him that I had purchased an old Winchester Rifle several years ago that used 32-20 ammunition. Gene asked me if I would be interested in getting rid of this rifle. Gene said that he hunted deer and he would use the Winchester 32-20 and go hunting with Gov Rowland. Gene also made comments about taking any gun he could get because he took them apart and used the pieces to build and rebuild other guns. After talking about old guns I told Gene that I had an old Belgium 9mm that I believed was my Grandfather's that he could have as I did not believe it worked and that it was in poor shape. After stating this to Gene, Gene said something to the effect of "let me show you what else I have." At this time Chris Lord had left the building and the only other person inside the garage was the other worker. Gene locked the front door to the garage and told the other worker to get me a bag of camo clothing. Gene told him to find some good pants and shirts and threw several of them into a duffel bag for me to take back to Woodbury. Gene then took me into a room inside the garage. This room was the last of three rooms off the right wall of the garage, as facing the garage from the front door. Gene unlocked this room and said that it was his secret room. Inside the room I saw several boxes, stacked to the ceiling. Gene opened a box and handed me a large Gortex cold weather jacket. Gene placed this jacket into a duffel bag and said that the bag was mine. Gene then opened another box and took two dark green wool shirts out and placed them into the duffel bag. Gene then asked me my

2

shoe size and took a pair of size 12 boots and placed them into the bag. I noticed some cold weather mittens and asked if he had several pairs of these. Gene took a pair of the mittens and placed them in the duffel bag. Gene asked me what else I wanted. I told Gene that I did not need anything and that I would not take anything that I could not use. At this time Gene and I walked out of this room, with Gene locking it behind us. Gene then took me out the rear door of the garage and into another rear door. This door was also locked and Gene stated that this was another of his secret rooms. Gene unlocked what appeared to be a washroom and I saw several boxes in this room. Gene opened one box and asked if I needed a compass. Inside this box was at least 100 compasses. I told Gene that I would like to get 6 compasses. One for each of my full time officers. Gene stated that he could only give me one, and did. Gene then opened another box and showed me several rifle scopes. Gene placed one of these scopes into my duffel bag. Gene then took me into another room in which I saw several foot lockers stacked on a table. I told Gene that I would like a foot locker to put in my cruiser. Gene told me I could take one. Since I had no room to take one this day I told Gene that I would return another day to pick up the foot locker. Gene opened a box in this room and removed a jump suit, in a sealed plastic bag. Gene stated ESU would kill for these, and placed the suit in my duffel bag. Gene and I then went back into the front area of the garage. I put the three duffel bags in my cruiser and before I left I told Gene that the next time I came I would bring the 9mm for him. Gene made a comment about how only special people get into his secret rooms. And something about how us Pollacks need to stick together. When I was leaving I told Gene that I would also bring a army 45 caliber pistol to show him the next time I came.

    I brought the duffel bags of what Gene told me his worker and DEP had packed of the items assigned to Woodbury Police back to my office and unpacked them. Inside the one of the duffel bags I found four pieces of paper. These papers had Gene's signature on them and were receipts of 12 BDU cold weather Gortec jackets and a first aid kit, for Woodbury Police. Inside the bag I found only nine BDU jackets and 6 gas mask bags. The other duffel bag contained assorted camo pants and shirts. All medium or smaller sizes. While I was unpacking these bags, Officer Lyle was present and he made comment about how Woodbury got screwed out of 50 jackets and that he felt Gene had taken these jackets. I told Officer Lyle that Gene had told me that the military down size our items because of the size of the department.

