Case 3:02-cv-01313-SRU    Document 70-8    Filed 11/14/2005    Page 1 of 3



STATE OF CONNECTICUT
**DEPARTMENT OF PUBLIC SAFETY**
**DIVISION OF STATE POLICE**

Case Number
Date 02/13/97
Time Started 18:15
Time Ended 19:06

WITNESS STATEMENT OF George Slaiby

I, George Slaiby, date of birth 07/23/56

of 421 Main Street South, town/city of Southbury 264-5912 CT

make the following statement, without fear, threat, or promise. I have been advised that any statement(s) made herein which I do not believe to be true, and which statement is intended to mislead a public servant in the performance of his/her official function, is a crime under C.G.S. section 53a-157.

Since 1993 the Town of Southbury has been involved with Project North, and I have been approved to be one of the screeners for the Town of Southbury. We became inactive for approximately two years and in the Fall of 1996 the Town became active again. I believe I made two trips in 1996 to screen for items. On or about the second week in December 1996 Raul (Skip) Camejo, a retired police officer from the Town of Southbury and is currently a police officer with D.E.P., contacted me and told me he was going to go and tag items and wanted to know if I wanted to go with him. I told him I would and we set the date of December 12, 1996 we would go. I contacted Bruce Lyle of Woodbury Police Department and told him of our plans and asked if he wanted to go. I got the Town of Woodbury the information about project north star back in August 1996. Bruce stated he would go. On December 12, 1996 Bruce, Skip, Tom Leewalk (D.E.P. officer) and I met at the Southbury Police Department at 0600 hrs. Skip told me about Gene getting Federal money to rent trucks to pick up the tagged items. Skip stated that all you have to do is tag items for Gene. Skip said Gene wants us to tag anything that was not tagged. We all left and headed to McGuire DRMO in New Jersey. Upon arrival at McGuire, we all went and screened items and tagged items. We left McGuire and headed for Lakehurst Air Station in Lakehurst New Jersey. Upon arrival at Lakehurst we all screened and tagged items. We all tagged items for our own agencies and we tagged items for Gene. We left Lakehurst and returned to Southbury. On or about the week of December 18, 1996 Skip called me and told me all of our tagged items were approved and Gene rented two 24 foot trucks to go down and pick up the items. Skip wanted to know if I wanted to go with them. I told him no because I was working. Skip told me they were going down on the 18 of December and he would pick up my items. On December 19, 1996 Skip met me at the Southbury Police Department and told me Gene had all the items at his warehouse in Meriden. Skip said he was going up to sort through the items and wanted to know if I could go up and help. I told him yes. We took separate vehicles so I could bring the items I tagged back to the police department. When we arrived at the warehouse Gene was standing out by his vehicle and told Skip he would be right back. Skip and I went and got a cup of

By affixing my signature to this statement, I acknowledge that I have read it and/or have had it read to me and it is true to the best of my knowledge and belief.

Witness: _____#1186_____   Signature: _____
Witness: _____

Personally appeared the signer of the foregoing statement and made oath before me to the truth of the matters contained therein.
If notarized, endorse here: _____ 2/13/97

Page 1 Of 3

MASTER COPY ☐   TROOP COPY ☐   CITIZEN COPY ☐

©1994 Hunt & Hanahan Computer Designs    SP-633-C REV. 10/94

STATE OF CONNECTICUT
DEPARTMENT OF PUBLIC SAFETY
DIVISION OF STATE POLICE

STATEMENT OF  George  Slaiby  (Cont.)

coffee and returned to the warehouse. With in a few minutes Gene arrived back and I was introduced to Gene. This was the first time I met Gene. We went into the warehouse and Gene told Skip some of the boxes had gotten wet so he dumped a bunch of stuff into several boxes. At that time we started going through the boxes getting our items together. At that time the only people there were Skip, Gene, this guy named Bill who was Gene's helper and myself. A short time later Tommy Leewalk showed up to help Skip. I had retrieved all of the Town of Southbury's items and had loaded them up into my vehicle. Skip had asked if I could take Woodbury's items back to them. I told him I had no room in my vehicle. Woodbury had a first aide box and I believe one or two duffel bags full of items. I had Gene sign for items I had tagged and turned over to him. Gene started talking to me about project north star and thanked me for tagging items for him. I told him I had no problem tagging items for him when I went to screen items as long as he did not mind picking up items I tagged for the department. Gene stated he did not mind. Gene then said something about how he collects old guns and if I ever came across some old guns he would be will to trade the old guns for items in his secret room. Gene also stated depending on the guns depends on which room you would be allowed to go in. Gene stated he had a secret room, a secret secret room, and secret secret secret room for the special guns. I told him OK and left to go to work.

On February 13, 1997 Sgt. Stevens of the Connecticut State Police Major Crime, met with me for the purpose of an interview and asked the following questions:

1) Did you ever mention to TFC Binkowski that in order to get good stuff (North Star Equipment) you would have to negotiate with Trooper D' Anglo? I only have had approximately 3 conversation with Tfc. Binkowski. One was when we were doing a back ground check on a party that applied for a full time police position with our department. The second time was sometime in the summer of 1996 when Binkowski and Officer Lyle came to the Southbury Police Department and I gave them the information on project North Star. And the third time was when Binkowski called me and told me the Town of Woodbury got accepted for project North Star. At the time I told Binkowski about project North Star I never met nor heard of a Trooper D'Anglo.

2) Have you ever traded excessive north star equipment to Trooper D' Anglo for face shields? No, I received the face shields from the DEP and have produced the paperwork to prove it.

By affixing my signature to this statement, I acknowledge that I have read it and/or have had it read to me and it is true to the best of my knowledge and belief.

Witness: _____ #1186    Signature: _____

Witness: _____

Personally appeared the signer of the foregoing statement and made oath before me to the truth of the matters contained therein.

If notarized, endorse here: _____  2/13/97

Page  2  Of  3

MASTER COPY [ ]    TROOP COPY [ ]    CITIZEN COPY [ ]

SP-630-C REV. 9/83

**STATE OF CONNECTICUT**
**DEPARTMENT OF PUBLIC SAFETY**
**DIVISION OF STATE POLICE**

STATEMENT OF  George  Slaiby  (Cont.)

3) Did you ever promise and or make arraignments to trade a .22 cal rifle with Trooper D' Anglo for north star equipment? No, on December 19, 1996 when I went up to Meriden D' Anglo talked about how he collects old guns and if I ever came across some old guns he would be will to trade the old guns for items in his secret room. Gene also stated depending on the guns depends on which room you would be allowed to go in. I had mentioned to D' Anglo that every now and then I run across old guns and that I had a .22 Cal rifle that was old. I never promised D' Anglo the .22 cal rifle . I am the Department Armorer for Southbury and I deal with guns, I brought up the .22 cal because I thought D' Anglo had the same interest in guns.

By affixing my signature to this statement, I acknowledge that I have read it and/or have had it read to me and it is true to the best of my knowledge and belief.

Witness: _____  Signature: _____
Witness: _____

Personally appeared the signer of the foregoing statement and made oath before me to the truth of the matters contained therein.

If notarized, endorse here: _____   2/13/97

Page  3  Of  3

MASTER COPY [ ]    TROOP COPY [ ]    CITIZEN COPY [ ]