STATE OF CONNECTICUT
DEPARTMENT OF PUBLIC SAFETY
DIVISION OF STATE POLICE
DPS-302-C REV. 7/95

**CONTINUATION OF INVESTIGATION REPORT**

| CASE NUMBER | INCIDENT TYPE | PROSECUTOR'S REPORT SENT | SUPPLEMENTARY | RE-OPEN | ASSIST | CLOSING |
|---|---|---|---|---|---|---|
| I97-08334 | Larceny | | X | | | |

**WITNESS:** WILLIAM TRAINHAM
125 Hillcrest Avenue
Meriden, CT 06450
203-235-5003

**EMPLOYER;** STATE OF CONNECTICUT
WELFARE DEPARTMENT

**DATE:** 01/14/97, 1445 HOURS

**REPORT:** On the above date and time the undersigned investigators went to the above witness' residence after he telephoned our office and agreed to voluntarily come and speak with us. Trainham did not have access to a vehicle or a ride which was the purpose of us picking him up.

Trainham agreed to come to the Major Crime office located at 294 Colony Street, building #1, Meriden, CT. There he spoke to us regarding his employment provided to him by "Job Fare" of the Welfare Department of Meriden, CT. His employment was to assist the Connecticut State Police with the Northstar program.

During the interview and subsequent statement by Trainham, investigators inquired if Trainham had seen other people at the Northstar garage. He related that there was always quite a few people at the garage. Trainham was asked if he knew the people who would arrive at the garage. Trainham laughed and said that Trooper Gene D'Angelo knew everyone and would introduce some of them to Trainham. Trainham remarked that he saw many members of the state police, including both officers and troopers. Some would visit with Gene and others would pick up equipment.

Trainham stated that he met Governor John Rowland one day at the garage. This occurred a week or two before Christmas 1996. The Governor's children arrived a few moments before the Governor. The children were with Sue LaJoie from DEP. Ms. LaJoie took Rowland's children there and they were outfitted with old, small sized BDU's.

| STATUS OF CASE | 1. ACTIVE   3. SUSPENDED F. FUGITIVE 2. CLEARED ARREST 4. X-CLEARED 6. NO CRIMINAL SPECT | CODE | AGE OF OLDEST ACCUSED (MUST BE USED WHEN CODE 2 OR 4 IS USED.) | PAGE NUMBER |
|---|---|---|---|---|
| | | 1 | | 1 OF 2 |
| SUPERVISOR'S SIGNATURE Sgt. Brian McLean | /151 | INVESTIGATOR'S SIGNATURE PJ Gaffney/Thomas | ID NO. | DATE OF REPORT 03/18/97 |

STATE OF CONNECTICUT
DEPARTMENT OF PUBLIC SAFETY
DIVISION OF STATE POLICE
DPS-302-C REV. 7/95

**CONTINUATION OF INVESTIGATION REPORT**

| CASE NUMBER | INCIDENT TYPE | PROSECUTOR'S REPORT SENT | X SUPPLEMENTARY | RE-OPEN | ASSIST | CLOSING |
|---|---|---|---|---|---|---|
| I97-08334 | Larceny | | | | | |

**REPORT CONTINUED:**

Trainham stated that there were also police officers from local police departments coming to the garage along with members of the DEP. They would pick up assorted gear that Gene had for them. Trainham also remarked that retired Army General Fusco had stopped by several times to talk with Gene. Fusco would pick up old ammo from Gene and clean it for him.

Trainham gave investigators the attached written statement.

| STATUS OF CASE | CODE | AGE OF OLDEST ACCUSED | PAGE NUMBER |
|---|---|---|---|
| 1. ACTIVE  3. SUSPENDED  F. FUGITIVE  2. CLEARED ARREST  4. X-CLEARED  6. NO CRIMINAL SPECT | 1 | (MUST BE USED WHEN CODE 2 OR 4 IS USED.) | 2 OF 2 |
| SUPERVISOR'S SIGNATURE Sgt. Brian McLean | | INVESTIGATOR'S SIGNATURE  PJ Gaffney / J. Thomas   ID NO. | DATE OF REPORT 03/18/97 |

**STATE OF CONNECTICUT**
**DEPARTMENT OF PUBLIC SAFETY**
**DIVISION OF STATE POLICE**

Case Number: I97-008334
Date: 1/14/97
Time Started: 1552
Time Ended: 1802

**WITNESS STATEMENT OF**

I    William Trainham
of    125 Hillcrest Avenue                       , town/city of Meriden, CT

date of birth,    10/8/61

make the following statement without fear, threat, or promise. I have been advised that any statement(s) made herein which I do not believe to be true, and which statement is intended to mislead a public servant in the performance of his/her official function, is a crime under C.G.S. section 53a-157.

