TELEPHONE CALL
JANUARY 7, 1997

Binkowski: Hey!

Dangelo: Hey!

Binkowski: It's okay, I had to help the wife get the kids, she just pulled in.

Dangelo: What's that?

Binkowski: I just got back from school.

Dangelo: Oh, did you?

Binkowski: Yeah, did you go get my stuff?

Dangelo: What stuff?

Binkowski: The jackets and stuff at McGuire.

Dangelo: Yeah.

Binkowski: You did get it.

Dangelo: Yeah, what, you, hold on a minute. Hey Skip, did we get Rich's stuff today, Rich, the Resident Trooper from Southbury. I still owe you stuff from last time.

Binkowski: You went to McGuire.

Dangelo: I went to McGuire but he didn't have anything.

Binkowski: I most certainly did, I had forty jackets.

Dangelo: Forty jackets?

Binkowski: Forty jackets and a box of fatigues.

Dangelo: No, those are the ones, Skip says those are the ones that they cut you of, cut out of you because they were jerking you, they jerked you around and they, you lost those forty.

Binkowski: Who's Skip?

Dangelo: Skip, the DEP guy, that went down there with your guy.

Binkowski: Well, I mean, we had sixty jackets, sixty Gortex jackets, Gene, and I end up getting nine, I was supposed to get twelve. Now I got forty jackets that I was supposed to pick up at McGuire and I didn't even get those?

Dangelo: Yeah, the, I don't know, you know, actually, I'm not really sure of what's going on. I mean, what happened here. But I went down, your guy went down and screened.

1

Binkowski:   Yeah, Bruce Lyle, and I had all the paperwork.

Dangelo:    With DEP.

Binkowski:   Yeah, with DEP and Slabey.

Dangelo:    Yeah, when I went down there with DEP, the woman told DEP right in front of me that it wasn't the Hartford Armory, it was Major Delky from the RLSO that cut them, everything down, and cut you completely out of McGuire.

Binkowski:   Oh, you didn't tell me that.

Dangelo:    I didn't know that.

Binkowski:   And DEP didn't tell me that.

Dangelo:    Oh yeah, I didn't realize all this until right now when you're saying it.

Binkowski:   I mean Bruce, I got blind-sighted this morning by Bruce, he wanted to know why I sent you to McGuire. He's rip-shittin' mad because we're not getting any of our stuff. I mean he spent the whole day screening it and we got nine jackets out of it. Oh, Jesus.

Dangelo:    I went to McGuire to pick up stuff and it's not there so, you know, you're not the only one.

Binkowski:   What did you screen down there?

Dangelo:    We lost, I just screened, I, it's the first time I've gone and stepped into McGuire. I screened today, like web belts and stuff. We had, we lost alot of shit, I lost twenty-two Gortex jackets today. They just crossed of the list after they gave me the requisition, the girl decided..

Binkowski:   Well that's because, that's because you took my forty on the last one. (Laughter)

Dangelo:    Well, I had to take your forty on the last one, but anyways, the, I didn't, I didn't take your forty, your forty went to like, Ocean City. (Laughter) Yeah, what happened was, they didn't realize that you guys were screening for me.

Binkowski:   Oh, is that what the pretense is now, that I'm gonna screen for you?

Dangelo:    No, no, no, you don't have to screen for me.

Binkowski:   No, I'm just saying, is that what they're gonna go under, so that they think I have a bigger department.

Dangelo: No, they know you have twelve people. What Cliff was trying to do is, you screen if we screen, then you screen for me, and under that system, if your guy goes down, you say, "We're screening to the State Police" but this time I'll know and this time I'll call the Armory and make sure that the Armory calls the RLSO and they know it.

Binkowski: So I got nothing to pick up, cause I wanted to see if I could stop down there and pick up some stuff.

Dangelo: What do you want?

Binkowski: Well I thought you had, I mean, I thought you had the, you were picking up jackets and stuff for me.

Dangelo: No, I don't know, I didn't know exactly what was being picked up.

Binkowski: Now if I call, who can I call, if I call McGuire, are they gonna tell me that there's nothing there.

Dangelo: McGuire won't even, these are, these are like fucking inbred fucking you know trailer park fucking assholes. You're not, you're not gonna go, you're not gonna call down there and talk to anybody, well, let me put it to you this way, they're almost, I'm almost as intelligent as them. You don't know how bad they are.

Binkowski: I'm not even gonna touch that.

Dangelo: Yeah, you can't even touch that. Alright. Listen, Rich, they, you, the way this works, Northstar, they have you by the balls. This fucking girl down there though, I can't even think about 'cause I'm getting so pissed. 'Cause she just made the authoritative decision to fucking cut twenty-two jackets from me. That's not her decision.

Binkowski: Well, I thought you had connections.

