BODY WORN RECORDER
JANUARY 9, 1997

Knocking on the door.

Dangelo:        Alright let me, uhm.

Binkowski:      Hi Boss. Are you saluting me? What the hell are you still doing here? I thought you leave at 3:00 o'clock.

Dangelo:        I'm a loyal, loyal worker. Yeah, go get those I want to show him those. But before that Bill, pop him one of those we got here in the back. Are you camping at all?

Binkowski:      Camping?

Dangelo:        Yeah.

Binkowski:      No, my wife won't let me camp. She doesn't like the bugs, takes after her mother. Laughter. What about her father. No, not since Italy.

Dangelo:        Are you tired? Or what?

Binkowski:      I been friggin', this class is draggin' my ass.

Dangelo:        Jesus Christ, your eyes look tired.

Binkowski:      I mean this drive an hour and a half one way, come on, that's asinine.

Dangelo:        Yeah, that's asinine. What's the class for.

Binkowski:      But, hey its uhm, Bottle Sketch for Windows, its a collision diagramming for reconstruction.

Dangelo:        Here's what I want to show you.

Binkowski:      Brand new.

Dangelo:        Brand new sleeping bag.

Binkowski:      Where the hell did you get that?

Dangelo:        Brand new.

Binkowski:      This came from McGuire.

Dangelo:        Yeah, I went down there that day, remember that day I went down, I screened that day.

Binkowski:      Monday.

Dangelo:      We would have lost these.

Binkowski:    No, you went Tuesday.

Dangelo:      Tuesday. Screened and picked them up, these are brand fucking new. These are for intermediate cold, let me show you.

Binkowski:    What's intermediate cold mean?

Dangelo:      It's ah, it's not that heavy, the extreme cold weather are for like 80 below, you know.

Binkowski:    Oh, where did you get this one.

Dangelo:      But, they're thick. Oh, Jesus these are gold, these guys go wild over them.

Binkowski:    But, who do you give that stuff to??

Dangelo:      A lot of people, a lot of guys.

Binkowski:    Guys on are department?

Dangelo:      Oh, yeah, this is, this is, because its a sleeping bag, you know.

Binkowski:    It's got the head thing, too. That zips all the way up.

Dangelo:      Yeah, this thing goes for 300 bucks. This is the real expensive one.

Binkowski:    Hey, you cleaned your office up I see.

Dangelo:      Oh, yeah, yeah but, I could care.

Binkowski:    So you didn't get anything for me, huh?

Dangelo:      Absolutely, what do you want?

Binkowski:    No, you didn't get anything for me at McGuire's that was supposed to be mine.

Dangelo:      Nothing. Nothing was there.

Binkowski:    Who the hell is Skip?

Dangelo:      Skip's the DEP guy, that they went down together. Skip must know your, your guy.

Binkowski:    Skip went with Bruce.

Dangelo:      Wait a minute.

Binkowski:   Skip went with Bruce?

Dangelo:     Yep, right.

Binkowski:   And Slabey?

Dangelo:     Right.

Binkowski:   You seen Slabey

Dangelo:     No.

Binkowski:   Did he go down and pick it up.

Dangelo:     No, I haven't seen Slabey, I just talked to him, I said, uh, uh,

Binkowski:   Where the fucks my 22.

Dangelo:     Uh, yeah. No I didn't, uhm, I said you have stuff here, that you screened and uhm, I have for you, you know, he said uhm, listen, I said, you that's yours, that's for you, so when we went down I screened that for you.  I said O.K., because I have a whole shitload of BDU's, I'll suit your guys up.

Binkowski:   But,

Dangelo:     You need more,

Binkowski:   But, what about those faceshields, can you get me 10 faceshields or do you have them here in the back?

Dangelo:     Right in the back, I'll get them for you right now I forgot about them, I'll have Bill go down in back and get them.  Those faceshields have to be f fitted to the helmets.

Binkowski:   Well, I can get somebody to do that.

Dangelo:     Yeah.

Binkowski:   I mean I don't have a problem with that.

Dangelo:     $3.50 a piece.

Binkowski:   Where the hell did you get those?

Dangelo:     The faceshields,

Binkowski:   Yeah,

Dangelo:     From McGuire, we missed out on like about 1,000 of them.

Binkowski:   What the hell, does the Army do with those things.

Dangelo:     Those, I give it to the riot gear guys, you know, the guys with the riot and all.

Binkowski:   Oh, Jesus, your connection?

Dangelo:     Yeah, let me tell you, look what the guy bought me today.

Binkowski:   Who gave you that?

Dangelo:     This is an original Durka,

Binkowski:   It's a Turkish knife. It's all rusted.

