# INVENTORY OF PROPERTY SEIZED
## WITHOUT A SEARCH WARRANT

JD-CR-18 Rev. 9-89 P.A. 89-269
C.G.S. § 21a-262, 26-85, 26-90, 54-36a, 54-36e, 54-36g

POLICE CASE/RECEIPT NO. I97-008334

- [ ] FOR P.D. USE ONLY
- [ ] WARRANT APPLIED FOR
- [ ] TO COURT

Pg ③

- [ ] To Court
- [ ] Destroy — No Value
- [ ] Case Pending
- [ ] Return to Owner
- [ ] Prisoner's
- [ ] Juvenile

**PART A** — COURT DOCKET NO.

**PART B** — COURT DOCKET NO. CR

### INSTRUCTIONS
1. Do not use this form if a search warrant is used.
2. Original must be filed with the Clerk of Court.
3. Last copy for Police Department use.

TO THE SUPERIOR COURT AT (Address of court)
G.A. No. _____

ARREST: [ ] MADE   [ ] PENDING
POLICE CASE/RECEIPT NO. I97-008334
COMPANION CASE NO.
UNIFORM ARREST REPORT NO.

NAME, ADDRESS AND TEL. NO. OF DEFENDANT(S)/SUBJECT(S):
1.
2.
3.

NAME, ADDRESS AND TEL. NO. OF COMPLAINANT(S)/OWNER(S):
1. Northstar Warehouse
2. Bld #4, Meriden, CT.
3.

TYPE OF INCIDENT:

TOWN OF SEIZURE: Meriden
DATE OF SEIZURE: 1-14-97
TYPE OF PROPERTY: [ ] STOLEN  [X] EVIDENCE  [ ] LOST/FOUND  [X] INVESTIGATION

The following property was seized, in connection with a criminal case: (Describe type, color, serial number, etc.)

| # | Qty | Description |
|---|-----|-------------|
| 1 | 20 Rounds | .223 Spent Casings in Box |
| 2 | 42 " | " " " " |
| 3 | 1 " | 9mm loose |
| 4 | 50 " | 45 cal assorted in Green Box |
| 5 | 20 " | 5.56 mm Tracers in White Box |
| 6 | 75 " | .22 cal. L/R in Orange Plastic Box |
| 7 | (50) " | .38 " Spec. " Federal Box |
| 8 | 6 " | .38 " and 3 .357 cal in Red Plastic Case |
| 9 | 21 " | .357 " in Box |
| 10 | 50 " | .38 " in White Box |
| 11 | 50 " | .22 L/R in Box |
| 12 | 7 " | .380 " in Box |

If cash money was seized, enter total amount here →

SIGNED (Police Officer): Det W.J. Krucha Jr.
DATE: 1-14-97
DEPARTMENT: CSP-MCS-CENT

**PROPERTY ROOM USE ONLY**

EVIDENCE PHOTOGRAPHED: [X] NO   [ ] YES
DATE:
REMARKS:

DATE OUT | REASON | BY | DATE RETURNED

(over)

INVENTORY OF PROPERTY SEIZED

# INVENTORY OF PROPERTY SEIZED
## WITHOUT A SEARCH WARRANT
JD-CR-18  Rev. 9-89  P.A. 89-269
C.G.S. § 21a-262, 26-85, 26-90, 54-36a, 54-36e, 54-36g

POLICE CASE/RECEIPT NO: I97-008334

☐ To Court
☐ Destroy—No Value
☐ Case Pending
☐ Return to Owner
☐ Prisoner's
☐ Juvenile

**PART A**
COURT DOCKET NO.

**PART B**
COURT DOCKET NO. CR

☒ FOR P.D. USE ONLY
☒ WARRANT APPLIED FOR
☒ TO COURT

Pg 4

### INSTRUCTIONS
1. Do not use this form if a search warrant is used.
2. Original must be filed with the Clerk of Court.
3. Last copy for Police Department use.

TO THE SUPERIOR COURT AT (Address of court)
G.A. No. _____

UNIFORM ARREST REPORT NO.

ARREST: ☐ MADE  ☐ PENDING
POLICE CASE/RECEIPT NO: I97-008334
COMPANION CASE NO.

NAME, ADDRESS AND TEL. NO. OF DEFENDANT(S)/SUBJECT(S)
1.
2.
3.

NAME, ADDRESS AND TEL. NO. OF COMPLAINANT(S)/OWNER(S)
1. NORTHSTAR WAREHOUSE
2. BLD #4 MERIDEN, CT
3.

