UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

EUGENE D'ANGELO

      v.                                           3:02CV1313 SRU

KENNETH KIRSCHNER, JOHN J. MANNION,
RICHARD B. COVELLO, EDWARD KASCHE,
WILLIAM T. McGUIRE and ANDREW RUSSELL

## J U D G M E N T

This matter came on before the Honorable Stefan R. Underhill, United States District Judge, as a result of defendants' motion for summary judgment.

The Court has reviewed all of the papers filed in conjunction with the motion and after a hearing held on July 13, 2006, the motion was granted in open court.

Therefore, it is ORDERED and ADJUDGED that judgment is entered for the defendants and the case is closed.

Dated at Bridgeport, Connecticut, this 13th day of July, 2006.

                                                      KEVIN F. ROWE, Clerk

                                                      By  /s/ Barbara Sbalbi
                                                               Deputy Clerk