UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EUGENE D'ANGELO, | : | Case No. 3:02CV1313(SRU) |
|    Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| KENNETH KIRSCHNER, et al. | : | |
|    Defendants. | : | JULY 21, 2006 |

**MOTION TO VACATE JUDGMENT**

     Pursuant to Rule 59 (e) of the Federal Rules of Civil Procedure, the Plaintiff, Eugene D'Angelo, respectfully requests this Court to vacate the judgment entered for the defendants for the following reasons and others that may be heard at oral argument in connection with this matter.  The plaintiff also, respectfully requests that this court vacate its ruling to deny plaintiff's Motion to Strike Defendants' Exhibits, Motion to Strike Defendants' Local Rule 56(A)(1) Statement, and Motion to Strike Defendants' Affidavits as moot.  The plaintiff requests the court to vacate its judgment for the following reasons:

**ORAL ARGUMENT REQUESTED**

1.It was error for the court to deny the plaintiff's Motion to Strike Defendants' exhibits, Motion to Strike defendants local rule 56(A)(1) statement, and Motion to Strike Defendants' Affidavits as moot.

2.It was error for the court to dismiss the plaintiff's claim for illegal search and seizure as being time-barred by the statute of limitations.

3.It was error for the court to dismiss all of the plaintiff's pendent state claims.

4.It was error for the court to rule that viewing all of the facts in the most favorable light to D'Angelo that even if the arrest warrant affidavit was corrected to disclose all of the omitted information and to eliminate all of the misrepresentations no reasonable jurors could disagree that a magistrate would have issued the warrant on the basis of the corrected affidavit for Larceny in the Second Degree in violation of CT General Statute, 53a-123(a)(4) as described in count 1 of the information alleging that D'Angelo intentionally defrauded a public community by giving his neighbor a meat grinder.

5.It was error for the court to rule that since it found that probable cause existed to arrest D'Angelo for Larceny in the Second Degree in connection with the meat grinder that the court does not have to analyze further the three (3) other counts which D'Angelo was charged with to determine whether probable cause existed or not.

WHEREFORE, the Plaintiff, Eugene D'Angelo respectfully requests that this court vacate its judgment granting summary judgment to the defendants and denying the plaintiff's motions as moot.

                                                          THE PLAINTIFF,
                                                          Eugene D'Angelo


By: _____
      Jon D. Golas
      Federal Bar Number:  ct23324
      Golas, Golas & Golas, P.C.
      945 Main Street, Suite 306
      Manchester, CT 06040
      Tel.#(860) 646-4545
      Fax#(860) 646-8604
      His Attorney

**CERTIFICATION**

This is to certify that a copy of the foregoing has been sent, postage prepaid, via U.S. Mail to the following counsel of record this 21st day of July 2006.

Neil Parille
Lynn D. Wittenbrink
Assistant Attorney Generals
110 Sherman Street
Hartford, CT 06105

                                                Jon D. Golas
                                                Golas, Golas & Golas, P.C.
                                                945 Main Street, Suite 306
                                                Manchester, CT 06040