UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EUGENE D'ANGELO | : | NO. 3:02CV1313(SRU) |
| *Plaintiff,* | : | |
| | : | |
| VS. | : | |
| | : | |
| KENNETH KIRSCHNER, ET AL. | : | |
| *Defendants.* | : | AUGUST 10, 2006 |

### THE DEFENDANTS' MOTION FOR EXTENSION OF TIME TO RESPOND TO THE PLAINTIFF'S MOTIONS FOR RECONSIDERATION AND TO VACATE JUDGEMENT

Pursuant to the Local Rules of Civil Procedure, the defendants hereby move for a two-week extension of time (until August 28, 2006) to respond to the plaintiff's motions for reconsideration and to vacate judgment filed on or about July 21, 2006. The defendants further states as follows:

1. The defendants' response is due on August 14, 2006.

2. The undersigned has begun drafting his response; however due to certain other matters he is unable to complete his response by August 14. A brief extension (until August 28, 2006) will be sufficient to complete these responses.

3. The undersigned has spoken to counsel for the plaintiff, Attorney Jon Golas, who consents to this extension of time.

4. This is the first request for an extension of time.

**WHEREFORE**, the defendants request that this motion be granted.

                                          DEFENDANTS,
                                          Kenneth Kirschner, Edward Kasche,
                                          William McGuire, Andrew Russell,
                                          John Mannion and Richard Covello

                                          RICHARD BLUMENTHAL
                                          ATTORNEY GENERAL


BY:    /s/
        Neil Parille
        Assistant Attorney General
        Federal Bar No. ct15278
        110 Sherman Street
        Hartford, CT  06105
        Telephone No.: (860) 808-5450
        Fax No.: (860) 808-5591
        neil.parille@po.state.ct.us

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was sent by first-class mail, postage prepaid to the following on this 10th day of August, 2006.

Jon Golas, Esq.
Golas, Golas & Golas, PC
945 Main Street, Suite 306
Manchester, CT  06040

                                          /s/
                                          Neil Parille
                                          Assistant Attorney General