## UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

EUGENE D'ANGELO
    Plaintiff,

v.                                    CIVIL CASE NO.   3:02CV1313 (SRU)

KENNETH KIRSCHNER, JOHN J. MANNION,
RICHARD B. COVELLO, EDWARD KASCHE,
WILLIAM T. MCGUIRE and ANDREW RUSSELL
    Defendants.

### NOTICE OF APPEAL

1. Pursuant to F. R. A. P. 4(a)(1), the plaintiff, Eugene D'Angelo hereby gives notice and
(appealing party)
appeals to the United States Court of Appeals for the Second Circuit from the following

**Judgment or Order (attach the Judgment or Order):** Judgment, Ruling and Order, granting the defendants' motion for summary judgment

dated July 13th, 2006 by the Honorable Stefan R. Underhill, United States District

Judge. (Judgment is attached hereto). No written decision, a transcript of the ruling and order is being requested.

2. The Judgment /Order in this action was entered on _____July 13th, 2006_____.
(date)

_____
Signature

David A. Golas, Esq.
**Print Name**
Fed. Bar # CT11932
945 Main Street, Suite 306

Manchester, CT 06040
Address

Date: August 9th, 2006                           860-646-4545
**Telephone Number**

Note: You may use this form to take an appeal provided that it is received by the Office of the Clerk of the U.S. District Court within 30 days of the date on which the judgment was entered (60 days if the United States or an officer or agency of the United States is a party).

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

EUGENE D'ANGELO

v.  3:02CV1313 SRU

KENNETH KIRSCHNER, JOHN J. MANNION,
RICHARD B. COVELLO, EDWARD KASCHE,
WILLIAM T. McGUIRE and ANDREW RUSSELL

## JUDGMENT

This matter came on before the Honorable Stefan R. Underhill, United States District Judge, as a result of defendants' motion for summary judgment.

The Court has reviewed all of the papers filed in conjunction with the motion and after a hearing held on July 13, 2006, the motion was granted in open court.

Therefore, it is ORDERED and ADJUDGED that judgment is entered for the defendants and the case is closed.

Dated at Bridgeport, Connecticut, this 13th day of July, 2006.

KEVIN F. ROWE, Clerk

By  /s/ Barbara Sbalbi
    Deputy Clerk

## **CERTIFICATION**

This is to certify that a copy of the foregoing Notice of Appeal has been sent, postage prepaid, via UPS Overnight Mail on August 9th, 2006 to:

United States District Court
915 Lafayette Blvd.
Bridgeport, CT 06604

Attn: Clerk's Office

and a true copy sent to:

Neil Parille
Lynn D. Wittenbrink
Assistant Attorney Generals
110 Sherman Street
Hartford, CT 06105

Jon D. Golas
Golas, Golas & Golas, P.C.
945 Main Street, Suite 306
Manchester, CT 06040