## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EUGENE D'ANGELO | : | NO. 3:02CV1313(SRU) |
| *Plaintiff,* | : | |
| | : | |
| VS. | : | |
| | : | |
| KENNETH KIRSCHNER, ET AL. | : | |
| *Defendants.* | : | AUGUST 25, 2006 |

## THE DEFENDANTS' OPPOSITION TO THE
## PLAINTIFF'S MOTION TO VACATE JUDGMENT

The defendants object to the plaintiff's motion to vacate judgment for the reasons set forth in their opposition to the plaintiff's motion for reconsideration.

**WHEREFORE**, the plaintiff's motion to vacate judgment should be denied.

> DEFENDANTS,
> Kenneth Kirschner, Edward Kasche,
> William McGuire, Andrew Russell,
> John Mannion, Richard Covello
>
> RICHARD BLUMENTHAL
> ATTORNEY GENERAL
>
>
> BY:_____/s/_____
> Neil Parille
> Assistant Attorney General
> Federal Bar No. ct15278
> 110 Sherman Street
> Hartford, CT  06105
> Telephone No.: (860) 808-5450
> Fax No.: (860) 808-5591
> neil.parille@po.state.ct.us

## **CERTIFICATION**

      I hereby certify that a copy of the foregoing was sent by first-class mail, postage prepaid to the following on this 25th day of August, 2006:

Jon Golas, Esq.
Golas, Golas & Golas, PC
945 Main Street, Suite 306
Manchester, CT  06040

                                                        ___/s/_____
                                                        Neil Parille
                                                        Assistant Attorney General