UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EUGENE D'ANGELO, | : | Case No. 3:02CV1313(SRU) |
|     Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| KENNETH KIRSCHNER, et al. | : | |
|     Defendants. | : | SEPTEMBER 11, 2006 |

### INDEX TO THE RECORD ON APPEAL

The plaintiff in the above captioned action requests this Court to forward to the Court of Appeals the following index to the record on appeal. In addition the plaintiff requests this Court to forward to the Court of Appeals a certified copy of the docket entries, and the clerk's certificate on or before September 25, 2006.

1) Docket Entry #1, dated 7/30/2002, NOTICE OF REMOVAL
2) Docket Entry #31, dated 5/5/2004, ANSWER and AFFIRMATIVE DEFENSES;
3) Docket Entry #40, dated 11/10/2004, AMENDED ANSWER and AFFIRMATIVE DEFENSES;
4) Docket Entry #41, dated 11/18/2004, ANSWER and AMENDED AFFIRMATIVE DEFENSES;
5) Docket Entry #57, dated 9/1/2005, MOTION FOR SUMMARY JUDGMENT, WITH EXHIBITS;
6) Docket Entry #60, dated 10/24/2005, MOTION TO STRIKE AFFIDAVITS;
7) Docket Entry #61, dated 10/24/2005, MOTION TO STIRKE STATEMENT OF MATERIAL FACTS;
8) Docket Entry #62, dated 10/24/2005, MOTION TO STRIKE EXHIBITS;
9) Docket Entry #63, dated 10/24/2005, BRIEF IN OPPOSITION;
10) Docket Entry #64, dated 10/24/2005, STATEMENT OF MATERIAL FACTS WITH EXHIBITS;
11) Docket Entry #67, dated 11/14/2005, REPLY;

12) Docket Entry #68, dated 11/14/2005, MEMORANDUM IN OPPOSITION RE: MOTION TO STRIKE STATEMENT OF MATERIAL FACTS;

13) Docket Entry #69, dated 11/14/2005, MEMORANDUM IN OPPOSITION RE: MOTION TO STRIKE AFFIDAVITS;

14) Docket Entry #70, dated 11/14/2005, MEMORANDUM IN OPPOSITION RE: MOTION TO STRIKE EXHIBITS;

15) Docket Entry #73, dated 7/13/2006, MINUTE ENTRY HEARING HELD RE: MOTION SUMMARY JUDGMENT, MOTIONS TO STRIKE;

16) Docket Entry #74, dated 7/14/2006, ORDER GRANTING SUMMARY JUDGMENT;

17) Docket Entry #75, dated 7/14/2006, ORDER DENYING AS MOOT RE: MOTIONS TO STRIKE;

18) Docket Entry #76, dated 7/14/2006, JUDGMENT;

19) Docket Entry #77, dated 7/24/2006, MOTION FOR RECONSIDERATION;

20) Docket Entry #78, dated 7/24/2006, MOTION TO VACATE;

21) Docket Entry #80, dated 8/10/2006, NOTICE OF APPEAL;

22) Docket Entry #82, dated 8/28/2006, MEMORANDUM IN OPPOSITION RE: MOTION FOR RECONSIDERATION;

23) Docket Entry #83, dated 8/28/2006, MEMORANDUM IN OPPOSITION RE: MOTION TO VACATE; and

24) Transcript of Oral Argument on 7/13/2006. Re: Motion for Summary Judgment, Order and Ruling From Bench, Order Denying as Moot, Motion to Strike #60, 61, 62.

WHEREFORE, the plaintiff respectfully request this Court to forward the above-mentioned index to the record on appeal to the United States Court of Appeals For the Second Circuit on or before September 25, 2006.  Furthermore, the plaintiff respectfully requests this Court to forward a certified copy of the docket entries and the clerk's certificate to the United States Court of Appeals For the Second Circuit on or before September 25, 2006.

2

          THE PLAINTIFF,
          Eugene D'Angelo

By: _____

          Jon D. Golas
          Federal Bar Number: ct23324
          Golas, Golas & Golas, P.C.
          945 Main Street, Suite 306
          Manchester, CT 06040
          Tel.#(860) 646-4545
          Fax#(860) 646-8604
          His Attorney

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been sent, postage prepaid, via U.S. Mail to the following counsel of record this 11th day of September, 2006.

Lynn D. Wittenbrink
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105

          _____
          Jon D. Golas
          Golas, Golas & Golas, P.C.

945 Main Street, Suite 306
Manchester, CT 06040

4