UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EUGENE D'ANGELO, | : | Case No. 3:02CV1313(SRU) |
|     Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| KENNETH KIRSCHNER, et al. | : | |
|     Defendants. | : | OCTOBER 16, 2006 |

**REQUEST TO FORWARD TRANSCRIPT**

The plaintiff in the above captioned action requests this Court to forward to the Court of Appeals, a certified copy of District Court Docket Entry #84, Transcript of Motion Hearing Proceeding held on July 13th, 2006 before Judge Stefan R. Underhill. Court Reporter: Susan E. Catucci.

WHEREFORE, the plaintiff respectfully request this Court to forward the above-Mentioned Transcript to the United States Court of Appeals For the Second Circuit.

            THE PLAINTIFF,
            Eugene D'Angelo

By:   _____
     Jon D. Golas
     Federal Bar Number:  ct23324
     Golas, Golas & Golas, P.C.
     945 Main Street, Suite 306
     Manchester, CT 06040
     Tel.#(860) 646-4545
     Fax#(860) 646-8604
     His Attorney

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been sent, postage prepaid, via U.S. Mail to the following counsel of record this 16th day of October, 2006.

Lynn D. Wittenbrink
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105

            _____
            Jon D. Golas
            Golas, Golas & Golas, P.C.
            945 Main Street, Suite 306
            Manchester, CT 06040