**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| EUGENE D'ANGELO, | : | Case No. 3:02CV1313(SRU) |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| KENNETH KIRSCHNER, et al. | : | |
| Defendants. | : | July 6, 2007 |

**NOTICE OF MANUAL FILING**

Please take notice that the plaintiff Eugene D'Angelo has manually filed the following document.

1.     Amended Notice of Appeal dated July 6th, 2007.

The Amended Notice of Appeal was not filed electronically because it could not be converted to an electronic format.  The documents have been manually served on counsel for the parties.

THE PLAINTIFF,
Eugene D'Angelo

By:     _____
Jon D. Golas
Federal Bar Number:  ct23324
Golas, Golas & Golas, P.C.
945 Main Street, Suite 306
Manchester, CT 06040
Tel.#(860) 646-4545
Fax#(860) 646-8604

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent postage prepaid, via

U.S. mail to the following counsel of record this 6th day of July, 2007.


Neil Parille
Lynn D. Wittenbrink
Assistant Attorney Generals
110 Sherman Street
Hartford, CT 06105


                                                  _____

Jon D. Golas
Golas, Golas & Golas, P.C.
945 Main Street, Suite 306
Manchester, CT 06040