UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EUGENE D'ANGELO, | : | Case No. 3:02CV1313(SRU) |
|    Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| KENNETH KIRSCHNER, et al. | : | |
|    Defendants. | : | AUGUST 5, 2008 |

### VERIFIED BILL OF COSTS

Counsel for the Appellant, Eugene D'Angelo, respectfully submits, pursuant to Rule 54(a) of the Federal Rules of Civil Procedure and Rule 39 (e) of the Federal Rules of Appellate Procedure the within bill of costs and requests the Clerk to enter an order allowing costs to Eugene D'Angelo.

| | | |
|---|---|---|
| Costs of the reporter's transcript - | $209.88 | See attached statement |
| Fee for filing the notice of appeal- | <u>$455.00</u> | See attached statement. |
| Total Cost       - | $664.88 | |

WHEREFORE, the Plaintiff, Eugene D'Angelo respectfully requests that this bill of costs be granted. The undersigned swears that these costs are accurate.

_____
Commissioner of the Superior Court

                THE PLAINTIFF,
                Eugene D'Angelo

By: _____
     Jon D. Golas
     Federal Bar Number:  ct23324
     Golas, Golas & Golas, P.C.
     945 Main Street, Suite 306
     Manchester, CT 06040
     Tel.#(860) 646-4545
     Fax#(860) 646-8604
     His Attorney

**CERTIFICATION**

This is to certify that a copy of the foregoing has been sent, postage prepaid, via U.S. Mail to the following counsel of record this 5th day of August 2008.

Neil Parille
Assistant Attorney Generals
110 Sherman Street
Hartford, CT 06105

                                                                            _____
                                                                            Jon D. Golas
                                                                            Golas, Golas & Golas, P.C.
                                                                            945 Main Street, Suite 306
                                                                            Manchester, CT 06040