UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

INVOICE 2038                                September 14, 2006

TO
    DAVID A. GOLAS, ESQ.
    945 MAIN STREET
    SUITE 306
    MANCHESTER, CONNECTICUT   06040

In The Matter Of:  Eugene D'Angelo v. Kenneth Kirschner, et al, Docket Number 3:02CV-1313 SRU, held before the Honorable Stefan R. Underhill, U. S. J. D., at U. S. District Court, 915 Lafayette Boulevard, Bridgeport, Connecticut on July 13, 2006.

TRANSCRIPTS:

    60 pages @ $3.30 per page,
    (Regular Delivery Rate), $198.00.
    Plus 6% CT Sales Tax, $11.88.

TOTAL AMOUNT NOW DUE: $209.88.

Please make checks payable to: Susan E. Catucci.

Thank you.

_____

Susan E. Catucci, RMR
Official Court Reporter
915 Lafayette Boulevard
Bridgeport, Connecticut   06604
Tel: (203) 246-6385
(SS# 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)

```
RECEIPT FOR PAYMENT
DISTRICT COURT OF
CONNECTICUT
BRIDGEPORT DIVISION
                                    B012647
=====================================
RECEIVED FROM:
GOLAS GOLAS AND GOLAS
945 MAIN ST
SUITE 306
MANCHESTER, CT 06040

Case Number: 3:02CV1313

F/U/B/O:
Party ID:
DANGELO, KIRSCHNER

Tender Type:              CHECK
06-086900                $455.00

Notice of Appeal

Remarks: ck # 5577    SRU

    Subtotal:            $455.00
=====================================
Receipt Total:           $455.00
=====================================
* Checks and drafts are accepted
subject to collections and full
credit will only be given when
the check or draft has been
accepted by the financial
institution on which it was drawn.

Date:       8/10/06
Clerk:
            _____
            CC
```