UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EUGENE D'ANGELO, | : | Case No. 3:02CV1313(SRU) |
|     Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| KENNETH KIRSCHNER, et al. | : | |
|     Defendants. | : | August 5, 2008 |

### NOTICE OF MANUAL FILING

Please take notice that the plaintiff Eugene D'Aneglo has manually filed the following documents.

### LIST

1. Bill from Court Reporter, Susan E. Catucci dated September 14, 2006; and

2. Receipt for payment of Notice of Appeal filing fee dated 8/10/06.

These documents/exhibits have not been filed electronically because they cannot be converted to an electronic format. These documents have been manually served on all parties.

        THE PLAINTIFF,
        Eugene D'Angelo

By: _____
     Jon D. Golas
     Federal Bar Number: ct23324
     Golas, Golas & Golas, P.C.
     945 Main Street, Suite 306
     Manchester, CT 06040
     Tel.#(860) 646-4545
     Fax#(860) 646-8604
     His Attorney

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been sent, postage prepaid, via U.S.

Mail to the following counsel of record this 5th day of August, 2008.

Neil Parille
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105

        _____
        Jon D. Golas
        Golas, Golas & Golas, P.C.
        945 Main Street, Suite 306
        Manchester, CT 06040