## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EUGENE D'ANGELO, | : | Case No. 3:02CV1313(SRU) |
|    Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| KENNETH KIRSCHNER, et al. | : | |
|    Defendants. | : | AUGUST 22, 2008 |

### VERIFIED BILL OF COSTS

Counsel for the Appellant, Eugene D'Angelo, respectfully submits, pursuant to Rule 54(a) of the Federal Rules of Civil Procedure and Rule 39 (e) of the Federal Rules of Appellate Procedure the within bill of costs and requests the Clerk to enter an order allowing costs to Eugene D'Angelo. The Mandate by the Court of Appeals was issued on August 13th, 2008. The Court of Appeals to date has not ruled on the Bill of Costs filed in said Court.

| | | |
|---|---|---|
| Costs of the reporter's transcript - | $209.88 | See attached statement |
| Fee for filing the notice of appeal- | $455.00 | See attached statement. |
| Total Cost    - | $664.88 | |

WHEREFORE, the Plaintiff, Eugene D'Angelo respectfully requests that this bill of costs be granted. The undersigned swears that these costs are accurate.

_____
Commissioner of the Superior Court

                      THE PLAINTIFF,
                      Eugene D'Angelo


By:        _____
              Jon D. Golas
              Federal Bar Number:  ct23324
              Golas, Golas & Golas, P.C.
              945 Main Street, Suite 306
              Manchester, CT 06040
              Tel.#(860) 646-4545
              Fax#(860) 646-8604
              His Attorney

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent, postage prepaid, via U.S. Mail to the following counsel of record this 22nd day of August, 2008.

Neil Parille
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105

                                                Jon D. Golas
                                                Golas, Golas & Golas, P.C.
                                                945 Main Street, Suite 306
                                                Manchester, CT 06040