UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EUGENE D'ANGELO, | : | Case No. 3:02CV1313(SRU) |
|     Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| KENNETH KIRSCHNER, et al. | : | |
|     Defendants. | : | August 22, 2008 |

### NOTICE OF MANUAL FILING

Please take notice that the plaintiff Eugene D'Aneglo has manually filed the following documents.

### LIST

1. Bill from Court Reporter, Susan E. Catucci dated September 14, 2006; and

2. Receipt for payment of Notice of Appeal filing fee dated 8/10/06.

These documents/exhibits have not been filed electronically because they cannot be converted to an electronic format. These documents have been manually served on all parties.

THE PLAINTIFF,
Eugene D'Angelo

By: _____
Jon D. Golas
Federal Bar Number: ct23324
Golas, Golas & Golas, P.C.
945 Main Street, Suite 306
Manchester, CT 06040
Tel.#(860) 646-4545
Fax#(860) 646-8604
His Attorney

**CERTIFICATION**

This is to certify that a copy of the foregoing has been sent, postage prepaid, via U.S.

Mail to the following counsel of record this 22nd day of August, 2008.

Neil Parille
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105

_____
Jon D. Golas
Golas, Golas & Golas, P.C.
945 Main Street, Suite 306
Manchester, CT 06040

2