UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| EUGENE D'ANGELO,<br>    Plaintiff,<br><br>    v.<br><br>KENNETH KIRSCHNER, ET AL.,<br>    Defendants. | Case No.<br>3:02cv1313 (SRU) |

## CONFERENCE MEMORANDUM

On September 3, 2008, I held a phone conference on the record with Jon Golas, representing the plaintiff, and Lynn Wittenbrink and Neil Parille, representing the defendants. The purpose of the conference was to discuss how to proceed with the remaining malicious prosecution claim. I asked counsel to brief the following issues:

1. Was the malicious prosecution claim brought as a federal claim?
2. If so, should I vacate the order dismissing without prejudice the pendent state law claims?
3. If not, is it amenable to amendment?
4. If not, and the only remaining claim is a state law claim, why should I not dismiss it without prejudice?

The plaintiff has thirty (30) days to file his brief, the defendants have twenty-one (21) days after that to respond, and the plaintiff has ten (10) days after that to file his reply.


Dated at Bridgeport, Connecticut, this 4th day of September 2008.


                                         /s/ Stefan R. Underhill
                                            Stefan R. Underhill
                                            United States District Judge