UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EUGENE D'ANGELO | : | NO. 3:02CV1313(SRU) |
| *Plaintiff,* | : | |
| | : | |
| VS. | : | |
| | : | |
| KENNETH KIRSCHNER, ET AL. | : | |
| *Defendants.* | : | AUGUST 29, 2008 |

### DEFENDANTS' OPPOSITION TO PLAINTIFF'S BILL OF COSTS

Counsel for the defendants submit this opposition to the plaintiff's request for costs dated August 22, 2008. Federal Rule of Appellate Procedure 39(e) states that such costs are appropriate "for the benefit of the party entitled to the costs under this rule." The Court of Appeals has not awarded costs in this appeal and therefore this Court should not award costs. Whitefield v. Scully, 241F.3d 264 (2d Cir. 2001).

**WHEREFORE**, the defendants request that the plaintiff's request for costs be denied.

DEFENDANTS,
Kenneth Kirschner, et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL


BY:_____/s/_____
Neil Parille
Assistant Attorney General
Federal Bar No. ct
110 Sherman Street
Hartford, CT  06105
Telephone No.: (860) 808-5450
Fax No.: (860) 808-5591
Email:  neil.parille@po.state.ct.us

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was sent by first-class mail, postage prepaid to the following on this 29th day of August, 2008 to:

Jon Golas, Esq.
Golas, Golas & Golas, PC
945 Main Street, Suite 306
Manchester, CT 06040

                                                /s/
                                          Neil Parille
                                          Assistant Attorney General