    On December 20, 1996 I returned to the garage to pick up my footlocker and to give Gene the Belgium 9mm. I had plans to go with Officer Slaby but Slaby called and told me that he could not go. On this date I had Officer Langin, Woodbury Police with me. Officer Langin came along to get a outfit for his son for Christmas, as I had told him about Chris Lord picking up items. On this date I also had my military 45 caliber pistol with me. I had called ahead and told Gene that I was coming with Terry Langin and that Slaby could not make it. Gene said he was pissed that Slaby was not coming as Slaby had promised to bring a 22 rifle with him on this day. When we arrived at the garage the only other person inside was the worker I had seen on the 13th. Gene brought me and Terry Langin into his office and locked the door. I gave Gene the 9 mm and told him he could have it if he wanted as I did not believe it worked. I then showed Gene the 45 caliber pistol. Gene stated that he wanted this pistol as well. I told him that I did not want to get rid of this pistol. Gene told me to follow him and took me outside to his truck. Gene took a locked container from the rear of his truck and removed a pair of binoculars from the container. Gene said that if I gave him the 45 cal he would give me the binoculars. These binoculars appeared to be military binoculars as they were very big and had what I thought were range finder numbers inside then lens. I told Gene that I had a pair of Binoculars and that I did not want to get rid of the 45 caliber pistol. Gene said that he really liked the 45 and wanted to negotiate for it. We then went back inside the garage and I told Gene that I wanted to get the footlocker that he told me I

3

could have the week prior. As we were walking through the garage I showed Officer Langin the boxes of ammunition that Gene had and told Officer Langin that we could get rid of the old ammunition we getting Woodbury by giving it to Gene. Gene started talking to Officer Langin about what he collected and how he negotiate for guns and other things. I walked to where the other worker was and asked him if I could get some more clothing as he had given us only mediums and smalls the last time. The worker stated he could give me anything I wanted as long as Gene approved it. While I was speaking with the worker Gene and Terry approached and Gene stated he was taking Terry into his secret room. Gene then took me and Terry into the rear of the garage, where the foot lockers are kept. Gene gave me a foot locker and also gave one to Terry. Terry was also given a sleeping bag and other clothing. While talking with Gene and Terry, Gene made comment about how he knows that being a resident trooper and constable, weapons are brought into the resident trooper's office to be destroyed and how he would be interested in any guns brought into my office. As Terry and I were leaving Gene made a comment to Terry that he got a lot of stuff today but that Gene did not get anything from Terry. Gene then threw 6 e tools ( shovels ) into our foot lockers, without us asking for them. I told Gene that I would be in touch as I know that Officer Lyle had screened other items at McGuire Air Force Base and these items were ready for pick up. Gene told me that he would take me to get these items. I returned to my office and gave the larger clothing to Officer Lyle to give to the other full time officers. I stopped at Troop L on my way home and got into a conversation with Trooper Jeff Covello, TFC John Covello, and Sgt Shawn Boyne. I told them how I had gotten several items from project Northstar and that I had felt that I had gotten screwed out of several winter jackets and I thought that Gene had taken them. Jeff Covello commented to me that he had to do some fast talking to get a foot locker. I told Jeff that Gene had at least twenty of them in a back room that he called his secret room. I also told Jeff, John and Sgt Boyne that Gene had large clothing that he appeared to be hiding and only giving to special people. Jeff was very upset at this and he and I discussed how that if the military knew what Gene was doing they would get the FBI involved to investigate Gene. I told Jeff that the FBI would not only investigate Gene but the entire department. Jeff and John commented that their father would be interested in this matter. It was not until then did I find out that Major Covello was in charge of the operation that Gene was running.

 Since December 20, 1996 I have made at least three phone calls to Gene and he has called me at least three times. The calls that I made to Gene were regarding when he was going to get the other items screened and approved for Woodbury Police. Gene had told me he was going to McGuire on Thursday, January 2, 1997, and that I could go with him to get the items. Gene paged me on January 1, 1997 and I then called him. Gene told me that he was either going to McGuire on the first or the second and that he had to ask permission from his boss to allow me to go. Gene told me he would contact me on the first one way or the other to tell me if I could go with him. I heard nothing from Gene on the first. While off duty and in my office on the second Gene called me there and told me he had planned a trip to McGuire for Monday, January 6, 1997. I told Gene that I could not go as I would be in school the entire week. On this date Gene asked me again if I was interested in trading the 45 cal for the binoculars. I told Gene no. I also told Gene that I did not want anyone going into the boxes marked for Woodbury Police until I was able to look through them Gene said that he would not go through them but he could not promise that his worker would not go through them.