---

I, William Trainham voluntarily give the following written statement of my own free will.  Approximately seven months ago I received a job through "workfare" located at the Welfare Office in Meriden.  The job was to help the State Police and I was told that it was to sort cloths.  I was told that I needed to perform this job to earn my money which consists of $100.00 per month.  I don't recall what the date was that I first started this job, but on my first day I was told to meet with Trooper Gene D'Angelo at the commuter parking lot on Lewis Avenue across from the mall in Meriden.  Trooper D'Angelo then brought me to Altobello Hospital in Meriden and told me that I needed to sort cloths and he described to me that I would be working for the Northstar program which was clothing and equipment that was given to the State Police from military bases.  I first started working there approximately three days a week, but that increased and now I'm working there almost every day.

I knew that Gene D'Angelo was going to different military basis twice a month, every two weeks to obtain different equipment and clothing,  he would always rent a Ryder yellow box truck, 24 feet in length.  Most times when Gene comes back the truck is usually filled.  He usually brings someone different with him all the time, Dennis, a Meriden cop has gone several times with him, I don't know his last name, Tom and Skip from D.E.P. have gone maybe two times that I know of, maybe more.  He has also gone with some Waterbury cops.  They call me when they get back so that I could help them unload the truck.  We would store the items in the yellow building at Altobello as well as the red garage and the white garage at Altobello.  I had a pretty good relationship with Gene but some of the times he would look down on me.  Gene on several occasions told me that what goes on here is

---

By affixing my signature to this statement, I acknowledge that I have read it or have had it read to me and it is true to the best of my knowledge and belief.

Witness: _Det. J. ____ #1178_    Signature: _William E. Trainham_

Witness: _____

Personally appeared the signer of the foregoing statement and made oath before me to the truth of the matters contained therein.

I notarized, endorse here: _____

Page 1 of 5

STATE OF CONNECTICUT
DEPARTMENT OF PUBLIC SAFETY
DIVISION OF STATE POLICE

Case Number: I97-008334

WITNESS STATEMENT OF William E. Trainham

none of my business and that I should only do what he says to do. I was told that good items were to be kept in the backs rooms that Gene named number 12 and 13. He told me that the only people to get things out of rooms 12 or 13 were the people that Gene said could get things out of there. The items that weren't that good or the real small sizes were the things that stayed out on the main floor where every one could see them. Gene would tell everyone coming in there that he has a barter system, if you bring him knives or guns he would trade you some of the good stuff. I know that Gene collects knives and guns and keeps some of them at Altobello in the buildings used for Northstar. I know of 4 or 5 knives that Gene owns, two pistols and two rifles that he keeps there. I also know that Gene has a Belgium 9mm hand gun I know this because one time I saw him with it about 1 to 1 1/2 months ago and he told me that it was a Belgium gun, the gun is blue metal and I saw it on Gene's desk and also saw him working on it. I also assume that he keeps guns in a safe at his home in his garage, I have previously given him two or three pistol locks and some .22 caliber rifle locks. I also knew that different people got different things, depending on the people, and Gene would always tell me what people got what.

On Thursday, January 9, 1997 between 1:30 and 2:00 p.m. a guy came into the building, I know this guy because he comes in two or three times a month, I think he is a retired Wallingford cop who retired because of a back injury. He is a white male with brown hair, 5'8" or 5'9" tall, skinny with a mustache, he also drives a green bronco or similar type vehicle. He told me that he is trying to be a P.I. (private investigator). This guy came in on Thursday and had another guy who was either his brother or cousin with him. He brought in two bayonets. There was other people also there that I was trying to take care of so I don't know what he got for the bayonets. I also know that this same guy bought a 9mm handgun from Gene this same time (Thursday 01/09/97). I saw him pay Gene $350.00 for this gun. I don't know the make or model. On two other previous times this same guy

By affixing my signature to this statement, I acknowledge that I have read it or have had it read to me and it is true to the best of my knowledge and belief.

Witness: Det. _____ #7178   Signature: William E. Trainham

Witness: _____

Personally appeared the signer of the foregoing statement and made oath before me to the truth of the matters contained therein.

I notarized, endorse here: Sgt Patrick Daffy

Page 2 of 5

STATE OF CONNECTICUT
DEPARTMENT OF PUBLIC SAFETY
DIVISION OF STATE POLICE

Case Number: I97-008334

WITNESS STATEMENT OF William E. Trainham

came in each time with a bayonet, one time was in early November and he had stated that it was in his family for years and years and that it was from England when Germany was bombing them. I believe that he got a survival vest and some state police patches for that bayonet. I don't remember when he brought the other bayonet and I don't remember what he got for it. I do know that this guy has brought four bayonets on three different occasions.