Dangelo: Yeah, I thought I had connections too, but I guess I don't. This fucking moron, today, we got the stuff, I mean, went to pick it up, the requisition was there, she said "Oh no, that's void, DOT guys are taking it" I said, "Wait a minute", and you can't argue with them.

Binkowski: When did you go, today?

Dangelo: I went today.

Binkowski: Oh Jesus, so where are you, there?

Dangelo: I'm in my garage.

Binkowski: Oh man!

Dangelo: Come on down.

Binkowski:   Yeah, I'm in, I'm in friggin' Goshen.

Dangelo:   The heck, Goshen's not far from here

Binkowski:   That's a long-ass haul from here to there, I mean I'm in school all week.

Dangelo:   Do you want to come down tomorrow? What do you need, anyway?

Binkowski:   Oh, I need, I mean, I need everything.

Dangelo:   How many jackets do you need?

Binkowski:   Well, I've got, I've got six full-time guys and five part-time guys, that I'd like to get, I mean, what I'd like to do is put an outfit in every cruiser.

Dangelo:   What else do you need?

Binkowski:   Well, I've gotta come down there and look around.

Dangelo:   Yeah.

Binkowski:   You still got those binoculars?

Dangelo:   Which ones?

Binkowski:   The ones you showed me.

Dangelo:   Yes, I do.

Binkowski:   'Cause my, I'm just, my little guy found my gun and my wife is bent, I mean she is bent at me.

Dangelo:   Let me tell you

Binkowski:   I mean, he went into my closet, I didn't know that he was going to go in my closet.

Dangelo:   Oh, you fucked up, believe me, I went through that one about ten years ago, I had to get rid of guns, so, let's trade.

Binkowski:   Well, I mean, what are you gonna trade me?

Dangelo:   Those binoc's.

Binkowski:   I told you, that gun's my grandfather's though. You got, you got shields that I can get?

Dangelo:   Which one, with, for the .45?

Binkowski:   Yeah.

Dangelo:   That's your grandfather's gun, Jesus!

Binkowski: I don't know, I don't know where he got it, I think, I know he wasn't in the war.

Dangelo: Yeah, what shield, what do you need?

Binkowski: For the, for the friggin' helmets.

Dangelo: Yeah, you get anything you want. Come on down.

Binkowski: Alright, I can't, I can't do it tomorrow because I've got projects tomorrow until like 4:30. There's no way I can get down there tomorrow.

Dangelo: Where are you, up at your office, you mean?

Binkowski: No, I'm in Danbury, in school all week.

Dangelo: Oh, you are?

Binkowski: That's why I couldn't go with you, I've been in school all week.

Dangelo: Oh, alright.

Binkowski: And I'm down there Thursday, I might be able to get out early Thursday.

Dangelo: Okay.

Binkowski: Can I come down Thursday?

Dangelo: How about tomorrow evening?

Binkowski: What time tomorrow evening?

Dangelo: What time is good for you, I mean...

Binkowski: I mean, how long are you gonna be around there?

Dangelo: I'll be here 'till 4:30.

Binkowski: Yeah, there's no way I can make it there 'till, I don't get out of class until 4:30, quarter to five. I didn't get out today until almost 5:00.

Dangelo: Listen, what I'll...

Binkowski: And that's all, I'm, I mean, do you know where WestConn is? That's where I am, I'm up in WestConn, exit 4.

Dangelo: Yeah, you're way up there.

Binkowski: Yeah, what about Thursday?

Dangelo: Thursday I'll be here.

| | |
|---|---|
| Binkowski: | 'Till when? Can you stay until like 5:00? |
| Dangelo: | Yeah. |
| Binkowski: | And I'll et out early. |
| Dangelo: | Sure. |
| Binkowski: | So I'll stop by Thursday at 5:00. |
| Dangelo: | Did I give you a bayonet yet? |
| Binkowski: | Yeah, you gave me a bayonet. |
| Dangelo: | Okay, good. |
| Binkowski: | I'm gonna get, I'm gonna get some web gear too. |
| Dangelo: | I was give you a, what I give the Swat Team. I'll give your guys stuff too for, I tell you what, did you locate that Winchester? |
| Binkowski: | No, I don't even know where the hell that is Gene. Christ, I haven't had a chance to go to my parents house and I know my father has it. I saw him at the Whaler's game the other day and they weren't playing the best, up to par, so we didn't get to talk too much about the gun, but I think he still has it. But I mean, I've got the .45 in my closet. |
| Dangelo: | Yeah, yeah. |
| Binkowski: | And you know, my wife is, she's not even talking to me, I'm lucky that she handed me your friggin' phone call. |
| Dangelo: | Listen, I'll tell you what, that she's right, but anyways, she's right, because you shouldn't have had it. And let me tell you, ten years ago I went through the same thing. Where my kid was, actually nine, he was one. Pulled on it from the closet, I had to get rid of everything. So I know exactly what you mean. |
| Binkowski: | Oh, I'm not getting rid of anything. I just, I've got a couple pistols and he specifically opened the box that had the .45 in it and she had a friggin' cow, so told her "I'm getting rid of it, I'll get rid of it!" "You're gonna get rid of it tomorrow" I'll get rid of it, relax! |
| Dangelo: | Yeah. |
| Binkowski: | So.. |
| Dangelo: | Alright, hey, on those binoculars, could, that's a very good trade. |
| Binkowski: | Yeah, I mean. |

Dangelo: Those are your personal, those are things, those are forever. Those are easy forever.