Dangelo:     Yeah but that's an original, right.

Binkowski:   Who, the hell had this.

Dangelo:     That's a fucking 1940 World War II one.

Binkowski:   Where that hell did you get this.

Dangelo:     An Auxie brought it to me, it was in the war.

Binkowski:   You didn't give him my binoculars did you??

Dangelo:     Fuck, no. I gave him a sleeping bag. Not even a new one.

Binkowski:   He took that off of someone probably, what the hell, a bullet went through there, huh.

Dangelo:     Yeah, something.

Binkowski:   Sigh

Dangelo:     What's your wife say?

Binkowski:   Well, she wants the gun out of the house, so I got it here in my pocket.

Dangelo:     I went through it, believe me. Where's the holster?

Binkowski:   Oh, you want the holster, too?

Dangelo:     Yeah!

Binkowski:   I can't give the, I mean the holsters not going to kill my kid, this is gonna.

Dangelo:     Oh, come on, you didn't bring it.

Binkowski:   You want the holster too.

Dangelo:      Yeah.

Binkowski:    Oh Jesus, your really pushing it know.  Well, than we're going to have to talk trade on the holster.

Dangelo:      Absolutely.

Binkowski:    I mean that right there, Gene, the binoculars for a 45, come on.

Dangelo:      This is well, price wise, you know how much this is?

Binkowski:    I think a couple of hundred dollars.

Dangelo:      Yeah, but the binoculars are a thousand.

Binkowski:    Where did you get those?

Dangelo:      Those are the best, the tops, yeah, this is nice, this is, this is a nice piece, 45's are-

Binkowski:    Are those your binoculars?  You're giving me your own binoculars?

Dangelo:      Yeah, my own, that's a thousand dollars.

Dangelo:      Here's that (?) for you.

Binkowski:    You gave me one of those before, I don't need those.

Dangelo:      You sure?

Binkowski:    Yeah, I'm not taking anything I don't need, I told you that before and you gave me a wool shirt too.

Dangelo:      Alright listen, then do this,

Binkowski:    I want the faceshields,

Dangelo:      Those faceshields back there,

Binkowski:    Because my guys are pissed and I want to get them outfitted.

Dangelo:      Grab me 10,

Bill:         10

Binkowski:    10 faceshields, I have 10 helmets, I want 10 faceshields.

Dangelo:      You know where they are back on that big table.

Binkowski:    Gene,

Dangelo:      Get me 10 of them.

Binkowski:   Compasses. Can you give me 3 of them, at least I can get 3 compasses for the guys.

Dangelo:      We have 3.

Bill:         Uhm

Binkowski:   You have a fucking box of them.

Dangelo:      Yeah, but I mean they're broken ones, I mean, uhm,

Binkowski:   Well, 3 of them that work, I don't care if the mirror is cracked,  but as long as the compasses work.

Dangelo:      Yeah, get 3 of them.

Binkowski:   And I can put one of them on each shift, that way there.

Dangelo:      Get 3 compasses with cases 3 of those, faceshields 10, and uhm, what else?

Binkowski:   I mean, you don't have the jackets or anything now do yah?

Dangelo:      Get those Gortex jackets, let him go through them and uh,

Binkowski:   Well the Gortex you gave me nine, where the hell did you get all of these?  These are the ones you took from me aren't they.

Dangelo:      No, oh no, no, no.

Binkowski:   Come on Gene, don't bullshit me.

Dangelo:      Listen, I didn't even know I wasn't involved -

Binkowski:   Where in the hell did you, well wait a minute, where did you get all the Gortex jackets, Bruce screens them and he's told by the guy down there the little squirrel down there that hey you're lucky these are the only ones that came in. There's sixty of them and I get them here and someone packed my bag.  I see you're ignoring me so you stole my fucking Gortex jackets.

Dangelo:      I didn't. Honest to God. I went, was I involved with the Gortex?

Binkowski:   No but the squirrel man was.

Dangelo:      Oh, no. Yeah, but I would never.

Bill:         No!

Binkowski:   Who packed my bag?  Who packed my duffel bag?

Dangelo:     Skip from DEP.  Skip Martin.

Binkowski:   Yeah, Skip, I bet DEP has got fucking Gortex jackets.

Dangelo:     Well, they may have fucked themselves into a corner. So, uh, because I was, ask Bill, because when I had the whole group up here, was I overloud?

Bill:        Was I way over there?

Dangelo:     That was fucking bullshit.

Binkowski:   Well, that's from what from what that saying you had all those compasses.

Dangelo:     No. No.

Binkowski:   I still want to know how my name got brought into that.