TYPE OF INCIDENT:

TOWN OF SEIZURE: MERIDEN
DATE OF SEIZURE: 1-14-97
TYPE OF PROPERTY: ☐ STOLEN  ☐ EVIDENCE  ☐ LOST/FOUND  ☒ INVESTIGATION

The following property was seized, in connection with a criminal case: (Describe type, color, serial number, etc.)

| # | Qty | Description |
|---|-----|-------------|
| 1 | 20 ROUNDS | .380 CAL IN BOX |
| 2 | 16 " | 9MM " " " |
| 3 | 39 " | .22 " L/R " |
| 4 | 100 " | " " " IN PLASTIC CONTAINER |
| 5 | 22 " | .357 IN BOX |
| 6 | 6 " | .22 CAL. IN CLIP |
| 7 | 50 " | .22 " L/R IN PLASTIC CASE |
| 8 | 28 " | .357 IN BOX ⎫ |
| 9 | 16 " | .357 ASSORTED ⎬ IN PLASTIC BAG |
| 10 | 3 " | .38 " ⎭ |
| 11 | 14 " | .22 IN PLASTIC BAG |
| 12 | 29 " | .40 " " " |

If cash money was seized enter total amount here →

SIGNED (Police Officer): [signature]
DATE: 1-14-97
DEPARTMENT: CSP-MCS-CENT

### PROPERTY ROOM USE ONLY
EVIDENCE PHOTOGRAPHED: ☒ NO  ☐ YES
DATE:
REMARKS:

| DATE OUT | REASON | BY | DATE RETURNED |
|----------|--------|----|--------------:|
|          |        |    |               |

(over)

INVENTORY OF PROPERTY SEIZED

# INVENTORY OF PROPERTY SEIZED WITHOUT A SEARCH WARRANT

JD-CR-18  Rev. 9-89  P.A. 89-269
C.G.S. § 21a-262, 26-85, 26-90, 54-36a, 54-36e, 54-36g

POLICE CASE/RECEIPT NO.: I97-008334

Pg (5)

- [ ] To Court
- [ ] Destroy—No Value
- [ ] Case Pending
- [ ] Return to Owner
- [ ] Prisoner's
- [ ] Juvenile

**PART A**
COURT DOCKET NO.

**PART B**
COURT DOCKET NO.: CR

FOR P.D. USE ONLY
- [ ] WARRANT APPLIED FOR
- [ ] TO COURT

**INSTRUCTIONS**
1. Do not use this form if a search warrant is used.
2. Original must be filed with the Clerk of Court.
3. Last copy for Police Department use.

TO THE SUPERIOR COURT AT (Address of court)
G.A. No. ____

ARREST: [ ] MADE  [ ] PENDING
POLICE CASE/RECEIPT NO.: I97-008334
COMPANION CASE NO.:

NAME, ADDRESS AND TEL. NO. OF DEFENDANT(S)/SUBJECT(S):
1.
2.
3.

NAME, ADDRESS AND TEL. NO. OF COMPLAINANT(S)/OWNER(S):
1. NORTHSTAR WAREHOUSE
2. BLD #4 MERIDEN, CT
3.

TYPE OF INCIDENT:

TOWN OF SEIZURE: MERIDEN
DATE OF SEIZURE: 1-14-97
TYPE OF PROPERTY: [ ] STOLEN  [X] EVIDENCE  [ ] LOST/FOUND  [X] INVESTIGATION

The following property was seized, in connection with a criminal case: (Describe type, color, serial number, etc.)

| # | Description |
|---|---|
| 1. | 34 ROUNDS .22 CAL. ASSORTED IN PLASTIC BAG. |
| 2. | 83 " .22 " " " " " |
| 3. | 400 " .22 " " " CLOTH BAG. |
| 4. | 1  12 GA. WIN. SHOT GUN SHELL |
| 5. | 1  " REM. " " " |
| 6. | 1  LC-90 ROUND loose |
| 7. | 3  WCC-86 " " |
| 8. | 9  9mm " " |
| 9. | 1  .38 Cal. " " |
| 10. | 1  .38 Cal. SPENT CASING. |
| 11. | 14  .22 " ASSORTED ROUNDS |
| 12. | 50  .45 " IN BOX. |

If cash money was seized, enter total amount here →

SIGNED (Police Officer) | (Title) | DATE | DEPARTMENT

**PROPERTY ROOM USE ONLY**

EVIDENCE PHOTOGRAPHED: [ ] NO  [ ] YES
DATE:
REMARKS:

| DATE OUT | REASON | BY | DATE RETURNED |
|---|---|---|---|
| | | | |

(over)                                INVENTORY OF PROPERTY SEIZED

# INVENTORY OF PROPERTY SEIZED
## WITHOUT A SEARCH WARRANT
JD-CR-18  Rev. 9-89  P.A. 89-269
C.G.S. § 21a-262, 26-85, 26-90, 54-36a, 54-36e, 54-36g