 On the night of January 3, 1997 I received a telephone call from Gene at my home. Gene called to give me the serial number off of the 9 mm pistol I had given him, so that I could contact weapons to transfer the gun to him. Gene then asked me if I told a DEP officer that he had 250 compasses in a locked room. I told him that I had not talked to any DEP officers and that I did

4

not know what he was talking about. Gene said that he was told by a DEP officer that Ric Binkowski had told this officer that Gene had 250 compasses. I told Gene that the only DEP officer I knew was Keith Schnieder and I had not seen Keith in at least 2 months. Gene then asked me if I found the Winchester rifle I had purchased and if I wanted to part with it. I told Gene that I did not know where the rifle was. Gene's last comments to me were that when I got back from school he would come to the Troop and sit in Lt Pagoni's office with me and that he would tell Lt Pagoni that if I wanted anything he should give it to me. Gene also told me that once he picked up the Woodbury Police items from McGuire he would telephone or page me so that I can pick them up.

By affixing my signature to this statement, I acknowledge that I have read it and or have had it read to me and it is true to the best of my knowledge and belief.

Signature: *TFC Richard J Brotzel #1094*

Witness: *Lt. Edward Lasche #58*
Witness: *Sgt. A___ #101*

5

MEMORANDUM

TO:        Sgt. Andrew Russell
           Central Criminal Intelligence Unit

FROM:      TFC Richard Binkowski
           Resident Trooper, Woodbury

DATE:      January 9, 1997

RE:        Northstar Investigation


Date and Time of Investigation:

   01-03-97 at approximately 1600 hrs.
   01-04-97 at approximately 1400 hrs.
   01-07-97 at approximately 1715 hrs.
   01-08-97 at approximately 1230 hrs.
   01-09-97 at approximately 1545 hrs.

Action Taken:

   On 01-03-97 I received a telephoned call from Sgt Russell, Central Criminal Intelligence. Sgt Russell inquired if I had any knowledge of the Northstar Program and any contact with TFC Gene D'Angelo. At this time I related to Sgt Russell the two dealings I had with TFC D'Angelo. I explained that I had gotten into the Northstar program to get equipment for the Woodbury Police, for whom I am the Resident Trooper. I further explained that in mid December I had been at the State Police Northstar building in Meriden and had picked up equipment assigned by the military to the town of Woodbury. I also told Sgt Russell how I had Met TFC D'Angelo and how he had told me that in exchange for World War II items and guns he would give me items from his "secret" rooms in the Northstar building. I told Sgt Russell that on this first visit TFC D'Angelo had taken me into three separate rooms, that had been locked, and had given me items from these rooms that he told me were special. I then related to Sgt Russell how I returned to the building in Meriden a couple of days later and gave TFC D'Angelo a Belguim 9 mm hand gun. TFC D'Angelo had taken the gun in exchange for allowing me to get into the "secret" rooms and for giving me the "special" items. I told Sgt Russell how that on the second visit to the Northstar building, TFC D'Angelo had inquired about a 45 cal Army pistol I had. TFC D'Angelo wanted to trade me a pair of binoculars for this pistol. On this date I told TFC D'Angelo that I did not want to part with the pistol. TFC D'Angelo told me that he wanted to negotiate for the pistol. Sgt Russell asked me to come to his office on 01-04-97 at 1400 hrs to relate what I had told him to Lt. Kasche.

1

On 01-04-97 at 1400 hrs I met with Sgt Russell and Lt Kasche at their Meriden office. At this time I gave a 5 page written statement regarding my knowledge of the Northstar Program and how TFC D'Angelo was trading items from the Northstar Program for items for himself. In this statement I made errors in the dates I wrote being at the Northstar building. I had stated that I was at the building on 12-13-96 and 12-20-96, when in fact the correct dates were 12-20-96 and 12-23-96.