Gene was suppose to give me a ride home on Thursday and he told me that he had to wait for a trooper that was coming at 5:30. He told me the name of this trooper but I wasn't really paying attention and don't recall what his name was. Gene didn't tell me what this trooper was coming in for. This trooper showed up somewhere around 5:30 and Gene told me to go in the back and get 5 or 6 Goretex jackets for the guy, this guy then walked in the door, I saw this guy come in and give Gene a pistol, it looked to me to be a .45 caliber, military style, I walked close to Gene and saw that there was a date on the gun of 1911. There was an empty pistol case on the desk in Gene's office, so I opened it and gene put the gun in the case. They then started to discuss what this guy wanted. He stated that he wanted some compasses for his guys, and the Goretex's jackets. I go into the back where the good stuff is kept and get the jackets and compasses. I came back and gave them to him, Gene then went out to the Bronco and got a pair of binoculars and brings them in and sits them on the desk. The guy then looked outside the window and made sure that they work. Both of them then went into Gene's office while I took the binoculars to look outside the door with them. I came back in and this guy started talking about some jackets that he had missing and wanted to know who was unloading the truck, I believe at one point he may have accused me of taking the jackets. These jackets that he was talking about are for extreme cold and hard to come by. I don't know for a fact that Gene took these jackets but I kind of suspect that he did take them. I have no way of telling because I only do what Gene tells me to do and I don't know if the stuff I put away belongs to

By affixing my signature to this statement, I acknowledge that I have read it or have had it read to me and it is true to the best of my knowledge and belief.

Witness: D/T _____ #1178    Signature: William E. Trainham

Witness: _____

Personally appeared the signer of the foregoing statement and made oath before me to the truth of the matters contained therein.

I notarized, endorse here: _____

Page 3 of

STATE OF CONNECTICUT
DEPARTMENT OF PUBLIC SAFETY
DIVISION OF STATE POLICE

Case Number: I97-008334

WITNESS STATEMENT OF   William E. Trainham

because I only do what Gene tells me to do and I don't know if the stuff I put away belongs to someone else.

I overhead that this guy also has a Winchester 30/30 and that he and Gene were talking about trading the Winchester for a generator that was in the building and obtained from the military. This guy was talking about how he wanted the generator for his house, I think Gene told him that he could have the generator and to make the arrangements to bring the gun and get the generator. They were both walking out to the trooper's car and they were talking something about telling his wife that he got rid of the pistol, I'm not sure because I was going to the bathroom. The trooper then left. Gene came back in and went right to the pistol at the desk that he just got and began tearing it apart. He wasn't saying anything and was just worried about cleaning the gun and was saying that it hadn't been oiled in awhile. I then saw three or four cars pull in and I said to Gene we should of shut the lights off and gone home. Gene was still playing with the gun and I went over to the door and asked if I could help the people at the door. One guy pulled me aside and began asking if I had anything sharp, I gave him my knife, and my identification, I then went to the middle floor and pulled up a chair. Gene was walking around and was pacing and was mad, he was asking these guys what was this all about, he then began asking me if I was wired, and if I was walking there in the mornings and that they were stopping me at the bottom of the hill and putting a wire on me and then walked up. I sat there for a long time and I didn't get home until almost eight o'clock when two officers gave me a ride home. When I was leaving Gene told me to just tell the truth. A captain told me that someone would be in contact with me and would talk to me.

On Friday January 10, 1997 at approximately 7:30 p.m. I called Gene at his house, I was calling him to find out what had happened, he told me that the trooper was wired and for me to just tell the truth.

By affixing my signature to this statement, I acknowledge that I have read it or have had it read to me and it is true to the best of my knowledge and belief.

Witness: _____ #1128  Signature: William E. Trainham

Witness: _____

Personally appeared the signer of the foregoing statement and made oath before me to the truth of the matters contained therein.

I notarized, endorse here: _____

Page 4 of 5

**STATE OF CONNECTICUT**
**DEPARTMENT OF PUBLIC SAFETY**
**DIVISION OF STATE POLICE**

Case Number: I97-008334

**WITNESS STATEMENT OF William E. Trainham**

He told me that I shouldn't have called him and not to call anymore, he also told me that he was going to retire and for me to just tell the truth that none of this was about me. I knew that the trooper he was referring to being wired was the one that had come in with the gun just before the other guys came in. I have seen this trooper on one other occasion about a month before this time, he was there to get a medical box and duffel bags full of stuff. He was getting some stuff out of room 12 where the good stuff is kept, I don't know why he was getting stuff out of room 12. I also remember on Thursday that there was a (koopro) knife, which looks like a boomerang and was in a brown leather case, this knife came in on Thursday but I have no idea who brought it in, it was not the same retired Wallingford cop who brought in the other two bayonets.

This has been read to me and is the truth.

By affixing my signature to this statement, I acknowledge that I have read it or have had it read to me and it is true to the best of my knowledge and belief.

Witness: _DET. [signature] #1178_   Signature: _William E. Trainham_

Witness: _____

Personally appeared the signer of the foregoing statement and made oath before me to the truth of the matters contained therein.

I notarized, endorse here: _[signature]_

Page 5 of 5