Binkowski: Do they have history behind them, so I can say like, Schwartzcoff had them in the Gulf War and they were given to me by him?

Dangelo: Did I tell you that already? You're exactly right. Exactly right.

Binkowski: You don't have any more of those?

Dangelo: I don't.

Binkowski: You don't have any more binoculars? 'Cause that's what I need for my guys.

Dangelo: Yeah, I know, but I don't have any, you're on the list, see here's the thing with me- if I tell you I'm getting you something, when they come in, I have one shitty pair, two shitty pairs, but I already gave to Major Crime Squad. The next ones, they'll come in and I'll get, I'm gonna be doing this alot. You'll get 'em. I'll give your guys stuff like, I'm gonna give you web gear and I'm gonna set you up for marijuana eradication, like I have on my thing.

Binkowski: Yeah.

Dangelo: I'll set you all up.

Binkowski: Alright.

Dangelo: You'll make out. If you trade me that, I'm in debt to you, so you'll make out, believe me.

Binkowski: Well, here's what we'll do then.

Dangelo: And it doesn't matter if they fucking cut you on anything because I'll make up for it. You know what I mean?

Binkowski: Okay, yeah well, I mean, like I said I would like to get, I have ten helmets from Slavey, I would like to get some face shields for that.

Dangelo: Okay.

Binkowski: You know, and I mean, the binoculars would be nice.

Dangelo: You'll get 'em. Binoculars are yours, for you.

Binkowski: Alright, if I'm not there by 5:00, can you wait until like 5:30?

Dangelo: Sure.

Binkowski: 'Cause I mean, I was pushing it today. I was pushing the envelope.

Dangelo: Thursday, I'll be here.

Binkowski: Thursday, between 5:00 and 5:30. If I'm not gonna be there, I will call you. If you don't hear from me, I'm going to be there.

Dangelo: Okay.

Binkowski: Alright? And I'll just keep the gun in my car so she thinks I got rid of it.

Dangelo: Alright, good.

Binkowski: So I'll talk to you Thursday then.

Dangelo: Don't get it rusty.

Binkowski: I'll talk to you Thursday.

Dangelo: Bye-bye

Binkowski: Bye

BT
SG-BCM
5-22-97

mmj #1178
SC 7/22/91

1     Backpack
1     Evac Bag (got for birthday)
2     Sleeping bag
1     Tent
2     half screen shelters
2     Duffle Bags
BDU shirts & pants
3 pair of boots
2     laundry bags
2     Mess kits
       Utensils     knives, forks, spoons
2-3     Canteens
Portable Air Compressor
Box end wrench
Tire Tool
Sand paper
Targets
3     Ammo cans
1     Compass
1     Tank scope
1     Spotting scope
Shovel with case
Gortex Jacket (from Dep)
Field Jacket

**ANY & ALL OTHER ITEMS.**



STATE OF CONNECTICUT
DEPARTMENT OF PUBLIC SAFETY
DIVISION OF STATE POLICE
DPS-302-C REV. 7/95

**CONTINUATION OF INVESTIGATION REPORT**

| CASE NUMBER | INCIDENT TYPE | PROSECUTOR'S REPORT SENT | X SUPPLEMENTARY | RE-OPEN | ASSIST | CLOSING |
|---|---|---|---|---|---|---|
| I97-008334 | LARCENY | | | | | |

**REPORT:** Attached to this report is a copy of a transcript (24 pages) of a recorded conversation between D'Angelo and Binkowski made on 01/09/97. The recording was transcribed by Jane Schneider at the Connecticut State Police Bureau of Criminal Investigations.

| STATUS OF CASE | CODE | AGE OF OLDEST ACCUSED (MUST BE USED WHEN CODE 2 OR 4 IS USED.) | PAGE NUMBER |
|---|---|---|---|
| 1. ACTIVE  3. SUSPENDED  F. FUGITIVE  2. CLEARED ARREST  4. X-CLEARED  6. NO CRIMINAL SPECT | 1 | | 1 OF 1 |

| SUPERVISOR'S SIGNATURE | ID NO. 159 | INVESTIGATOR'S SIGNATURE | ID NO. 0891 | DATE OF REPORT 07/23/97 |
|---|---|---|---|---|

Det. Edward M. Kushner