Dangelo:     Even worse than that was uh, they like, they're amateurs when it comes to like fucking, we're troopers OK, we do what the fuck we want, like uhm, its like a your brother, you know you can slap your brother but nobody else can.  Don't fucking like treat me like they're troopers and we're and I'm a trooper, like you, I don't give a fuck, you know, you tell me, fuck you, that means nothing.

Binkowski:   I said fuck you cause you stole my fucking jacket.

Bill:        Laughter.

Dangelo:     I didn't though

Binkowski:   You did or Skip did.

Dangelo:     Yeah well he.

Binkowski:   Whoever went to take this shit, took my jacket.  The only problem I have is Northstar said Binkowski and Lyle have 60 jackets well I only have 9.

Dangelo:     Oh, no then I would.

Binkowski:   And the paperwork you gave me said I have 12, I only have 9.

Dangelo:     Yeah when I, when I stood there that was the truth, I mean Skip was responsible for your shit, you know.

Binkowski:   And this shit, what the fuck are these patches.

Dangelo:      Yeah.

Binkowski:    What the hell are you going to do with patches.

Dangelo:      Vietnam patches.

Binkowski:    Where in the hell did you get those? McGuire?

Dangelo:      Oh, yeah.

Binkowski:    What did you come back with? A trailer, this place is fucking huge now.

Dangelo:      Mcannisburg.

Binkowski:    This thing is huge.

Dangelo:      This is nothing, this is nothing.

Binkowski:    That wasn't there before, that's all from McGuire, all that shit there.

Dangelo:      That's nothing, when I came back with an empty truck.

Binkowski:    How many sleeping bags?

Dangelo:      Uh, about, I have left after today, I had 60-65 people here at least, uhm,

Binkowski:    Just troopers walking in? Or DEP, town guys?

Dangelo:      Troopers, a couple of auxiliaries, DEP, detectives, Major Crime.

Binkowski:    And you gave them sleeping bags?  What the fuck do they need
              something like that for?

Dangelo:      Well, not to many of them. But, uhm,

Binkowski:    Well, I was going to say, I mean,

Dangelo:      I have about 25 left.

Binkowski:    You give me a sleeping bag, what the hell am I going to do with a
              sleeping bag, except for myself.

Dangelo:      Yeah, well, what you do is, one of the guys lets say who is doing real
              well, somebody who's doing good at your PD or something, that's an
              incentive thing.

Binkowski:    Tell him to take it home to there kid.

Dangelo:     Yeah, let there kid, you know fucking, go enter something, uhm, that type of thing, you know these sleeping bags are good, we may be uhm, you could always give it to a guy as an incentive thing, you know. Let him take it home to the kid, the boy scout, whatever, uhm.

Binkowski:   You didn't get any other binoculars today or Tuesday, did you?

Dangelo:     No, I wish I did.

Binkowski:   I told you I want 6 of them. I need 6 binoculars, and that's another reason why, the gun, I mean come on, a pair of binoculars that.

Dangelo:     It's worth a thousand dollars.

Binkowski:   Yeah but how old are those, those are military binoculars.

Dangelo:     Those are brand new!

Binkowski:   Those are military, you got them from somewhere!

Dangelo:     I'll be cooking.

Binkowski:   What time do you usually leave?

Bill:        We usually leave about 4:00.

Binkowski:   Oh, OK so you're staying around, too.

Bill:        Yeah, why he's going to give me a ride home.

Binkowski:   I thought maybe he was going to give you my gun.

Bill:        Oh, no.

Dangelo:     Oh, no, I would shoot him to shit. These fucking binoculars, go outside here and start-

Binkowski:   I want to see, wait a minute, Gene, wait, the gun says United States Government, let me see the binoculars that say United States Government.

Dangelo:     Alright, alright, if you see it on here I'll kiss your ass. Take a look at these, in the dark.

Binkowski:   You got to look at the light, huh?

Dangelo:     Not even, just look around, those are light gathering fucking binoculars.

Binkowski:   Yeah, it says it right on it Military Marine. (Laughter)

Dangelo:     Yeah, Military Marine. Uhm.

Binkowski: So what. Well, I'm not going to worry about this, I just don't want.

Dangelo: I can't believe you didn't bring the holster down.

Binkowski: No I didn't bring the holster down, honest to God. I mean come on, the holster is not going to kill my kid, and that's an old holster too. And I'm giving you a gun that was in my grandfathers estate and when my grandfather died it was given to me.

Dangelo: Hey, what do you think, uhm, what about the uh, uh that Winchester no luck with that?