POLICE CASE/RECEIPT NO: **I97-008334**

- [ ] To Court
- [ ] Destroy — No Value
- [ ] Case Pending
- [ ] Return to Owner
- [ ] Prisoner's
- [ ] Juvenile

**PART A** — COURT DOCKET NO.

**PART B** — COURT DOCKET NO.: CR

FOR PD USE ONLY / WARRANT APPLIED FOR / TO COURT

Pg 6

### INSTRUCTIONS
1. Do not use this form if a search warrant is used.
2. Original must be filed with the Clerk of Court.
3. Last copy for Police Department use.

TO THE SUPERIOR COURT AT (Address of court): G.A. No. ___

UNIFORM ARREST REPORT NO.: 

COURT APPEARANCE DATE: 

ARREST: [ ] MADE  [ ] PENDING

POLICE CASE/RECEIPT NO.: I97-008334

COMPANION CASE NO.: 

NAME, ADDRESS AND TEL. NO. OF DEFENDANT(S)/SUBJECT(S):
1.
2.
3.

NAME, ADDRESS AND TEL. NO. OF COMPLAINANT(S)/OWNER(S):
1. NORTHSTAR WAREHOUSE
2. BLD #4 MERIDEN, CT.
3.

TYPE OF INCIDENT:

TOWN OF SEIZURE: MERIDEN
DATE OF SEIZURE: 1-14-97
TYPE OF PROPERTY: [ ] STOLEN  [ ] EVIDENCE  [ ] LOST/FOUND  [X] INVESTIGATION

The following property was seized, in connection with a criminal case: (Describe type, color, serial number, etc.)

| # | Qty | Description |
|---|-----|-------------|
| 1 | 1 ROUND | .45 CAL. IN BOX |
| 2 | 50 " | .12 GA. SHOT GUN SHELLS IN BOX. |
| 3 | 8 " | .45 CAL. LOOSE ROUNDS |
| 4 | 15 " | .20 GA. SHOT GUN SLUGS IN 3 BOXES |
| 5 | 13 " | .16 " " SHELLS |
| 6 | 5 " | .20 " " SLUGS IN BOX. |
| 7 | 9 " | " " SHELLS SLUGS |
| 8 | 1 " | .12 " " SLUG |
| 9 | 12 " | .12 " " SHELLS |
| 10 | 1 " | LC-90 " " " |
| 11 | 1 " | LC-87 " " " |
| 12 | 3 " | 22-250 " " |

ALL CONTAINED IN PLASTIC BAG

CONTINUED TO PG. 7

If cash money was seized, enter total amount here ▶

SIGNED (Police Officer): Det W.J. Kunda Jr
(Title):
DATE: 1-14-97
DEPARTMENT: CSP-MCS-CENT

### PROPERTY ROOM USE ONLY

EVIDENCE PHOTOGRAPHED: [X] NO  [ ] YES
DATE:
REMARKS:

DATE OUT | REASON | BY | DATE RETURNED

(over)  INVENTORY OF PROPERTY SEIZED

# INVENTORY OF PROPERTY SEIZED WITHOUT A SEARCH WARRANT

JD-CR-18  Rev. 9-89  P.A. 89-269
C.G.S. § 21a-262, 26-85, 26-90, 54-36a, 54-36e, 54-36g

POLICE CASE/RECEIPT NO. I97-008334

- [ ] To Court
- [ ] Destroy — No Value
- [ ] Case Pending
- [ ] Return to Owner
- [ ] Prisoner's
- [ ] Juvenile

**PART A**
COURT DOCKET NO.

**PART B**
COURT DOCKET NO. CR

[ ] FOR P.D. USE ONLY
[ ] WARRANT APPLIED FOR
[ ] TO COURT

Pg 7

## INSTRUCTIONS
1. Do not use this form if a search warrant is used.
2. Original must be filed with the Clerk of Court.
3. Last copy for Police Department use.

TO THE SUPERIOR COURT AT (Address of court)
G.A. No.

UNIFORM ARREST REPORT NO.

ARREST: [X] MADE  [ ] PENDING
POLICE CASE/RECEIPT NO.: I97-008334
COMPANION CASE NO.:

NAME, ADDRESS AND TEL. NO. OF DEFENDANT(S)/SUBJECT(S):
1.
2.
3.