On 01-07-97 at approximately 1715 hrs, I met with Sgt Russell and Lt. Kasche at the McDonald's parking lot off of Scott Road, Waterbury. On this date I was given a mini tape recorder and I was instructed to tape any telephone call I received from TFC D'Angelo regarding the Northstar Program. On this date I gave Sgt Russell and Lt. Kasche copies of all the paperwork I have regarding my involvment with Project Northstar, as well as a list of all items I have received, either from the military or TFC D'Angelo. On this same date I was to receive a telephone call from TFC D'Angelo regarding him picking up items that were marked to be given to the Woodbury Police from McGuire Air Force base. At approximately 1900 hrs I telephoned TFC D'Angelo's beeper and left my home phone number for him to call. At approximately 1915 hrs I received a telephone call from TFC D'Angelo. TFC D'Angelo told me that he was calling from the Northstar building in Meriden, as he had just gotten in from McGuire Air Force base. TFC D'Angelo told me that the items that I was to receive from McGuire were denied to the Woodbury Police by the military. During this telephone conversation I told TFC D'Angelo that I wanted to get rid of the 45 cal pistol he had seen on 12-23-96. TFC D'Angelo offered to give me a pair of binoculars in exchange for my 45 cal pistol. TFC D'Angelo went on to say that he would give me anything I wanted if I brought him the pistol. TFC D'Angelo offered to give me anything for the Woodbury Police officers as well as web gear for myself. I told TFC D'Angelo that I would meet with him on 01-09-97, at the building in Meriden, at which time I would give him the 45 cal pistol in exchange for the binoculars. This entire conversation was taped. After I taped the conversation I took the tape recording and sealed it in a white envelope. On 01-08-97 at approximately 1230 hrs I turned over the sealed envelope to Sgt Russell and Lt. Kasche at the McDonald's parking lot off of Scott Road in Waterbury.

On 01-09-97 at approximately 1545 hrs I met with Sgt Russell, Lt. Kasche, and TFC Mike May. At this time I was given a mini tape recorder as well as a body microphone. TFC May attached the body microphone to my back and instructed me on how to use the recorder and the body microphone. Lt. Kasche and Sgt Russell then instructed me to go to the Northstar building and meet with TFC D'Angelo. At approximately 1700 hrs I went to the Northstar building and meet with TFC D'Angelo and "Bill", a male that helps TFC D'Angelo at the building. TFC D'Angelo told me how he had given items to a State Police Auxiliary Trooper in exchange for a old Turkish knife that he had lying on his desk. TFC D'Angelo then took possession of my military 45 cal pistol and instructed "Bill" to go to a rear room and get me face shields and compasses that I had requested. TFC D'Angelo offered me a brand new sleeping bag that he said he had gotten from McGuire Air Force Base. These items were given to me in exchange for

2

the 45 cal pistol. TFC D'Angelo then went outside to his vehicle and got a pair of binoculars. TFC D'Angelo gave me these binoculars and told me that they were for my personal use and not to give them to any of my officers. These binoculars were the same pair of green military style binoculars that TFC D'Angelo had offered me in exchange for the pistol on 12-23-96. TFC D'Angelo told me that he at one time had several pairs of binoculars that were the same as the pair he gave me. TFC D'Angelo also stated that these binoculars were taken from his building by a bunch of Lt. and Captains with the State Police. TFC D'Angelo added that Lt. Ben Pagoni had taken a pair of these binoculars and that he was going to call LT Pagoni about these binoculars. TFC D'Angelo then telephoned Lt. Pagoni at home and spoke to him regarding setting him up with items from Northstar. TFC D'Angelo had me sign a receipt for the ten face shields and the three compasses that he had given me, but never indicated that I had to sign a receipt for the binoculars or the sleeping bag he had also given me. This was the first time that TFC D'Angelo ever had me sign any receipt for any items that I have received. At one point TFC D'Angelo asked me about a Winchester rifle that I own. TFC D'Angelo offered to exchange me a generator for the Winchester rifle. I told TFC D'Angelo that I would contact him next week regarding the rifle. At approximately 1730 hrs I left the Northstar building and drove directly to the shopping plaza located across the Chamberlan Highway from the entrance to the complex in which the Northstar building is located. There I was met by TFC May and TFC Torres. At this time I was instructed to shut off the tape recording and the body microphone. TFC Torres then got into my cruiser and accompanied me back to the Meriden Complex and Sgt Russell's office. I was told to park, and lock my vehicle, in front of building #9 and to leave all the items that I had received from TFC D'Angelo in the vehicle. Once inside the building I gave TFC Torres the tape recorder with the tape still inside and the body microphone.