Binkowski: I'm going to my fathers this weekend, and when I go down there, I'm look through all his stuff and if he doesn't have it, then I got to go into my daughters room, well it, the one I call my daughters room is a spare room and I got all sorts of stuff in there that I got to go through. It could be buried there, it could be buried in the cellar in crates.

Dangelo: Keep it for your personal use, you know, for your and that's your gear, and your gear, uhm.

Binkowski: What do I have to, I'm not going to worry about it -

Dangelo: What?

Binkowski: I'm just don't want anybody to find them and say hey you took them from Northstar you're in trouble.

Dangelo: Fuck anybody, they can't really, they're not, nobody's involved but you, this is, fucking keep things for your own personal use, don't let, don't give these out to the department, I mean, to the guys down there.

Binkowski: Why would I give them my, my binoculars??

Dangelo: I got 25 of them, I have 25 of them just like this. Not as good as this, shit ones. These I got on a special, fucking, uh,

Binkowski: Where's my web gear??

Dangelo: Right here, you hooked me up with web gear too? I have, I have, uh, belts coming in from McGuire, brand new belts, I have 40, 30 or 40 of them, uh, let me get your web gear-

Binkowski: I'm still pissed about that friggin' my jackets though.

Dangelo: I lost 22 of them, the women across the hall.

Binkowski: Well, you lost 22 of them, but look at your Goddam warehouse, like I pay a guy, I pay a guy 4 hours of overtime, plus 8 hours, so I pay him 12 hour day to go down to McGuire, he screens, I get 9 friggin' jackets,

Dangelo:      Yeah,

Binkowski:    I mean, something's wrong, something's definitely wrong.

Dangelo:      I agree with you. Now,

Binkowski:    So give me your knife to, then.

Dangelo:      I'm gonna' oh, oh, oh. I'm going to uh,

Binkowski:    So Auxie, brought this stuff in, ow, shit,

Dangelo:      Oh, Jesus, don't get cut by that.

Binkowski:    This thing is older than old.

Dangelo:      I'm going to Griffis Air Force Base.

Dangelo:      No, that's not (abodics?) I'm talking, that's really the name, Griffis.

Binkowski:    Where is it?

Dangelo:      In New York, Tuesday, do you want go to, fly down to McAnnisburg, with me after next week?

Binkowski:    Well, I'm working the evening shift, a couple days, because my wife's teaching now, so, I work like Monday, Wednesday, Friday, Days, Tuesday, well Thursday's a Dare Day, so Thursday is out.

Dangelo:      How about a lollipop?

Binkowski:    No, I don't want anything.

Dangelo:      Uh, going to Griffis Air Force Base, and uh, I'm going to be picking up, uh screening, to pick up, but I know what you want, I'll screen for you.

Binkowski:    If they have binoculars, I'll take binoculars, I mean, I want-

Dangelo:      Binoculars are a hot item.

Binkowski:    Did he go, Bill went and got my uh, my uh, lenses and shit,

Dangelo:      Yeah.

Binkowski:    Cause I mean, at least if I get these lenses, I can say hey, Bruce, shut up about Northstar, here's these lenses. At least I'm getting something. Bruce still has the other screener, the guy who went down, spend the whole day screening shit, and like I said, we get 9 friggin' Gortex jackets-

Dangelo:      Was he pissed?

Binkowski:    That yeah, and I'm pissed.  I mean come on.

Dangelo:      Well, its not my fault,

Binkowski:    Somebody ripped us off, whether it be Skip,

Dangelo:      It's not me (laughter). I don't know what the fuck do you mean.

Binkowski:    If I find out, gee, if I find out it's you, I gonna fucking go off on you.

Dangelo:      I didn't do it.

Binkowski:    I mean.

Dangelo:      You don't understand the system, you have to go with me, that's why I want you to go down with me, when we go down, you'll turn to me and say, oh, alright I understand now.  We understand the system, you can get down there and fucking loose it right there.

Binkowski:    Still the fact, that when, I mean, you sign the stuff, they say you got it, they called us up and said, your shit at McGuire's in, come get it.

Dangelo:      No.

Binkowski:    And we go there, and you go there and tell me there's nothing there.

Dangelo:      When? For what?

Binkowski:    McGuire, we got a call two weeks ago, from McGuire, or whoever the people are,

Dangelo:      I didn't do that

Binkowski:    That said, that said your stuff at McGuire's been approved come and get it. So you guys go down there Tuesday and and Skip tells you none of my stuffs there.  I, I kick myself, if I wasn't in this class I would have been there with you, cause I –

Dangelo:      I wish the fuck you were there with me.

Binkowski:    I guarantee you, Skip took some of my shit.

Dangelo:      Uhm, well I hope not, because, tell you what then he's crossed the line, like I say we're troopers, he's a fucking DEP, I would never take, I don't want your shit, you know. 20 fucking Gortex jackets mean nothing to me.