NAME, ADDRESS AND TEL. NO. OF COMPLAINANT(S)/OWNER(S):
1. NORTHSTAR WAREHOUSE
2. BLD #4, MERIDEN, CT.
3.

TYPE OF INCIDENT: 1

TOWN OF SEIZURE: MERIDEN
DATE OF SEIZURE: 1-14-97
TYPE OF PROPERTY: [ ] STOLEN  [ ] EVIDENCE  [ ] LOST/FOUND  [X] INVESTIGATION

The following property was seized, in connection with a criminal case: (Describe type, color, serial number, etc.)

1. 1 - ROUND WCC-92  ⎫
2. 1  "   .223 CAL.   ⎬ PLASTIC BAG (FROM Pg. 6)
3. 1  "   .44 MAG.    ⎪
4. 2  "   LC-92       ⎭
5. 24 "   20 GA. SHOT GUN SHELLS IN PLASTIC BAG
6. 1  "   "   "   "   "   "REM" LOOSE
7. 1  "   .16 GA.  "   "   "
8. 20 "   .223 "REM" IN BOX (FULL)
9. 10 "   1356 "REM" ⎫ IN BOX
10. 3  "   "   SPENT CASINGS ⎭
11. 20 "   7.62 mm NATO ROUND IN BOX (FULL)
12.

If cash money was seized, enter total amount here →

SIGNED (Police Officer): [signature]
DATE: 1-14-97
DEPARTMENT: CSP-MCS-CENT.

## PROPERTY ROOM USE ONLY

EVIDENCE PHOTOGRAPHED: [X] NO  [ ] YES
DATE:
REMARKS:

| DATE OUT | REASON | BY | DATE RETURNED |
|---|---|---|---|
| | | | |

(over)  INVENTORY OF PROPERTY SEIZED

# INVENTORY OF PROPERTY SEIZED
## WITHOUT A SEARCH WARRANT

JD-CR-18  Rev. 9-89  P.A. 89-269
C.G.S. § 21a-262, 26-85, 26-90, 54-36a, 54-36e, 54-36g

POLICE CASE/RECEIPT NO: I97-008334

**PART A**
COURT DOCKET NO:

**PART B**
COURT DOCKET NO: CR

☒ FOR P.D. USE ONLY
☒ WARRANT APPLIED FOR
☒ TO COURT

Pg (8)

☐ To Court
☐ Destroy — No Value
☐ Case Pending
☐ Return to Owner
☐ Prisoner's
☐ Juvenile

### INSTRUCTIONS
1. Do not use this form if a search warrant is used.
2. Original must be filed with the Clerk of Court.
3. Last copy for Police Department use.

TO THE SUPERIOR COURT AT (Address of court):
G.A. No.

UNIFORM ARREST REPORT NO:

COURT APPEARANCE DATE:
ARREST: ☐ MADE  ☐ PENDING
POLICE CASE/RECEIPT NO: I97-008334
COMPANION CASE NO:

NAME, ADDRESS AND TEL. NO. OF DEFENDANT(S)/SUBJECT(S):
1.
2.
3.

NAME, ADDRESS AND TEL. NO. OF COMPLAINANT(S)/OWNER(S):
1. NORTHSTAR WAREHOUSE
2. BLD #4 MERIDEN, CT
3.

TYPE OF INCIDENT:

TOWN OF SEIZURE: MERIDEN
DATE OF SEIZURE: 1-14-97
TYPE OF PROPERTY: ☐ STOLEN  ☐ EVIDENCE  ☐ LOST/FOUND  ☒ INVESTIGATION

**PROPERTY SEIZED** — The following property was seized, in connection with a criminal case: (Describe type, color, serial number, etc.)

1. w/ RETURNED (7) KNIVES ON 8/25/99
2. KNIVES
3. CARDBOARD BOX CONTAINING (32) ASSORTED  } EXHIBIT #20
4. KNIVES AND (1) HATCHET
5.
6. MILITARY GREEN BOX CONTAINING (52) BAYONETS
7. IN SHEATHS.
8.
9.
10.
11.
12.

If cash money was seized, enter total amount here:

SIGNED (Police Officer): [signature]
(Title)
DATE: 1-14-97
DEPARTMENT: CSP-MCS-CENT.

**PROPERTY ROOM USE ONLY**

EVIDENCE PHOTOGRAPHED: ☐ NO  ☐ YES
DATE:
REMARKS:

| DATE OUT | REASON | BY | DATE RETURNED |
|---|---|---|---|
| | | | |

(over)

INVENTORY OF PROPERTY SEIZED