Binkowski:    60 mean a lot.

Dangelo:       When I - (laughter) 60 mean a lot.  When I uhm,

Binkowski:     What the hells all this shit.

Dangelo:       Need X-Large and Large.  Those are shelter hats, tents.

Binkowski:     You got more shit, nobody knows about all this stuff up here.  There's nobody, none of the troopers know.  This should be.

Dangelo:       I put it out on the type five times. All the barracks commanders know.

Binkowski:     And these are mine.

Dangelo:       I had 50 guys here today. 50 fucking guys,  those are yours.

Binkowski:     You gonna' throw me in a sleeping bag for the gun too or what?

Dangelo:       Of course I am, to buy those, that's literally a 1800 dollar item right there.

Binkowski:     What?

Dangelo:       The small one,

Binkowski:     You can't, you can't buy them that say uh military marines on them though I'm sorry.

Dangelo:       Yeah.

Binkowski:     Stiner made in Germany, huh?

Dangelo:       That's just the Stiner Military Marine model.

Binkowski:     So you had these, these are your own, you didn't get these from uhm, McGuire?

Dangelo:       I did but, not I got them from somebody associated with Northstar. I got two of those.  Fucking Pagoni.

Binkowski:     One of your connections.

Dangelo:       Yeah, there's a fucking Pagoni has like I think two pair of those.

Binkowski:     Oh, these are the ones you told me the Lt., you had a shit load of them and the Lt.'s came in-

Dangelo:       25

Binkowski:     and took them.

Dangelo:       Not even as good as that though, I have the best ones.

Binkowski:     Who took them all?

Dangelo:       Some Lt.'s and Captains that come in here and I said to them, hey, you guys have to bring those things back.  Yeah, you guys, yeah, but I said hey, you don't want to bring them back, fucking enjoy them.

Binkowski:     Where's the squirrel?

Dangelo:       That lying fuck.

Binkowski:     I call him the squirrel?

Dangelo:       He fucking owes me, kudos.

Binkowski:     What Pagoni?

Dangelo:       Uh, Ben.

Binkowski:     Ben? Lt.

Dangelo:       Wait, I'm gonna call him right now.

Binkowski:     He's on vacation what the hell are you gonna call him for.

Dangelo:       I though he was working?

Binkowski:     He's on vacation for two weeks, I'm almost positive he's still on vacation. What are you gonna call him for?  You gonna bust his ass about binoculars? You're gonna call the Lt. and bust the Lt.'s ass.

Dangelo:       Uh-huh.

Binkowski:     You got brass ones. Uhm, that shit ain't gonna fit in a duffel bag,  huh? (Laughs)

Bill:          They're all in boxes, except for one.

Dangelo:       (phone conversation) Hi, hey ya, look in the book, the proper book Pagoni,

Binkowski:     Those are the binoculars?

Bill:          Huh?

Binkowski:     Those are the compasses?

Bill:          OK, see where the arrows are,

Binkowski:     Yeah, you have to open down here,

Dangelo:       (phone conversation) P-A-G-O-N-I

Bill:          No, this side.

Binkowski:     Oh, and these work, huh?  Yeah.  Alright, if they work, they work, only your the man, I just don't, I just don't want to give them to my guys and have them not work.  You know.  And then I have to listen to them bitch again.  You were there when Skip packed my bag? huh?

Bill:          Yes, this one is a little foggy and cracked.

Binkowski:     Well, there's nothing I can do about that, he didn't take any of my shit, Skip?

Bill:          Huh?

Binkowski:     Skip take any of my shit.

Bill:          I don't know, they just packed it all and all along the doors is –

Binkowski:     Don't bullshit me now,

Bill:          I not bullshittin' you.

Binkowski:     If he took my shit,  I want to go, I want to find out where he took it to alright.

Dangelo:       Alright, OK (phone conversation)

Binkowski:     If he's stealing my stuff, that's signed to me then I'm the one that's going to get into trouble for it.  Cause its says its assigned to Trooper Binkowski and fucking DEP has it, my ass is on the line.

Bill:          Yeah, well.

Binkowski:     Not DEP.

Dangelo:       Hey, I have to write those compasses down, if they go to your department.

Binkowski:     O.K., oh, you have an equipment transfer sheet.

Dangelo:       Yeah, just for compasses and I'm gonna put down uh because you're a resident trooper, I want to put down, uhm, just those items, compass and what else, shields, face shields,

Bill:          Shields – OK, he only has 3 compasses.

Dangelo:       I uhm, B-I-N-K-O-W-S-K-I

Binkowski:     That's right, yep.

Dangelo:      Of the uh-

Binkowski:    Troop L, CSP Troop L

Dangelo:      What's the uh, what's it Burlington.

Binkowski:    Woodbury. Woodbury.

Dangelo:      Woodbury, shit.

Binkowski:    We deal with Bartolotta out of Burlington, too, huh?

Dangelo:      I never.

Binkowski:    He hasn't come down here?

Dangelo:      I have to call him, I think he was on vacation.

Binkowski:    Well, he's down in the class with me, so you're not going to get in touch with him.

Dangelo:      OK, uhm., what's today, uhm,

Binkowski:    The guys from out East come your way to, the other residents? Today's the ninth.

Dangelo:      Ninth. So, yeah.

Binkowski:    So, I'm signing for 3 compasses, and 10 faceshields. Do I get a copy of this or is this yours.

Dangelo:      Uh, I don't have a copy machine, but -

Binkowski:    This is yours.

Dangelo:      Yeah, but you can come, I have to make copies, what I'm gonna do is -

Binkowski:    Fax it to me. Fax it to me. OK, so you're going to leave it up there.

Dangelo:      Yeah. The uh, what were you just saying, what did you say.

Binkowski:    I wanted you to fax that shit to me,

Dangelo:      No, what?

Binkowski:    I was asking you if you knew any of the residents out east. If they come out this way.

Dangelo:      No.

Binkowski:    You need another place out there is what you need.

Dangelo:      There's a couple of guys out there, one up in Danielson, he brought me a shitload of fucking MRE's, uhm and other stuff.

Binkowski:    What the hell is an MRE?

Bill:         Ready to eat meal.

Dangelo:      Meal Ready to Eat. Jeesh, if I had some, I open one up to show you.

Binkowski:    I don't want one, well, you opened me, you opened up that one in the backroom there with Terry and me.

Dangelo:      Yeah, I would open up, let me call Pagoni.

Binkowski:    You're going to demand binoculars from him. I don't know Gene. Any Claymores?? Laughter. What is that? Oh, you're going to put the-

Dangelo:      Hey, good idea, Jesus.

Binkowski:    Where did you get the gun case?

Bill:         Uh, he had it.

Binkowski:    So, you're gonna hide my gun on you, huh? Did he tell you I was bring this?

Bill:         No.

Binkowski:    That's why you stayed around, you know that right.

Bill:         No, he just said you were coming, and -

Binkowski:    Well, I don't want to come in on this though.

Dangelo:      How are those shields, did you see them?

Binkowski:    Well, there's one there.

Dangelo:      You can adapt them to that uhm.

Binkowski:    Well I'm sure we can fit them on the Kevlar Helmets if we want. I have no problem with that.

Dangelo:      (phone conversation)Hi, is your dad home? It's Gene Dangelo. Hey, who is this Ben, Jr.? How are you Ben.

Binkowski:    These will be nice.

| | |
|---|---|
| Dangelo: | (phone conversation) is beautiful, how girls, oh OK good for you. Alright. |
| Binkowski: | Alright, we'll, you have him get me a sleeping bag to, come on. I mean you gave me the shields, you gave me the, yeah, you gave me the shields and the compass for the guys, now something for me for the gun. |
| Dangelo: | You got it, a brand new one. |
| Bill: | Didn't I just give you guys one. |
| Binkowski: | He opened it. |
| Bill: | Oh. |
| Dangelo: | (phone conversation)Yeah, Hi, |
| Bill: | Laughter, oh, I'm sorry. |
| Binkowski: | I want one sealed, dammit. |
| Dangelo: | (phone conversation) Oh, for grips, sake I gave that to the armory. What do you want 25 bucks for it or something? Because we want, I have to get those binoculars from you that everyone's breaking my balls about. I love that, its almost, yeah, you're right, but its almost psychological how you do that to me, hey anyway, honestly now, seriously, I looking for a |
| Binkowski: | What's that right there? |
| Dangelo: | (phone conversation) Trooper Binkowski, great guy, excellent guy. Uh, reminds me of myself as a CI guy. |
| Bill: | Hey, is there anything else you need back there? |
| Dangelo: | (phone conversation) Alright but, I said to him, I'm going to call your Lt. because he's so good to me at Northstar that you have to take care of this guy, this is uh, he's a made man, Binkowski, we're making him, you, you and me, you're Don, you're the Don and I'm a Lt. and uh, I'm at my building at Northstar. Oh, absolutely. Uh, yeah sure, anything you want. Hey whatever you want. Oh, come on. I was in, uh no. Auto Theft they kinda rescinded that Lt. Rioux said to me uh I lost a lot of respect for you, I said yeah, Jesus, you know, he said I know now Gene that everything I say to you goes right to the Capitol. You know what I said to him? What did you say? And uhm, then I said and the basically what it came down to was I don't really give a fuck if he loses respect for me, it bothers me that he thinks it bothers me he loses respect for me. So fuck him, crazy. |
| Binkowski: | Yeah, go ahead. Just don't go walking anywhere with them. |
| Bill: | Laughter. I was just going to stay right here. |

Binkowski:   Oh, my binoculars, I will chase you down.

Dangelo:   (phone conversation) Holy Christ? Crazy fucker, I lost respect for you. Oh, my god.

Binkowski:   You're not going to see much out there.

Dangelo:   (phone conversation) Jesus, that's like some homeless nut on the street saying, hey, uh, you know, you're a you're a low life, what, alright, hey, I wanted to call I need you to be good to Binkowski, you are, he says you're a great Lt. You do. I know. I know.

Bill:   I can the town hall like this, I'll look over here. (?)

Binkowski:   Why is there a naked women in it.

Bill:   No, its a window, I'm just going to see if I can see in the window.

Binkowski:   I don't care.

Bill:   Because right here is the brushes.

Binkowski:   I shoot if you run far, you haven't seen me shoot have you.

Dangelo:   (phone conversation) He will, I'll talk to you. What?

Binkowski:   Oh.

Dangelo:   (phone conversation) Excellent, no it didn't, no it didn't, Ben, we know that, you know, that's good, good.

Binkowski:   I'm putting this box in my car for now Gene.

Dangelo:   (phone conversation) Anything you want, I tell ya, I'm going to pay you in equipment, I'm going to put some shit on the side, special stuff, alright, I mean really serious, special good stuff.

Binkowski:   What's he giving you?

Dangelo:   (phone conversation) Alright.

Binkowski:   Now, what's he giving you.

Dangelo:   (phone conversation) And, uh, we'll (laughter), well, Binkowski wants to know what you're giving me. It's what he gave me. Alright let me tell you, he makes the spit you give me look like, uh, duh, unbelievable.

Binkowski:   I don't know.

**Dangelo:** (phone conversation) Give me that Goddam helmet will ya, hey listen, any of this stuff I'll make it worth your while, to hand over any of those items, stop holding that ring too, I know that's in the house. Yes, yeah, yeah. That is nice. No they weren't. I went through the, oh gripe, I went through those uniforms, nothing.

**Binkowski:** Want to throw that in my car with me.

**Bill:** Sure.

**Binkowski:** And come back in, this is unlocked, can you grab that, this is gonna stay open, you didn't go to McGuire with him did you, oh, they don't allow you to go with him.

**Bill:** No.

**Binkowski:** Shit, let me unlock this, hang on a second.

**Bill:** I guess the way Gene told me is there insurance won't cover it. In case anything ever happens.

**Binkowski:** Oh, the states insurance.

**Bill:** Yeah.

**Binkowski:** So, you just undo stuff that comes here. Were you here yesterday when my shit came in? Be honest with me,

**Bill:** Yesterday?

**Binkowski:** Yeah, or Tuesday?

**Bill:** Jeesh, uh

**Binkowski:** When all my shit came in.

**Bill:** I was here Monday and today.

**Binkowski:** Hopefully, these will fit, yeah it fits. Yeah they're in there, that's good enough, as long as they don't ruin any paperwork. So you weren't here Tuesday when he came back Tuesday night?

**Bill:** Tuesday night.

**Binkowski:** Oh, he came back Tuesday night, Oh, you were here Tuesday night when he came in.

**Bill:** Yep.

**Binkowski:** And you didn't see any stuff marked for me that Skip took?

Bill:        No, they already had half the truck unloaded when I got here.

Dangelo:     (phone conversation) I lost a lot of respect for you, you know what bothers me is that you think it bothers me, why don't you just feel like a fucking you know drug addict telling me that. What the, oh you lost respect for me, why don't you be like a fucking child molester, saying that to me.

Binkowski:   This is rude, you know, I'm hearing your bullshit.

Dangelo:     Yeah, yeah I know its rude.

Dangelo:     (phone conversation) Alright, Lt. I will talk to you. Absolutely, he's on the good side of you he said yeah you're the best, yeah, Senick he'll get over it.

Binkowski:   Tell him I want overtime for this school, too.

Dangelo:     (phone conversation) He wants overtime for school.

Binkowski:   Hour and a half drive.

Dangelo:     (phone conversation) Hour and a half drive, for Christ sake, the poor guy. Oh, he assumed you were getting it, this Goddam, this poor guy, his eyes are all puffy from this. These troopers are trying to learn out there. Uh, he taking uh, management there uh.

Binkowski:   No, Auto Sketch, he knows.

Dangelo:     (phone conversation) Auto Sketching.

Binkowski:   Myself and Bartolotta.

Dangelo:     (phone conversation) And Bartolotta. Well, they've been crying for it is good, hell, no.

Binkowski:   Yes I did.

Dangelo:     (phone conversation) No, I want to see him to, though. Yeah. Laughter. Good send them both, if they don't want each other to go send them both. That's the beauty of being troopers. Alright, I will talk to you Lt. Bye bye.

Binkowski:   What did he say Bartolotta didn't want me to go?

Dangelo:     At the end there I'm very subliminal with Ben because he's a psychology major so at the end I said OK, I'll talk to you Lt. And he'll hang up and say fucking Gene called me a Lt. Huh? Let me tell you, this guy, like all these fucking guys, but now that we're good, we're good, I'll take care of them down here for taking care of you.

Binkowski: Alright are you going to get me some jackets then, too or what?

Dangelo: Gortex? I got them right up here.

Binkowski: What are you going to give me for, if I bring that holster?

Dangelo: What do you want? Gortex jackets?

Binkowski: I want a shopping spree. I went into your secret room over here where you have all those jackets and shit.

Dangelo: Which jackets? Which ones do you want.

Binkowski: I want some more of those mittens I can give to my guys. How about those?

Dangelo: Yep. How many more?

Binkowski: 6.

Dangelo: I don't know if I have 6. I have 3 brand new mittens left. You can take them right now on your word that uhm, you know that uhm I mean, believe me, trust me –

Binkowski: We'll do it a swap and that way there I can –

Dangelo: What about that Winchester?

Binkowski: You're gonna have to do some serious talking about that.

Dangelo: Winchester. I'll even give you the $100 bucks back for it.

Binkowski: That was 2 or 3 years ago. No, that was shit 5 years ago. That guns got to be worth more than $100 bucks.

Dangelo: Got to see what it looks like.

Binkowski: And it fires. Give me a generator.

Dangelo: Which ones.

Binkowski: One of the generators out there. One that works, that I can hook up to my house.

Dangelo: For a Winchester

Binkowski: Yeah.

Dangelo: Absolutely. You got it, I have complete,

Bill: (?) get drunk.

Dangelo:    We have to start that though, uhm, I have to admit, now if they work I don't know they're all supposed to work, uh, I have a 20 uh, 10k generator over here but those generators under the table for your house, absolutely. Absolutely.

Binkowski:  Alright. It's getting late, so I have to get home to feed the wife, feed the kids, I got to see them today, I got a test tomorrow, so I will head out and uhm, I will get in touch with you next week.

Dangelo:    Yeah, yep.

Binkowski:  Alright.

Dangelo:    Bring that Winchester, I want to kill a deer this year with it.

Binkowski:  Hunting seasons over.

Dangelo:    Not for me, I have uh, nuisance property. I'm bringing this guy down, one of the governors guys, asked me to take him into it and I have to bring him out to this property.

Binkowski:  Oh, so now you're not you're not going to hunt with the governor you're going to hunt with the governors friend.

Dangelo:    Yeah, you know this guy the governor and I invited out hunting many a time. He said I'm going to go with you I want to shoot some blah blah blah. I said listen John whenever you want to go fucking shot something just let me know. But I not inviting you anymore because I already invited you like 20 times.

Binkowski:  Alright, now Gene, I got to go.

Dangelo:    I know.

Binkowski:  It's 5:30 I told the wife I'd be there.

Bill:       Take some suckers for the kids.

Binkowski:  No, my kids are hyper enough they don't need that shit. So I won't even show the wife the binoculars, she'll get pissed.

Dangelo:    Yeah, don't do anything. Don't get your wife involved, I don't get my wife involved with any of that. I did early on, and I learned my lesson quickly. The least they know the better we are. Believe me, because after a while they really don't give a shit about it, they'll ask you about -

Bill:       You want an ammo can to stick those in.

Binkowski:  No, I going to put them, I'll put them in the front, I park the car in that garage, she's not going to see it.

Dangelo:    Eight months for now she'll say, hey, what about that? I got rid of that gun.

Binkowski:  Yeah.

Dangelo:    I didn't want it around.

Binkowski:  Alright, I'm running, I'll see ya later.

Dangelo:    Yeah, Jesus Christ take a rest too.

Binkowski:  Well, if I can get home and study, then I can go to bed.

Dangelo:    -wife of yours and love those kids.

Binkowski:  We'll see ya later.

Binkowski:  He's locking up now.